

מִשְׂרָה

Unites States For America
NEW YORK
Moroccan Empire
United States for America
Moorish National Republic Federal Government
~societas republicae ea al maurikanos~
Moorish Divine and National Movement of the Earth
Northwest Amexem + North West Africa + North America + the North Gate
all adjoining islands
~temple of the moon and sun~
the true and de jure natural peoples + heirs to the land
~i.s.l.a.m.~

Universal Sovereign Original Indigenous Ancient Natural Divine Affidavit Of Facts Restitutio

# DEFAULT JUDGMENT
### International Document



Public Law 11+101
88th Congress, Hall Record 192+10
Stated 1898, 1933, July 4,1777
Originally drafted 1898 Law bankruptcy against the CORPORATIONS OF AMERICA
Redrafted March 21, 2019 and March 21, 2022
In alignment with Case Number: 20 40375 KKS
מִשְׂרָה misrâh, /mis-raw'/; empire: government

Notice to Agent is Notice to Principal - Notice to Principal is Notice to

Creditor Exhibit: A (B through M to follow)

All rise and stand and remain standing into perpetuity. This is a sovereign living ancient Article III Moorish American Al Moroccan Consular Court action. I am Angelica Yvette Dobbs Bey; We NEW YORK, are the sovereign living justice in capitis diminuntio nolo, in red ink, in propria persona sui juris, in proprio solo, ande in proprio heredes. All moors are the original indigenous sovereign ancient Al Moroccan Moorish American ascendants of the great Pharoahs of Kemet and of the ancient Moabites and Canaanites. Our full faith and trust, our allegiance, our credit and our energy are hereby vested in ourselves for we are the people who are the original indigenous natural divine sovereign ancient Empire State for Morocco ande the de jure Moorish National Republic Federal Government, WASHINGTON DISTRICT FOR COLUMBIA, the Universal Moorish American Consulate and the article III Living United States District for Columbia Court and we are the sovereign fiduciaries, secured creditors, executors, trustees, minsters, possessors, and beneficiaries in this cause for action. WE are peace. We are one nation, one state, one empire and one god. We hereby accept our sovereign ascension, issue a universal Creditors Bill for Possession (9/10th of the law) and Custody (1/1oth of the law) over all judgments debtors. We exercise all sovereign rights at this time and all points in time nunc pro tunc.

universal trust 999+99+9999 AA222141 A1 Truth







**debter 1**
[STATE OF ALABAMA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Kay Ivey dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
600 Dexter Avenue
[Montgomery, AL 36130-2751]
Phone: 334/242-7100
Fax: 334/353-0004
Barbara.Kelley@ltgov.alabama.gov
Kay.Ivey@governor.alabama.gov
openrecords@governor.alabama.gov

---

**debter 2**
[STATE OF ALASKA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Mike Dunleavy dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
P.O. Box 110001
[Juneau, AK 99811-0001]
Phone: 907/465-3500
Fax: 907/465-3532
Mike.Dunleavy@ALASKA.GOV
John.Espindola@ALASKA.GOV
Ben.Stevens@ALASKA.GOV

---

**debter 3**
[STATE OF AMERICAN SAMOA] ande all heirs assignes principalls agentes ande derivativs thereov
[Lolo Matalasi Moliga dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[EXECUTIVE OFFICE BUILDING]
Third Floor
[Pago Pago, AS 96799]
Phone: 684/633-4116
Fax: 011/684/633-2269
info@as.gov
americansamoagovernment@gmail.com
Fiu.saelua@go.as.gov
Lolo.,oliga@go.as.gov
lu.pereira@go.as.gov

---

**debter 4**
[STATE OF ARIZONA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Doug Ducey dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
1700 West Washington
[Phoenix, AZ 85007]
Phone: 602/542-4331
Fax: 602/542-7601
engage@az.gov
azgov@azgov.com
RVergara@az.gov
KJensen@az.gov
DDucey@az.gov

---

**debter 5**
[STATE OF ARKANSAS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Asa Hutchinson dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
Room 250
[Little Rock, AR 72201]
Phone: 501/682-2345
Fax: 501/682-1382
press@governor.arkansas.gov
info@governor.arkansas.gov
Mary.Casteel@governor.arkansas.gov
Alison.Williams@governor.arkansas.gov
Bill.Gossage@governor.arkansas.gov

---

**debter 6**
[STATE OF CALIFORNIA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Gavin Newsom dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
Suite 1173
[Sacramento, CA 95814]

universal trust 999+99+9999 AA222141 A1 Truth









Phone: 916/445-2841
Fax: 916/558-3160
Governor@governor.ca.gov
Gavin.Newsom@gov.ca.gov

---

debter 7
[STATE OF COLORADO CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Jared Polis dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
136 State Capital
[Denver, CO 80203-1792]
OR
[STATE CAPITOL BUILDING]
200 E. Colfax Ave., Rm. 136
[Denver, CO, 80203]
Phone: 303/866-2471
Fax: 303/866-2003
GovernorPolis@state.co.us
Governor.polis@state.co.us

---

debter 8
[STATE OF CONNECTICUT CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Ned Lamont dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
210 Capital Avenue
[Hartford, CT 06106]
Phone: 800/406-1527
Fax: 860/524-7395
info@nedlamont.com
Governor.Rell@po.state.ct.us
Governor.Lamont@po.state.ct.us

---

debter 9
[STATE OF DELAWARE CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[John Carney dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[LEGISLATIVE HALL]
[Dover, DE 19901]
Phone: 302/744-4101
Fax: 302/739-2775
JCarney@state.de.us

---

debter 10
[STATE OF FLORIDA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Ron DeSantis dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
PL 05 THE CAPITOL
400 South Monroe Street
[Tallahassee, FL 32399-0001]
Phone: 850/488-7146
Fax: 850/487-0801
Ron.DeSantis@myflorida.com
GovernorRon.Desantis@eog.myflorida.com

---

debter 11
[STATE OF GEORGIA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Brian Kemp dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
203 STATE CAPITOL
[Atlanta, GA 30334]
Phone: 404/656-1776
Fax: 404/657-7332
georgia.governor@gov.state.ga.us
Brian.Kemp@gov.state.ga.us

---

debter 12
[STATE OF GUAM CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Lou Leon Guerrero dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[EXECUTIVE CHAMBER]
P.O. Box 2950
[Agana, GU 96932]
Phone: 671/472-8931
Fax: 671/477-4826
governor@ns.gov.us
LGuerrero@ns.gov.us

---

debter 13
[STATE OF HAWAII CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[David Ige dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[EXECUTIVE CHAMBER]
[STATE CAPITOL]

universal trust 999+99+9999 AA222141 A1 Truth








[Honolulu, HI 96813]
Phone: 808/586-0034
Fax: 808/586-0006
gov@gov.state.hi.us
info@ehawaii.gov

---

debter 14

[STATE OF IDAHO CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Brad Little dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
700 West Jefferson
Second Floor
[Boise, ID 83702]
Phone: 208/334-2100
Fax: 208/334-2175
governor@gov.idaho.gov
JMalmen@gov.idaho.gov
BLittle@gov.idaho.gov

---

debter 15

[STATE OF ILLINOIS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Jay Robert Pritzker dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
207 Statehouse
[Springfield, IL 62706]
Phone: 217/782-6830
Fax: 217/524-4049
governor@state.il.us

---

debter 16

[STATE OF INDIANA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Eric Holcomb dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE HOUSE]
Room 206
[Indianapolis, IN 46204-2797]
or
402 W. Washington Street
Room W160A
[Indianapolis, IN, 46204]
Phone: 317/232-4567
Fax: 317/232-3443
EHolcomg@state.n.us

---

debter 17

[STATE OF IOWA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Kim Reynolds dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
1007 East Grand Ave.
[Des Moines, Iowa 50319]
or
East 9th and Grand
[Des Moines, IA, 50319]
Phone: 515/ 281-5211
Fax: 515/281-6611
Sara.Craig@iowa.gov
Kimberly.Reynolds@iowa.gov
Adam Gregg@iowa.gov
jessica.reynolds@ag.iowa.gov

---

debter 18

[STATE OF KANSAS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Laura Kelly dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[CAPITOL]
300 SW 10th Avenue, Suite 212S
[Topeka, KS 66612-1590]
Phone: 785/296-3232
Fax: 785/296-7973
Constituent@governor.wpo.state.ks.us

---

debter 19

[STATE OF KENTUCKY CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Andy Beshear dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
700 Capital Ave., Suite 100
[Frankfort, KY 40601]
or
229 West Main Street
Suite 400

<span style="color:red">universal trust 999+99+9999 AA222141 A1 Truth</span>









[Frankfort, KY, 40601]
Phone: 502/564-2611
Fax: 502/564-0437
governor@mail.state.ky.us
GovOpenRecords@ky.gov

---

### debter 20
[STATE OF LOUISIANA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[John Bel Edwards dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
900 North 3rd Street
[Baton Rouge, LA, 70802]
or
P. O. Box 94004
[Baton Rouge, LA 70804-9004]
Phone: 225/342-7015
Fax: 225/342-7099
lagov@linknet.net
govpress@la.gov

---

### debter 21
[STATE OF MAINE CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Janet Mills dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
1 State House Station
[Augusta, ME 04333]
Phone: 207/287-3531
Fax: 207/287-1034
governor@state.me.us
governor@maine.gov

---

### debter 22
[STATE OF MARYLAND CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Larry Hogan dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
100 State Circle
[Annapolis, MD 21401]
Phone: 410/974-3901
Fax: 410/974-3275
contact@maryland.gov

---

### debter 23
[STATE OF MASSACHUSETTS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Charlie Baker dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE HOUSE]
[OFFICE OF THE GOVERNOR], Room 360
[Boston, MA 02133]
Phone: 617/725-4005
Fax: 617/727-9725
GOffice@state.ma.us
cis@sec.state.ma.us

---

### debter 24
[STATE OF MICHIGAN CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Gretchen Whitmer dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
P.O. Box 30013
[Lansing, MI 48909]
Phone: 517/373-3400
Fax: 517/335-6863
migov@exec.state.mi.us
governorsoffice@michigan.gov

---

### debter 25
[STATE OF MINNESOTA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Tim Walz dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
130 State Capital
75 Rev. Dr. Martin Luther King, Jr. Boulevard
[St. Paul, MN 55155]
Phone: 651/201-3400
Fax: 651/797-1850
tim.walz@state.mn.us

---

### debter 26
[STATE OF MISSISSIPPI CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Tate Reeves dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
P.O. Box 139
[Jackson, MS 39205]
Phone: 601/359-3150

universal trust 999+99+9999 AA222141 A1 Truth









Fax: 601/359-3741
governor@govreeves.ms.gov

---

debter 27
[STATE OF MISSOURI CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Mike Parson dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[CAPITOL BUILDING]
Room 216, P.O. Box 720
[Jefferson City, MO 65102]
Phone: 573/751-3222
Fax: 573/526-3291
mogov@mail.mo.gov
constituent.services@mo.gov
info@mikeparson.com

---

debter 28
[STATE OF MONTANA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Steve Bullock dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
[Helena, MT 59620-0801]
Phone: 406/444-3111
Fax: 406/444-5529
governor@mt.gov
secretary@mt.gov
contactdoj@mt.gov.

---

debter 29
[STATE OF NEBRASKA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Pete Ricketts dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereovR
P.O. Box 94848
[Lincoln, NE 68509-4848]
Phone: 402/471-2244
Fax: 402/471-6031
brittany.hardin@nebraska.gov
justin.pinkerman@nebraska.gov
jodee@mail.state.ne.us

---

debter 30
[STATE OF NEVADA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Steve Sisolak dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[CAPITOL BUILDING]
101 N. Carson St.
[Carson City, NV 89701]
Phone: 775/684-5670
Fax: 775/684-5683
governor@govmail.state.nv.us
steve@stevesisolak.com
boards@gov.nv.gov
sosmail@sos.nv.gov

---

debter 31
[STATE OF NEW HAMPSHIRE CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Chris Sununu dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[OFFICE OF THE GOVERNOR]
107 North Main Street, Room 208
[Concord, NH 03301]
Phone: 603/271-2121
Fax: 603/271-7640
governorsununu@nh.gov
hilary.ryan@livefree.nh.gov

---

debter 32
[STATE OF NEW JERSEY CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Phil Murphy dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[THE STATE HOUSE]
P.O. Box 001
[Trenton, NJ 08625]
Phone: 609/292-6000
Fax: 609/292-3454
Constituent.relations@nj.gov
sensweeney@njleg.org

---

debter 33
[STATE OF NEW MEXICO CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Michelle Lujan Grisham dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]

universal trust 999+99+9999 AA222141 A1 Truth








Fourth Floor
[Santa Fe, NM 87501]
Phone: 505/476-2200
Fax: 505/476-2226
gov@gov.state.nm.us

---

debter 34

[STATE OF NEW YORK CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Andrew Cuomo dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
[Albany, NY 12224]
Phone: 518/ 474-8390
gov.cuomo@chamber.state.ny.us

---

debter 35

[STATE OF NORTH CAROLINA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Roy Cooper dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[OFFICE OF THE GOVERNOR]
20301 Mail Service Center
[Raleigh, NC 27699-0301]
Phone: 919/814-2000
Fax: 919/733-2120
governor.office@governor.ncmail.net

---

debter 36

[STATE OF NORTH DAKOTA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Doug Burgum dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Dept. 101
600 E. Boulevard Ave.
[Bismarck, ND 58505-0001]
Phone: 701/328-2200
Fax: 701/328-2205
governor@state.nd.us

---

debter 37

[STATE OF NORTH MARIANA ISLANDS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Ralph Deleon Guerrero Torres dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Caller Box 10007
[Saipan, MP 96950]
Phone: 670/237-2200
Fax: 670/664-2211
rchong.cnmihpo@gmail.com
Raguon.Cjpa@outlook.com

---

debter 38

[STATE OF OHIO CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Mike DeWine dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
30th Floor
77 South High Street
[Columbus, OH 43215]
Phone: 614/466-3555
Fax: 614/466-9354
info@mikedewine.com

---

debter 39

[STATE OF OKLAHOMA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Kevin Stitt dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[CAPITOL BUILDING]
2300 Lincoln Blvd., Rm. 212
[Oklahoma City, OK 73105]
Phone: 405/ 521-2342
Fax: 405/521-3353
admin@stittforgovernor.com.

---

debter 40

[STATE OF OREGON CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Kate Brown dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
900 Court St. NE, Suite 254
[Salem, OR 97301]
Phone: 503/378-4582
Fax: 503/378-8970
governor@state.or.us

---

debter 41

universal trust 999+99+9999 AA222141 A1 Truth







[STATE OF PENNSYLANIA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Tom Wolf dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Room 225
[MAIN CAPITOL BUILDING]
[Harrisburg, PA 17120]
Phone: 717/787-2500
Fax: 717/772-8284
governor@state.pa.us

---

debter 42
[STATE OF PUERTO RICO CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Wanda Vazquez Garced La Fortaleza dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
P.O. Box 9020082
[San Juan, PR 00902-0082]
Phone: 787/721-2400
Fax: 787/721-5072
governor@state.pr.us
webmaster@govpr.org
governor@justicia.pr.gov

---

debter 43
[STATE OF RHODE ISLAND CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Gina Raimondo dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE HOUSE]
[Providence, RI 02903]
Phone: 401/222-2080
Fax: 401/222-8096
rigov@gov.state.ri.us

---

debter 44
[STATE OF SOUTH CAROLINA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Henry McMaster dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
1205 Pendleton Street
[Columbia, SC 29201]
Phone: 803/734-2100
Fax: 803/734-5167
governor@govoepp.state.sc.us

---

debter 45
[STATE OF SOUTH DAKOTA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Kristi Noem dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
500 East Capital Avenue
[Pierre, SD 57501]
Phone: 605/773-3212
Fax: 605/773-4711
sdgov@gov.state.sd.us

---

debter 46
[STATE OF TENNESSEE CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Bill Lee dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[TENNESSEE STATE CAPITOL]
[Nashville, TN 37243-0001]
Phone: 615/741-2001
Fax: 615/532-9711
bill.lee@state.tn.us

---

debter 47
[STATE OF TEXAS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Greg Abbott dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
P.O. Box 12428
[Austin, TX 78711]
Phone: 512/463-2000
Fax: 512/463-5571
governor@state.tx.us

---

debter 48
[STATE OF UTAH CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Gary R. Herbert dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[UTAH STATE CAPITOL]
Suite 200
[Salt Lake City, UT 84114]
Phone: 801/538-1000
Fax: 801/538-1557
governor@utah.gov

---

debter 49
universal trust 999+99+9999 AA222141 A1 Truth







[STATE OF VERMONT CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Phil Scott dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
109 State Street
Pavilion Office Building
[Montpelier, VT 05609]
Phone: 802/828-3333
Fax: 802/828-3339
pshumlin@state.vt.us

---

debter 50
[STATE OF VIRGIN ISLANDS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Albert Bryan dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[GOVERNMENT HOUSE]
21-22 Kongens Gade
Charlotte Amalie
[St. Thomas, VI 00802]
Phone: 340/774-0001
Fax: 340/693-4374
governor@state.vi.gov
richard.mottajr@go.vi.gov

---

debter 51
[STATE OF VIRGINIA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Ralph Northam dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
Third Floor
[Richmond, VA 23219]
Phone: 804/786-2211
Fax: 804/371-6351
ralph.northam@governor.virginia.gov

---

debter 52
[STATE OF WASHINGTON CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Jay Inslee dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[OFFICE OF THE GOVERNMENT]
P.O. Box 40002
[Olympia, WA 98504-0002]
Phone: 360/902-4111
Fax: 360/753-4110
Governor.Inslee@Governor.wa.gov
hello@JAYINSLEE.COM

---

debter 53
[STATE OF WEST VIRGINIA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Jim Justice dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
1900 Kanawha Street
[Charleston, WV 25305]
Phone: 304/558-2000
governor@state.wv.us

---

debter 54
[STATE OF WISCONSIN CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Tony Evers dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
115 East State Capital
[Madison, WI 53707]
Phone: 608/266-1212
Fax: 608/267-8983
wisgov@mail.state.wi.us

---

debter 55
[STATE OF WYOMING CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Mark Gordon dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL BUILDING]
Room 124
[Cheyenne, WY 82002]
Phone: 307/777-7434
Fax: 307/632-3909
Governor@missc.state.wy.us

---

debter 56
[Donald J Trump dba PRESIDENT] ande all heirs assignes principalls agentes ande derivativs thereov
[UNITED STATES CORPORATION COMPANY] ande all heirs assignes principalls agentes ande derivativs thereov

[WHITE HOUSE CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
1600 Pennsylvania Ave NW,

universal trust 999+99+9999 AA222141 A1 Truth









[Washington, DC 20500]
newsadmin@whitehouse.gov
comments@whitehouse.gov

debter 57

[State Of New York Unified Court System dba STATE OF NEW YORK UNIFIED COURT SYSTEM] ande all heires assignes
principalls agentes derivativs thereuf
[STATE OF NEW YORK UNIFIED COURT STSTEM]
110 STATE STREET
[ALBANY, NEW YORK]
[STATE OF NEW YORK COURT OF APPEALS]
25 BEAVER STREET
[NEW YORK, NEW YORK]

debter 58

[STATE OF NEW YORK UNIFIED COURT SYSTEM dba EIN NUMBER14-6013200, STATE OF NEW YORK DUNS
NUMBER 041002973, CITY OF NEW YORK DUNS NUMBER 021741036] ande all heires assignes principalls agentes
derivativs thereuf
[STATE OF NEW YORK UNIFIED COURT STSTEM]
110 STATE STREET
[ALBANY, NEW YORK]
[STATE OF NEW YORK COURT OF APPELS]
25 BEAVER STREET
[NEW YORK, NEW YORK]

debter 59

[New York State of Appeals dba NEW YORK STATE OF APPEALS] ande all heires assignes principalls agentes derivativs
thereuf
[NEW YORK STATE OF APPEALS]
110 STATE STREET
[ALBANY, NEW YORK]
[STATE OF NEW YORK COURT OF APPEALS]
25 BEAVER STREET
[NEW YORK, NEW YORK]

debter 60

[NEW YORK STATE OF APPEALS dba EIN NUMBER14-6013200, STATE OF NEW YORK DUNS NUMBER 041002973,
CITY OF NEW YORK DUNS NUMBER 021741036] ande all heires assignes principalls agentes derivativs thereuf
[NEW YORK STATE OF APPEALS]
110 STATE STREET
[ALBANY, NEW YORK]
[STATE OF NEW YORK COURT OF APPEALS]
25 BEAVER STREET
[NEW YORK, NEW YORK]

debter 61

[Honorable Rolando T. Acosta dba HONORABLE ROLANDO T. ACOSTA] ande all heires assignes principalls agentes
derivativs thereuf
[FIRST JUDICAL DEPARTMENT]
27 MADISON AVENUE
[NEW YORK, NEW YORK 10010]

debter 62

[HONORABLE ROLANDO T. ACOSTA dba FIRST APPELLATE DIVISION SUPREME COURT STATE OF NEW YORK]
ande all heires assignes principalls agentes derivativs thereuf
[FIRST JUDICAL DEPARTMENT]
27 MADISON AVENUE
[NEW YORK, NEW YORK 10010]

debter 63

[Honorable Alan D. Scheinkman dba HONORABLE ALAN D. SCHEINKMAN] ande all heires assignes principalls agentes
derivativs thereuf
[SECOND JUDICAL DEPARTMENT]
27 MADISON AVENUE
[BROOKLYN, NEW YORK 11201]

debter 64

[HONORABLE ALAN D. SCHEINKMAN dba SECOND APPELLATE DIVISION SUPREME COURT STATE OF NEW
YORK] ande all heires assignes principalls agentes derivativs thereuf
[SECOND JUDICAL DEPARTMENT]
27 MADISON AVENUE
[BROOKLYN, NEW YORK 11201]

debter 65

universal trust 999+99+9999 AA222141 A1 Truth

    

  

[Honorable Elizabeth A. Garry dba HONORABLE ELIZABETH A. GARRY] ande all heires assignes principalls agentes
derivativs thereuf
[THIRD JUDICAL DEPARTMENT]
CAPITOL STATION, P.O. BOX 7288
[ALBANY, NEW YORK 12224]

debter 66
[HONORABLE ELIZABETH A. GARRY dba THIRD APPELLATE DIVISION SUPREME COURT STATE OF NEW
YORK] ande all heires assignes principals agentes derivativs thereuf
[THIRD JUDICAL DEPARTMENT]
CAPITOL STATION, P.O. BOX 7288
[ALBANY, NEW YORK 12224]

debter 67
[Honorable Gerald J. Whalen dba HONORABLE GERALD J. WHALEN] ande all heires assignes principalls agentes derivativs
thereuf
[FOURTH JUDICAL DEPARTMENT]
50 EAST AVENUE
[ROCHESTER, NEW YORK 14604]

debter 68
[HONORABLE GERALD J. WHALEN dba FOURTH APPELLATE DIVISION SUPREME COURT STATE OF NEW
YORK] ande all heires assignes principalls agentes derivativs thereuf
[FOURTH JUDICAL DEPARTMENT]
50 EAST AVENUE
[ROCHESTER, NEW YORK 14604]

debter 69
[Lisa LeCours dba LISA LECOURS] ande all heires assignes principalls agentes derivativs thereuf
[CLERKS OFFICE]
2O EAGEL STREET
[ALBANY, NEW YORK 12207]

debter 70
[LISA LECOURS dba CHIEF CLERK AND LEGAL COUNSEL TO THE COURT] ande all heires assignes principalls agentes
derivativs thereuf
[CLERKS OFFICE]
2O EAGEL STREET
[ALBANY, NEW YORK 12207]

debter 71
[Anthony Cannataro dba ANTHONY CANNATARO] ande all heires assignes principalls agentes derivativs thereuf
[CLERKS OFFICE]
2O EAGEL STREET
[ALBANY, NEW YORK 12207]

debter 72
[ANTHONY CANNATARO dba ACTING CHIEF JUDGE] ande all heires assignes principalls agentes derivativs thereuf
[CLERKS OFFICE]
2O EAGEL STREET
[ALBANY, NEW YORK 12207]

debter 73
[STATE OF NEW YORK UNIFIED COURT SYSTEM dba EIN NUMBER14-6013200, STATE OF NEW YORK DUNS
NUMBER 041002973, CITY OF NEW YORK DUNS NUMBER 021741036] ande all heires assignes principalls agentes
derivativs thereuf
[STATE OF NEW YORK UNIFIED COURT STSTEM]
110 STATE STREET
[ALBANY, NEW YORK]

debter 74
[APPELLATE DIVISION SUPREME COURT STATE OF NEW YORK dba EIN NUMBER14-6013200, STATE OF NEW
YORK DUNS NUMBER 041002973, CITY OF NEW YORK DUNS NUMBER 021741036] ande all heires assignes principalls
agentes derivativs thereuf
[STATE OF NEW YORK UNIFIED COURT STSTEM]
110 STATE STREET
[ALBANY, NEW YORK]

debter 75
[STATE OF NEW YORK COURT OF APPEALS dba EIN NUMBER14-6013200, STATE OF NEW YORK DUNS NUMBER
041002973, CITY OF NEW YORK DUNS NUMBER 021741036] ande all heires assignes principalls agentes derivativs thereuf
[STATE OF NEW YORK UNIFIED COURT STSTEM]
110 STATE STREET
[ALBANY, NEW YORK]

universal trust 999+99+9999 AA222141 A1 Truth









debter 76

[STATE OF NEW YORK COURT OF APPEALS CLERK OF OFFICE dba EIN NUMBER14-6013200, STATE OF NEW YORK DUNS NUMBER 041002973, CITY OF NEW YORK DUNS NUMBER 021741036] ande all heires assignes principalls agentes derivativs thereuf
[CLERKS OFFICE]
2O EAGEL STREET
[ALBANY, NEW YORK 12207]

republic (near 11368) (12309)]

Re: Misrepresented Instrument - Bill of Attainder/ Foreign Bill of Exchange / Case Number(s) / Docket Number(s):
LT-315938-22/QU, LT-001127-21/SC

### Stare Decisis Law

*"A court confers Jurisdiction where none existed and cannot make a void proceeding valid". **See Old Wayne Mut. L Assoc. V. Mcdonough,204 U.S. 8,27 S. Ct. 236(1907)**;*
*"Courts are constituted by authority and they cannot act beyond the power delegated to them. If a court acts without authority, its judgment and order are regarded as nullities. They are not voidable but simply void; and form no bar to a remedy sought in opposition to them, even prior to a reversal, They constitute no justification; and all persons concerned in executing such judgments, or sentences, are considered in law, as trespassers" **See Elliot v. Peirsol,26 U.S. 382.340 (1828)***

On the day of May 27, 2020, you [CORPORATION(s)] were duly served with process at your mailing address, Averment of Jurisdiction / Quo Warranto/ Lien Affidavit and Kommande to Appear and was given (3) days from the date to answer and prove jurdiction. As of this date, you have failed to answer which constitutes default. It is therefore considered;

ORDERED AND ADJUDGED that this default judgment be and the same is hereby entered against you, (plural), STATE OF ALABAMA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF ALASKA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF AMERICAN SAMOA dba UNITED STATES OF AMERICA CORPORATION, STATE OF ARIZONA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF ARKANSAS CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF CALIFORNIA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF COLORADO CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF CONNECTICUT CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF DELAWARE CORPORATION dba UNITED STATES OF AMERICA, CORPORATION, STATE OF FLORIDA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF GEORGIA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF GUAM CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF HAWAII CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF IDAHO CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF ILLINOIS CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF INDIANA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF IOWA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF KANSAS CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF KENTUCKY CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF LOUISIANA CORPORATION dba UNITED STATES OF AMERICA

universal trust 999+99+9999 AA222141 A1 Truth






CORPORATION, STATE OF MAINE CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF MARYLAND CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF MASSACHUSETTS CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF MICHIGAN CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF MINNESOTA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF MISSISSIPPI CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF MISSOURI CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF MONTANA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF NEBRASKA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF NEVADA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF NEW HAMPSHIRE CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF NEW JERSEY CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF NEW MEXICO CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF NEW YORK CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF NORTH CAROLINA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF NORTH DAKOTA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF NORTH MARIANA ISLANDS CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF OHIO CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF OKLAHOMA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF OREGON CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF PENNSYLANIA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF PUERTO RICO  CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF RHODE ISLAND CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF SOUTH CAROLINA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF SOUTH DAKOTA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF TENNESSEE CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF TEXAS CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF UTAH CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF VERMONT CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF VIRGIN ISLANDS CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF VIRGINIA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF WASHINGTON CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF WEST VIRGINIA CORPORATION dba UNITED STATES OF AMERICA CORPORATION, STATE OF WISCONSIN CORPORATION dba UNITED STATES OF AMERICA CORPORATION, UNITED STATES CORPORATION COMPANY dba UNITED STATES OF AMERICA CORPORATION, WHITE HOUSE CORPORATION dba UNITED STATES OF AMERICA CORPORATION, State Of New York Unified Court System dba STATE OF NEW YORK UNIFIED COURT SYSTEM,  STATE OF NEW YORK UNIFIED COURT SYSTEM dba EIN NUMBER14-6013200, STATE OF NEW YORK DUNS NUMBER 041002973, CITY OF NEW YORK DUNS NUMBER 021741036, New York State of Appeals dba NEW YORK STATE OF APPEALS,; NEW YORK STATE OF APPEALS dba EIN NUMBER14-6013200, STATE OF NEW YORK DUNS NUMBER 041002973, CITY OF NEW YORK DUNS NUMBER 021741036, Honorable Rolando T. Acosta dba HONORABLE ROLANDO T. ACOSTA, HONORABLE ROLANDO T. ACOSTA dba FIRST APPELLATE DIVISION SUPREME COURT STATE OF NEW YORK, Honorable Alan D. Scheinkman dba HONORABLE ALAN D. SCHEINKMAN, HONORABLE ALAN D. SCHEINKMAN dba SECOND APPELLATE DIVISION SUPREME COURT STATE OF NEW YORK, Honorable Elizabeth A. Garry dba HONORABLE ELIZABETH A. GARRY, HONORABLE ELIZABETH A. GARRY dba THIRD APPELLATE DIVISION SUPREME COURT STATE OF NEW YORK, Honorable Gerald J. Whalen dba HONORABLE GERALD J. WHALEN, HONORABLE GERALD J. WHALEN dba FOURTH APPELLATE DIVISION SUPREME COURT STATE OF NEW YORK, Lisa LeCours dba LISA LECOURS, LISA LECOURS dba CHIEF CLERK AND LEGAL COUNSEL TO THE COURT, Anthony Cannataro dba ANTHONY CANNATARO, ANTHONY CANNATARO dba ACTING CHIEF JUDGE, STATE OF NEW YORK UNIFIED COURT SYSTEM dba EIN NUMBER14-6013200, STATE OF NEW YORK DUNS NUMBER 041002973, CITY OF NEW YORK DUNS NUMBER 021741036, APPELLATE DIVISION SUPREME COURT STATE OF NEW YORK dba EIN NUMBER14-6013200, STATE OF NEW YORK DUNS NUMBER 041002973, CITY OF NEW YORK DUNS NUMBER 021741036, STATE OF NEW YORK COURT OF APPEALS dba EIN NUMBER14-6013200, STATE OF NEW YORK DUNS NUMBER 041002973, CITY OF NEW YORK DUNS NUMBER 021741036, STATE OF NEW YORK COURT OF APPEALS CLERK OF OFFICE dba EIN NUMBER14-6013200, STATE OF NEW YORK DUNS NUMBER 041002973, CITY OF NEW YORK DUNS NUMBER 021741036,(hereinafter " Judgment Debtors")

It is further Ordered and Adjudge that the Judgment Debtors are obligated to Munna'hata whatteaug Autochonous Moor and Mohawkaccuck Autochonous Moorish Article III Consular Court For Al Moroccan Empire (and all moors at earth) (hereinafter "Judgment Creditors") for the following judgment:

universal trust 999+99+9999 AA222141 A1 Truth









i. The immediate dismissal of case number(s) / docket number(s) and any other attachments associated thereto for lack of jurisdiction and fraud. That the sovereign ruling stand for law nunq pro tunq; and

ii. the total sum principal amount of any financial lien statement mentioned now or hereafter be redeemed in lawful money of .9999 fine silver bullion coins or bars for all Claims from Moors.

It is further Ordered and Adjudge that any past, present and or future cases that has presumed to be CORPORATE 14 Amendment UNITED STATES OF AMERICA CITIZEN; be upheld for the constitution and all treaties ruled in the sovereign Article III jurisdiction with proper stated nationality creditor stated notices, writs, affidavits, commands, rulings, and judgments.

It is further Ordered and Adjudge that this default judgment shall serve as a judgment lien against the oaths of office, surety bonds, and all property (real and personal; corporeal and incorporeal) and assets of the Judgment Debtors as well as their spouse, heir(s), successor(s) and assign(s), in order to Levy on such property and assets for the satisfaction of this judgment if payment cannot be made;

It is further Ordered and Adjudge hat the possession of the ancestral estate in reversion shall be transferred into the rightful hands of the true Heirs Apparent Munna'hata whatteaug Autochonous Moors and Mohawkaccuck Autochonous Moorish Article III Consular Court New York republic, (and all moors at earth) also delivered to mailing address ) it is hereby delivered without interruption to the judgment Creditor, in allodium, as rightful heirs and reversioners owners by Aboriginal title and inheritance.

Affidavit

I declare and affirm by virtue of divine law, in alignment with the Zodiac Constitution, and upon the United States Republic Constitution of 1791, and upon the honor of my Foremothers and Forefathers that the above Universal Sovereign Original Indigenous Ancient Natural Divine Affidavit Of Facts Restitutio DEFAULT JUDGMENT: International Document

Default Judgment is true and correct.



Executed this ⬛ Day of _____ ,2023

_Angelica Yvette Dobbs_

Creditor Angelica Yvette Dobbs Bey, de jure
in propria persona, sui juris, in full life,
All Rights Demonstrated.
Munnawhatteaug Autochthonous Moors and Mohawkaccuck Autochonous Moors
℅ 2321 39 adam clayton powell jr boulevard 5j, Manhattan New York [without zip]

universal trust 999+99+9999 AA222141 A1 Truth









**Witness:** *ma'at kheru het heru jhuty ba n shu el*
natural person - in propria persona – sui juris, sui heredes - in solo proprio: all rights reserved

**Witness:** *Ra es themsu Jhuty la meh el*
natural person - in propria persona – sui juris, sui heredes - in solo proprio: all rights reserved

**Witness:** *aa khprun klu jhuty 'ba n shu*
natural person - in propria persona – sui juris, sui heredes - in solo proprio: all rights reserved

**Witness:** *Jove elbn' Allah Bey*
natural person - in propria persona – sui juris, sui heredes - in solo proprio: all rights reserved

**Witness:** *Mu'tazz Ba'id Bey a free Moor*
natural person - in propria persona – sui juris, sui heredes - in solo proprio: all rights reserved

**Witness:** *ka hu sia jhuty ban will.i am shu el*
natural person - in propria persona – sui juris, sui heredes - in solo proprio: all rights reserved

**Witness:** *Kacem Bey*
natural person - in propria persona – sui juris, sui heredes - in solo proprio: all rights reserved

**Witness:** _____ .
natural person - in propria persona – sui juris, sui heredes - in solo proprio: all rights reserved

**Witness:** _____ .
natural person - in propria persona – sui juris, sui heredes - in solo proprio: all rights reserved

**Witness:** _____ .
natural person - in propria persona – sui juris, sui heredes - in solo proprio: all rights reserved

**Witness:** _____ .
natural person - in propria persona – sui juris, sui heredes - in solo proprio: all rights reserved

**Witness:** _____ .
natural person - in propria persona – sui juris, sui heredes - in solo proprio: all rights reserved

**Witness:** _____ .
natural person - in propria persona – sui juris, sui heredes - in solo proprio: all rights reserved

**Witness:** _____ .
natural person - in propria persona – sui juris, sui heredes - in solo proprio: all rights reserved

universal trust 999+99+9999 AA222141 A1 Truth








empire states ovmorocco
united states for morocco
moorishe nationale republic federale governmentess
ໆ~societas republicae eaalm aurikanos~ ໆ
moorishe divine and nationale movement of the world
northwest amexem / southwest amexem / central amexem / adjoining atlantis and moroccan islands
ໆ~temple of the moon and sun ~ ໆ
the true and de jure natural peoples – heirs of the land
ໆ~i. self. law. am. master.~ໆ

## affavdit ov truth matrichy moorish nation

Creditor Exhibit: B

all rize ande stande. this is a sovereigne livinge annciente moorishe al moroccan articlle iii konsular kourte akktione. i am the sovereinge livinge justise angelica yvette dobbs bey in capitis dimiutio nolo, in red ink. in propria persona sui juris, in proprio solo, ande in proprio heredes. i ande all moors are the ascendents of the annciente moabites ande canaanites ande the greate pharoahs of kemmett. our full faithe, truste, ande kreddit is in the peepel who are the sovereigne origeneall inndigeneous naturall divyne livinge annciente de jure moorishe nationall reepublic federall governmente, moorishe moroccan konsulate ande moorishe moroccan konsular kourte.

i angelica yvette dobbs bey ov thee moorish abborginal divine lande, ov birth right, ov thee accendant, ande a divine mother ovthee great laws and culture due take her rightful plaace; by thee divine law vested to me by birth right.
as a mother ov this moorish land i reunite with her mother earth and mother nation to bring forth her life, her liberties, and her freedoms that are thee divine laws (land, air, water, and sun). to restore, to make whole thee convent ov all thee heirs ov this great nation; birthrights unabridged, unalienable, nun pro tunc, ande time immortal.

fore it is written in:

Ephesians 1:3-5[3] Praise be to the God and Father of our Lord Jesus Christ, who has blessed us in the heavenly realms with every spiritual blessing in Christ. [4] For he chose us in him before the creation of the world to be holy and blameless in his sight. In love [5] he predestined us for adoption to sonship through Jesus Christ, in accordance with his pleasure and will—

John 16:33 [33] These things I have spoken unto you, that in me ye might have peace. In the world ye shall have tribulation: but be of good cheer; I have overcome the world.

thee establishmeent ov this moorish nation is for thee freedoms and justice for all nations. to put back thee aboriginal chosen nation is and shall set all ov thee warring nations at enternal peace.

with thee declaration ov my pen and thee manifestation ov thy words and deeds it is done.

thee lande has been given back its noble title from its original location longitude and latitude ovthee city hall and all ov its other governmentale buildings. mooroover thee boundaries for thee orginal geographical location has too been spelled out ande put on thee publice record. links to follow






enclosed are thee moorish pope civil letters june 10 ande july 4 2014, thee organic new york constitution, ande thee ordinal charter fore schenectady.

links fore thee above mentioned international instruments:
https://www.calameo.com/read/006804877f23bcc05596d
105 jay street near schenectady new york without zip exempt
https://www.calameo.com/read/006804877c8c68adf72b6
608 state street near schenectady new york without zip exempt
https://www.calameo.com/read/006804877c5a45b1b8e4b
620 state street near schenectady new york without zip exempt
https://www.calameo.com/read/006804877ce9c2e66aaab
320 veederave near schenectady new york without zip exempt
https://www.calameo.com/read/0068048773c4c843f7885
declaration appellation change and declaration fore sovereignelande
all establishedlande and declerations have been put in an expressed moorish trust. islam

any ande all other international instruments
can be found on calameo and telegram .

upon my inherited status, iangel bey, being a descendant of the ancient moabites in other respect known as american – al moroccan – moor, standing squarely affirmed upon my oath to the 'five points of light' – *love, truth, peace, freedom,* and *justice*; being competent (in my own proper person) to attest to this affidavit upon which i place my autograph; whereas, i state, proclaim, and declare the following to be true, correct, not misleading, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose.

chronos time immemoriall inn to perpetuitee

ego sum
i am: *angelica yvette dobbs bey*

angelica yvette dobbs bey consul/vizir/minister, sui juris
**omnia iura reservantis**
email: squam.pomack.gov@gmail.com
land of nod, northwest africa, morocco






witness

*i* am:

muklusa ashakar alla bey, sui juris consular
**omnia iura reservantis**
email: squam.pomack.gov@gmail.com
land of nod, northwest africa, morocco

*i* am:

tanzania al quiama el bey, sui juris consular
**omnia iura reservantis**
email: squam.pomack.gov@gmail.com
land of nod, northwest africa, morocco

*i* am:

shakai musa imamu bey, sui juris consular
**omnia iura reservantis**
email: squam.pomack.gov@gmail.com
land of nod, northwest africa, morocco

all soverigne origeneall enndigeneous moorishe al moroccan autograffs fore this ande all sovereign united states of morocco governmente dockumentes are on thee public kwreckord at morocco. justises/vizirs/ministarsen propria persona sui juris en proprio solo andeen proprio heredes. all sovereign rightes exxercised at all tymes. north westeaffrica / south westafrica / northe gate / addjoininge isslamds

empire states ovmorocco
united states of morocco
moorishenationallreepublickfederallgovernmente
squam pomack province
C/O 30 South Broadway Suite 810 #13
Near [Yonkers, New York]
land of nod, northwest africa, morocco
sion new jerusalem

amen, amen dico vobis, quæcumquealligaveritis super terramerunt ligata et ego in caelo et quaecumquesolveritis super terrameruntsoluta et in caelo
amen, amen dico vobis, quæcumquealligaveritis super terramerunt ligata et ego in caelo et quaecumquesolveritis super terrameruntsoluta et in caelo
amen, amen dico vobis, quæcumquealligaveritis super terramerunt ligata et ego in caelo et quaecumquesolveritis super terrameruntsoluta et in caelo










# empire state ov morocco
## united states ov america
### moorishe nationall reepublic federall governmente
~ ꙭ ~ societas republicae ea al maurikanos ~ ꙭ ~
moorishe divyne ande nationall muvemente ov the earthe
northe weste amexem + northweste affrica + northe ammerica + the northe gate
all addioining isslands
~ ꙭ ~ tempel ov the moon ande sun ~ ꙭ ~
the true ande de jure naturall peeples + heirs ov the lande
~ ꙭ ~ i.s.l.a.m. ~ ꙭ ~

Creditor Exhibit: **empire state ov morocco**

affidavitt uv writtene innitiall unniversall commershiall code 1
finansing statemente

phixture philing, lande ande commershiall lien

nationale safe harbore programme universall commershiall code § 9-521 whereby e nationales who phile writtene universall
commershial code liens can phile universall commershial code liens in any staite.

macw+cause000000010

all rize ande stande ande reemain standing innto perpetuitee. this is a sovereigne livinge annciente artiklle
iii moorishe amerikan al moroccan kourte acctione. we are the sovereigne livinge justise in capitis
diminutio nolo, in red ink, in propria persona sui juris, in proprio solo, ande in proprio heredes. all moors
are the origeneall inndigenous sovereigne annciente al moroccan moorishe amerikan ascendents ov the
greate pharoahs ov kemet ande ov the annciente moabites ande canaanites. our fulle faithe ande truste, our
allegianse, our kreddit ande our innergy are hereby e vested in oursellves for we are the peepel who are the
origeneall inndigeneous naturall divyne annciente empire state ov morocco ande the de jure moorishe
nationall reepublic federall governmente, the unniversall moorishe amerikan konsulate ande the articlle iii
moorishe amerikan konsular kourte. we are peace. we are one god. we hereby e exxercise all sovereigne
rights at this time ande at all pointes in time nunq pro tunq.

to debters:
[all dba GOVERNORS, UNITED STATES OF AMERICA] ande all heirs assignes principalls agentes ande derivativs thereov
[Donald J Trump dba PRESIDENT, UNITED STATES OF AMERICA] ande all heirs assignes principalls agentes ande
derivativs thereov

copies mailled to:
Bowser, Muriel
[OFFICE OF THE MAYOR]
John A. Wilson Building
1350 Pennsylvania Ave, NW #203
[Washington, DC 20004]
dellivered via emaile ande returned receipte united states poste offise

copy: Dewitt, Jeffrey
[OFFICE OF THE RECORDER]
1101 4th St SW #270
[Washington, DC 20004]
[dellivered via emaile ande returned receipte united states poste offise]
all debters reeceived origenel affidavitts

sovereignee creditore
empire state ov morocco
moorishe nationall reepublic federall governmente
moorishe amerika konsulate
c/o 911 southe weste 314th plase
federall way washington reeservatione
washington districte for columbia
sion new jerusalem
unniversall naturall arrea codde: 4s3wv qvkz5
latittude longittude 47.31981,+122.34762

this is an initiale universall commershial code 1 philing pursuante tew universall commershial codes ande districte for columbia
offishial codes

§ 28:9-501, § 28:9-502, § 28:9-516a, § 28:9-516b, § 28:9-520c, § 28:9-521 ande all other applicabul codes koncerning sekyured partie creditors ande initial philings.

§ 28:9-521 universall writtene financinge statementee - a philing offise that accepts writtene wreckords maye not refuse to acceptt a writtene initial financinge statemente in this form ande format except for a reason set forth in § 28:9-516(b) entitled "what konstitutes philing; effecktivenes uf philing". (a) except as otherwise provyded in subsection (b), communication uf a wreckord to a philing offise ande tender uf the philing fee or acceptance uf the wreckord by the philing offise konstitutes philing.

§ 28:9-501 philing offise.

except as otherwyse provyded in subsecktion (b), if the locall law uf the districte governs perfhection uf a securitie interest or agricultural lien, the offise in whiche to file a financinge statemente to perfect the securitie interest or agricultural lien is:

(1) the wreckorder uf deeds, if (b) the financinge statement is filed as a phixture philing ande the collaterall is goods that are or are to become phixtures; or

(2) the mayore in all other cases, including a case in whiche the collaterall is goods that are or are to become phixtures ande the financinge statemente is not filed as a phixture philing.

(b) the offise in whiche to file a financinge statemente to perfect a securitie interest in collaterall, including phixtures, uf a trannsmitting utilitie is the offise uf the mayore, the financinge statemente also konstitutes a phixture philing as to the collaterall indicated in the financinge statemente whiche is or is to bekome phixtures.

§ 28:9-515 durationne ande effecktiveness uf financinge statemente; effect uf lapsed financinge statemente. (f) if a debter is a trannsmitting utilitie ande a filed initial financinge statemente so indicates, the financinge statemente is effective until a terminashun statemente is filed.

## § 28:9-521:

"universall commershial code 1 financinge statemente

"a.    sovereigne appellashun & fone (optionale)

pauline denise ritchie in propria persona sui juris in proprio solo ande in proprio heredes

empire state ov morocco

"b.    email (optional)"

thegovernmente@gmail.com

"c.    sind acknowledgemint tooh: (appellashun ande mailinge locashun)
empire state ov morocco
moorishe nationall reepublic federall governmente
moorishe amerika konsulate
c/o 911 southe weste 314th plase
federall way washington reeservationne
washington districte for columbia
sion new jerusalem
unniversall naturall urrea codde: 4s3wv qvkz5
latitude longitude 47.31981,+122.34762

"the abuve space is four philing offise uze onley

provvide debters naim

---

**debter 1**
[STATE OF ALABAMA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Kay Ivey dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
600 Dexter Avenue
[Montgomery, AL 36130-2751]
Phone: 334/242-7100
Fax: 334/353-0004
Barbara.Kelley@ltgov.alabama.gov
Kay.Ivey@governor.alabama.gov
openrecords@governor.alabama.gov

---

**debter 2**
[STATE OF ALASKA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Mike Dunleavy dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
P.O. Box 110001
[Juneau, AK 99811-0001]
Phone: 907/465-3500
Fax: 907/465-3532
Mike.Dunleavy@ALASKA.GOV
John.Espindola@ALASKA.GOV
Ben.Stevens@ALASKA.GOV

---

**debter 3**
[STATE OF AMERICAN SAMOA] ande all heirs assignes principalls agentes ande derivativs thereov
[Lolo Matalasi Moliga dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[EXECUTIVE OFFICE BUILDING]
Third Floor
[Pago Pago, AS 96799]
Phone: 684/633-4116
Fax: 011/684/633-2269
info@as.gov
americansamoagovernment@gmail.com

Fiu.saelua@go.as.gov
Lolo.,oliga@go.as.gov
lu.pereira@go.as.gov

---

debter 4

[STATE OF ARIZONA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Doug Ducey dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
1700 West Washington
[Phoenix, AZ 85007]
Phone: 602/542-4331
Fax: 602/542-7601
engage@az.gov
azgov@azgov.com
RVergara@az.gov
KJensen@az.gov
DDucey@az.gov

---

debter 5

[STATE OF ARKANSAS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Asa Hutchinson dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
Room 250
[Little Rock, AR 72201]
Phone: 501/682-2345
Fax: 501/682-1382
press@governor.arkansas.gov
info@governor.arkansas.gov
Mary.Casteel@governor.arkansas.gov
Alison.Williams@governor.arkansas.gov
Bill.Gossage@governor.arkansas.gov

---

debter 6

[STATE OF CALIFORNIA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Gavin Newsom dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
Suite 1173
[Sacramento, CA 95814]
Phone: 916/445-2841
Fax: 916/558-3160
Governor@governor.ca.gov
Gavin.Newsom@gov.ca.gov

---

debter 7

[STATE OF COLORADO CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Jared Polis dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
136 State Capital
[Denver, CO 80203-1792]
OR
[STATE CAPITOL BUILDING]
200 E. Colfax Ave., Rm. 136
[Denver, CO, 80203]
Phone: 303/866-2471
Fax: 303/866-2003
GovernorPolis@state.co.us
Governor.polis@state.co.us

---

debter 8

[STATE OF CONNECTICUT CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Ned Lamont dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
210 Capital Avenue
[Hartford, CT 06106]
Phone: 800/406-1527
Fax: 860/524-7395
info@nedlamont.com
Governor.Rell@po.state.ct.us
Governor.Lamont@po.state.ct.us

---

debter 9

[STATE OF DELAWARE CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[John Carney dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[LEGISLATIVE HALL]
[Dover, DE 19901]
Phone: 302/744-4101
Fax: 302/739-2775
JCarney@state.de.us

---

debter 10

[STATE OF FLORIDA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Ron DeSantis dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
PL 05 THE CAPITOL
400 South Monroe Street
[Tallahassee, FL 32399-0001]

Phone: 850/488-7146
Fax: 850/487-0801
Ron.DeSantis@myflorida.com
GovernorRon.Desantis@eog.myflorida.com

---

debter 11

[STATE OF GEORGIA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Brian Kemp dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
203 STATE CAPITOL
[Atlanta, GA 30334]
Phone: 404/656-1776
Fax: 404/657-7332
georgia.governor@gov.state.ga.us
Brian.Kemp@gov.state.ga.us

---

debter 12

[STATE OF GUAM CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Lou Leon Guerrero dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[EXECUTIVE CHAMBER]
P.O. Box 2950
[Agana, GU 96932]
Phone: 671/472-8931
Fax: 671/477-4826
governor@ns.gov.us
LGuerrero@ns.gov.us

---

debter 13

[STATE OF HAWAII CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[David Ige dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[EXECUTIVE CHAMBER]
[STATE CAPITOL]
[Honolulu, HI 96813]
Phone: 808/586-0034
Fax: 808/586-0006
gov@gov.state.hi.us
info@ehawaii.gov

---

debter 14

[STATE OF IDAHO CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Brad Little dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
700 West Jefferson
Second Floor
[Boise, ID 83702]
Phone: 208/334-2100
Fax: 208/334-2175
governor@gov.idaho.gov
JMalmen@gov.idaho.gov
BLittle@gov.idaho.gov

---

debter 15

[STATE OF ILLINOIS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Jay Robert Pritzker dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
207 Statehouse
[Springfield, IL 62706]
Phone: 217/782-6830
Fax: 217/524-4049
governor@state.il.us

---

debter 16

[STATE OF INDIANA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Eric Holcomb dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE HOUSE]
Room 206
[Indianapolis, IN 46204-2797]
or
402 W. Washington Street
Room W160A
[Indianapolis, IN, 46204]
Phone: 317/232-4567
Fax: 317/232-3443
EHolcomg@state.n.us

---

debter 17

[STATE OF IOWA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Kim Reynolds dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
1007 East Grand Ave.
[Des Moines, Iowa 50319]
or
East 9th and Grand
[Des Moines, IA, 50319]
Phone: 515/ 281-5211

Fax: 515/281-6611
Sara.Craig@iowa.gov
Kimberly.Reynolds@iowa.gov
Adam Gregg@iowa.gov
jessica.reynolds@ag.iowa.gov

---

### debter 18
[STATE OF KANSAS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Laura Kelly dba GOVERNOR] all all heirs assignes principalls agentes ande derivativs thereov
[CAPITOL]
300 SW 10th Avenue, Suite 212S
[Topeka, KS 66612-1590]
Phone: 785/296-3232
Fax: 785/296-7973
Constituent@governor.wpo.state.ks.us

---

### debter 19
[STATE OF KENTUCKY CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Andy Beshear dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
700 Capital Ave., Suite 100
[Frankfort, KY 40601]
or
229 West Main Street
Suite 400
[Frankfort, KY, 40601]
Phone: 502/564-2611
Fax: 502/564-0437
governor@mail.state.ky.us
GovOpenRecords@ky.gov

---

### debter 20
[STATE OF LOUISIANA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[John Bel Edwards dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
900 North 3rd Street
[Baton Rouge, LA, 70802]
or
P. O. Box 94004
[Baton Rouge, LA 70804-9004]
Phone: 225/342-7015
Fax: 225/342-7099
lagov@linknet.net
govpress@la.gov

---

### debter 21
[STATE OF MAINE CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Janet Mills dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
1 State House Station
[Augusta, ME 04333]
Phone: 207/287-3531
Fax: 207/287-1034
governor@state.me.us
governor@maine.gov

---

### debter 22
[STATE OF MARYLAND CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Larry Hogan dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
100 State Circle
[Annapolis, MD 21401]
Phone: 410/974-3901
Fax: 410/974-3275
contact@maryland.gov

---

### debter 23
[STATE OF MASSACHUSETTS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Charlie Baker dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE HOUSE]
[OFFICE OF THE GOVERNOR], Room 360
[Boston, MA 02133]
Phone: 617/725-4005
Fax: 617/727-9725
GOffice@state.ma.us
cis@sec.state.ma.us

---

### debter 24
[STATE OF MICHIGAN CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Gretchen Whitmer dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
P.O. Box 30013
[Lansing, MI 48909]
Phone: 517/373-3400
Fax: 517/335-6863
migov@exec.state.mi.us
governorsoffice@michigan.gov

<u>debter 25</u>
[STATE OF MINNESOTA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Tim Walz dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
130 State Capital
75 Rev. Dr. Martin Luther King, Jr. Boulevard
[St. Paul, MN 55155]
Phone: 651/201-3400
Fax: 651/797-1850
tim.walz@state.mn.us

<u>debter 26</u>
[STATE OF MISSISSIPPI CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Tate Reeves dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
P.O. Box 139
[Jackson, MS 39205]
Phone: 601/359-3150
Fax: 601/359-3741
governor@govreeves.ms.gov

<u>debter 27</u>
[STATE OF MISSOURI CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Mike Parson dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[CAPITOL BUILDING]
Room 216, P.O. Box 720
[Jefferson City, MO 65102]
Phone: 573/751-3222
Fax: 573/526-3291
mogov@mail.mo.gov
constituent.services@mo.gov
info@mikeparson.com

<u>debter 28</u>
[STATE OF MONTANA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Steve Bullock dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
[Helena, MT 59620-0801]
Phone: 406/444-3111
Fax: 406/444-5529
governor@mt.gov
secretary@mt.gov
contactdoj@mt.gov.

<u>debter 29</u>
[STATE OF NEBRASKA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Pete Ricketts dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereovR
P.O. Box 94848
[Lincoln, NE 68509-4848]
Phone: 402/471-2244
Fax: 402/471-6031
brittany.hardin@nebraska.gov
justin.pinkerman@nebraska.gov
jodee@mail.state.ne.us

<u>debter 30</u>
[STATE OF NEVADA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Steve Sisolak dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[CAPITOL BUILDING]
101 N. Carson St.
[Carson City, NV 89701]
Phone: 775/684-5670
Fax: 775/684-5683
governor@govmail.state.nv.us
steve@stevesisolak.com
boards@gov.nv.gov
sosmail@sos.nv.gov

<u>debter 31</u>
[STATE OF NEW HAMPSHIRE CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Chris Sununu dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[OFFICE OF THE GOVERNOR]
107 North Main Street, Room 208
[Concord, NH 03301]
Phone: 603/271-2121
Fax: 603/271-7640
governorsununu@nh.gov
hilary.ryan@livefree.nh.gov

<u>debter 32</u>
[STATE OF NEW JERSEY CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Phil Murphy dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[THE STATE HOUSE]
P.O. Box 001

[Trenton, NJ 08625]
Phone: 609/292-6000
Fax: 609/292-3454
Constituent.relations@nj.gov
senssweeney@njleg.org

---

debter 33

[STATE OF NEW MEXICO CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Michelle Lujan Grisham dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
Fourth Floor
[Santa Fe, NM 87501]
Phone: 505/476-2200
Fax: 505/476-2226
gov@gov.state.nm.us

---

debter 34

[STATE OF NEW YORK CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Andrew Cuomo dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
[Albany, NY 12224]
Phone: 518/ 474-8390
gov.cuomo@chamber.state.ny.us

---

debter 35

[STATE OF NORTH CAROLINA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Roy Cooper dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[OFFICE OF THE GOVERNOR]
20301 Mail Service Center
[Raleigh, NC 27699-0301]
Phone: 919/814-2000
Fax: 919/733-2120
governor.office@governor.ncmail.net

---

debter 36

[STATE OF NORTH DAKOTA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Doug Burgum dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Dept. 101
600 E. Boulevard Ave.
[Bismarck, ND 58505-0001]
Phone: 701/328-2200
Fax: 701/328-2205
governor@state.nd.us

---

debter 37

[STATE OF NORTH MARIANA ISLANDS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Ralph Deleon Guerrero Torres dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Caller Box 10007
[Saipan, MP 96950]
Phone: 670/237-2200
Fax: 670/664-2211
rchong.cnmihpo@gmail.com
Raguon.Cjpa@outlook.com

---

debter 38

[STATE OF OHIO CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Mike DeWine dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
30th Floor
77 South High Street
[Columbus, OH 43215]
Phone: 614/466-3555
Fax: 614/466-9354
info@mikedewine.com

---

debter 39

[STATE OF OKLAHOMA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Kevin Stitt dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[CAPITOL BUILDING]
2300 Lincoln Blvd., Rm. 212
[Oklahoma City, OK 73105]
Phone: 405/ 521-2342
Fax: 405/521-3353
admin@stittforgovernor.com.

---

debter 40

[STATE OF OREGON CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Kate Brown dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
900 Court St. NE, Suite 254
[Salem, OR 97301]
Phone: 503/378-4582
Fax: 503/378-8970

governor@state.or.us

---

**debter 41**
[STATE OF PENNSYLANIA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Tom Wolf dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Room 225
[MAIN CAPITOL BUILDING]
[Harrisburg, PA 17120]
Phone: 717/787-2500
Fax: 717/772-8284
governor@state.pa.us

---

**debter 42**
[STATE OF PUERTO RICO   CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Wanda Vazquez Garced La Fortaleza dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
P.O. Box 9020082
[San Juan, PR 00902-0082]
Phone: 787/721-2400
Fax: 787/721-5072
governor@state.pr.us
webmaster@govpr.org
governor@justicia.pr.gov

---

**debter 43**
[STATE OF RHODE ISLAND CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Gina Raimondo dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE HOUSE]
[Providence, RI 02903]
Phone: 401/222-2080
Fax: 401/222-8096
rigov@gov.state.ri.us

---

**debter 44**
[STATE OF SOUTH CAROLINA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Henry McMaster dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
1205 Pendleton Street
[Columbia, SC 29201]
Phone: 803/734-2100
Fax: 803/734-5167
governor@govoepp.state.sc.us

---

**debter 45**
[STATE OF SOUTH DAKOTA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Kristi Noem dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
500 East Capital Avenue
[Pierre, SD 57501]
Phone: 605/773-3212
Fax: 605/773-4711
sdgov@gov.state.sd.us

---

**debter 46**
[STATE OF TENNESSEE CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Bill Lee dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[TENNESSEE STATE CAPITOL]
[Nashville, TN 37243-0001]
Phone: 615/741-2001
Fax: 615/532-9711
bill.lee@state.tn.us

---

**debter 47**
[STATE OF TEXAS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Greg Abbott dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
P.O. Box 12428
[Austin, TX 78711]
Phone: 512/463-2000
Fax: 512/463-5571
governor@state.tx.us

---

**debter 48**
[STATE OF UTAH CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Gary R. Herbert dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[UTAH STATE CAPITOL]
Suite 200
[Salt Lake City, UT 84114]
Phone: 801/538-1000
Fax: 801/538-1557
governor@utah.gov

---

**debter 49**
[STATE OF VERMONT CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Phil Scott dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
109 State Street
Pavilion Office Building

[Montpelier, VT 05609]
Phone: 802/828-3333
Fax: 802/828-3339
pshumlin@state.vt.us

---

debter 50

[STATE OF VIRGIN ISLANDS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Albert Bryan dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereof
[GOVERNMENT HOUSE]
21-22 Kongens Gade
Charlotte Amalie
[St. Thomas, VI 00802]
Phone: 340/774-0001
Fax: 340/693-4374
governor@state.vi.gov
richard.mottajr@go.vi.gov

---

debter 51

[STATE OF VIRGINIA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Ralph Northam dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL]
Third Floor
[Richmond, VA 23219]
Phone: 804/786-2211
Fax: 804/371-6351
ralph.northam@governor.virginia.gov

---

debter 52

[STATE OF WASHINGTON CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Jay Inslee dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[OFFICE OF THE GOVERNMENT]
P.O. Box 40002
[Olympia, WA 98504-0002]
Phone: 360/902-4111
Fax: 360/753-4110
Governor.Inslee@Governor.wa.gov
hello@JAYINSLEE.COM

---

debter 53

[STATE OF WEST VIRGINIA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Jim Justice dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
1900 Kanawha Street
[Charleston, WV 25305]
Phone: 304/558-2000
governor@state.wv.us

---

debter 54

[STATE OF WISCONSIN CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Tony Evers dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
115 East State Capital
[Madison, WI 53707]
Phone: 608/266-1212
Fax: 608/267-8983
wisgov@mail.state.wi.us

---

debter 55

[STATE OF WYOMING CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Mark Gordon dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
[STATE CAPITOL BUILDING]
Room 124
[Cheyenne, WY 82002]
Phone: 307/777-7434
Fax: 307/632-3909
Governor@missc.state.wy.us

---

debter 56

[Donald J Trump dba PRESIDENT] ande all heirs assignes principalls agentes ande derivativs thereov
[UNITED STATES CORPORATION COMPANY] ande all heirs assignes principalls agentes ande derivativs thereov

[WHITE HOUSE CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
1600 Pennsylvania Ave NW,
[Washington, DC 20500]
newsadmin@whitehouse.gov
comments@whitehouse.gov

"57. sovereigne universall origeneall indigenous creditore:
empire state ov morocco
moorishe nationall reepublic federall governemente
moorishe amerika konsulate
c/o 911 southe weste 314th plase
federall way washington reeservatione
washington districte for columbia

sion new jerusalem
unniversall naturall arrea codde: 4s3wv qvkz5
latittude longitude 47.31981,+122.34762

"57a.    inter moorishe american appellashun
pauline denise ritchie en propria persona sui juris, all rights ekxercized at all tymes

"57b.    mailing location

empire state ov morocco
moorishe national reepublic federll governement
moorishe amerika konsulate
c/o 911 southe weste 314th plase
federall way washington reeservation
washington districte for columbia
sion new jerusalem
unniversall naturall arrea codde: 4s3wv qvkz5
latittude longitude 47.31981,+122.34762

the following collaterall:

all lande at america is anciente origeneall endigeneous buriale landes ande eminint dominione is hereybe invocte. buriale lande is depheined as the sovereigne lande uv thuh moorish american heires weare thuh origeneall indigeneous ancientes are playced undere earthe ower watter. this financinge statemente cuvers the followinge collaterall: the collaterall covvered bye this financinge statemente is the lande ande all structures, propurtee, equipmente, kommerce ande the endebtedness uf the debter to the sovereigne universall origeneall indigeneous sekyured creditore in the sum certaine amount uf $100,000,000 in golde backed lawfull tender for eache sovereigne origenel endigeneous anciente ancestral buriall parcell the debter occupys on the lande to whiche pauline denise ritchie in propria persona sui juris, ande all moorishe american nationales who are the moorishe nationale republic federal government. the moorishe american konsulate, ande the moorishe divine ande nationale movement uf the worlde are heires pursuante to anciente sovereigne suppreme universall naturale divyne lawe, ande the peace ande friendship affidavitt 1786 ande 1836 ande the konstitution for the united states 1789/1791, nunc pro tunc.   this truue bill en universall kommerce has been activated pursuante to the following universall commerciall codes in alignment with the will uf the sovereigne universall original indigenous sekyured creditores, all endebtedness is for debts engaged into before the said konstitution ande for unlawfully occupying the lande uf all moorishe american nationales. the said treaty is the attached library uf kongress certified publication entitled The Public  Statutes at Large uf the **[UNITED STATES OF AMERICA]** volume 8 pages 100 through 105, certified september 26, 1990, signed ande sealed by Library uf Congress Photoduplication Service Acting Chief Shirley M. Berry on november 8, 2007. endebtedness is additionallee calculated pursuante to all writs ande affidavitts wreckorded by all moorishe american nationales, proof uf service uf writs ande affidavitts are on the publlic reekorde. creditores notice to agents, principals, ande/or the liable parties is the judgemente. this is a judgemente ande envocation uf eminent dominion to possesse lande, property, structures, ande all commershiall transactions by debter, principals, agents, assigns, ande heirs). also in alignment with *ucc 9-607 collection ande enforcement by sekyured partie*ucc 9-203 attachment ande enforceability uf securitie interest*ucc 9-609 sekyured partie's right to take possesshun after deffaulte. all praesumed kontracts with the **[UNITED STATES CORPORATION COMPANY]** ande all agents, principals, heirs, assigns ande derivatives thereuf are terminated effective september 11, 2018. the lande that is north america/northwest amexem/northwest africa/the north gate is now declared ande proclaimed to be new jerusaleme ande is sion. all **[US] BANNERS OF AMITY AND COMMERCE** are outlawed, no other flags, banners, or signs of alliegience shall fly or be displayed on moorishe american lande. onley the moorishe american flag (red field with green five pointed star) shall fly or be publicly displayed. the moorishe american flag will fly in all places currently occupied by the **[US] BANNER OF AMITY AND COMMERCE** ande the **[US] BANNER OF AMITY AND COMMERCE** shall be permanently removed immediately, all citizens are subjects to the all moorishe american nationales at all tymes. no Person shall obstructe, hindere, encumbere, speake againste, or resiste the mandates uf this affidavit. all immigrants, aliens, and citizens shall affirm sincere alliegience to the moorishe american flag ande the moorishe nationale republic federal government. All non combatant, non hostile, peace lovinge foriigners that affirm alliegience to the moorishe nationale republic federal government ande the moorishe american flag will be granted moorishe subject status ande are mandated to obey the supreme laws uf the lande who are the moorishe nationale republic federal government at all tymes. we remain in honor ande governing accordingly. All goods ande services that are provided to the moorishe nationale republic federal government are prepaid. the moorishe nationale republic federal government is the superior jurisdictione at all points in time ande in all affairs. onley gold ande silver shall be used in payment uf debts at all points in time. **[FIAT PRIVATE COMMERCIAL PAPER] ande all [FEDERAL RESERVE] DEBT NOTES** are outlawed ande abolished into perpetuity.  the moorishe amerikcan gold standarde haz been activated. the gold backed moorishe sovereigne dollarium is the worldes reserve kurrencee ande pettro dollar.

"59.    checke onley if applickable ande checke onley one box:

"collaterall is    XX helde en the universall truste uf the people who are the moorishe nationale republic federal governemente ande pauline denise ritchie en propria persona sui juris

"60 ☐ being admminnistered by a decedent's personal representative.
"60a.    check onley if applickable ande checke onley one box:
"☐ public-finance transaction  ☐ manufactured-home transaction

"xx a debter is a transmittinge utilitee"
"60b.    checke onley if applickable ande checke onley one box:
"☐ agriculural lien  ☐ non-ucc philing
"61.    alternative designation (if applicabul):  ☐ lessee/lessor ☐ konsignee/konsignor ☐ seller/buyer ☐ bailer/bailor ☐ licensee/licensor

"62.    optional filer reference data (maximum principal endebtedness)
"the governing principul does extend to the amendment xiii (20 sections) uv the konstitution for the united states uv america, ratifyed: nov 18, 1865 by ⅗ uv the severall staites. we, the moors at northe america, are the exzecutors, ministars, creditores, claiments, trustees ande benefishiaries uv all lande, all natural resources, ande all kommerce as mandaited by our anciente ancestars.

en honoure, eye the divinne sovereignee being, pauline denise ritchie in capitis diminutio nolo in red ink inpropria persona sui juris in proprio solo ande in proprio heredes, affirms that eye am the sovereignee natural ande divinne being here en proklaimed, en capitis diminutio nolo en propria persona sui juris en proprio solo ande en proprio heredes; affirmed bye law full bearthright; being law fullie universallie qualified ande kompetent to affirme this dokument. i therefour plaice mye hande ande seall heretwo ande en favort uv all moorishe american nationalees.

all soueraigne origeneall inndigeneous anniciente diuine moorishe amerikan autografis affirming this ande all soueraigne origeneall inndigeneous anniciente empire state ov morocco ande the de jure moorishe nationall reepublic federall gouernmente dorkumentes are on the publlic reckorbe at amerika, anniciente morocco, northe weste amexem, northe weste affrica, the northe gate, turtle islande, gaia', midguarbe, earthe.

chronos time immemoriall inn to perpetuitee

ego sum *Angelica Yuette dolae ber* 

justise/vizir/ministar en propria persona sui juris ano solo ande en proprio heredes.
all soueraigne rightes exxercised at all tymes.

empire state ov morocco
moorishe nationall reepublic federall gouernmente
moorishe amerika konsulate
c/o 911 southe weste 314th plase
federall way washington reeservatione
washington districte for columbia
sion new jerusalem
unniversall naturall arrea codde: 4s3wv qvkz5
latitude longitude 47.31981,-122.34762












empire state ob morocco
moorishe nationall reepublic federall gobernmente
⬥ ~societas republicae co al maurikanos~ ⬥
moorishe dibine ande nationall mubemente ob the earthe
northe weste annexem ~ north weste affrica ~ northe ammerica ~ the northe gate
all abbjoining isslands
⬥ ~temprl on the moon ande sun~ ⬥
the true ande be jure naturall peeples ~ heirs ob the lande
~ i.s.l.a.m ~

Creditor Exhibit:D

unnibersall sobereigne origeneall inndigenous arrest, imprisone ande dekapitashun
kommande for all
[UNITED STATES CORPORATION COMPANY]
ande its agentes principalls heirs assignes ande any ande all derivatives thereov
kause ob this koorte kommande aoctione
macw~cause00000000-0 unlawfull occupastion of sovereigne origeneall inndigenous ancciente
ancsestrall buriall lande
datte kommanded to appeare
winsdey maye 27, 1440 [2020] at 3pm pacifisk tyme
zourte
moorishe ammerikan konsular kourte
online videoh https://join.freeconferencecall.com/lightheymoorishnation
aundio diall en knumber ~1-515-606-5622   akccess kode 679046
debters faild to appeare

You werre herebye kommanded to appeare at the moorishe american konsular zourte to staete Your name
ande nationaerity four the wreckord to the peopel who are the origeneall endigenous sovereigne
moorishe nationale republick federall governmente. this moorishe american konsular zourte arreste,
imprisonemente ande dekapitashun kommande is justise malde manifeste to ende all unlawfulle
occupassiun of sovereigne origeneall endigenous ancciente ancestrai buriall landes en accordanse withe
the universall sovereigne origeneall endigenous koinage acte 1792 affidavid, ande the law, full
kommandes uf this governmente. we are the sovereigne jurisdictione over all matteres at all pointes ande
tyme on oure lande. the American provoste marshall has beene knotified. all uf Your kommerce and fruit
uf all agentes, principalls, heirs, assignes and all derivativs thereof is herebye turminated bye waye uf
sovereigne universall kommerciall kode i-liene. You didd faile to appeare whiche is juste kause for Your
arreste, imprisonmente ande dekapitashun according to the universall sovereigne origeneall endigenous
koinage acte 1792 affidavid as writin oye this origeneall endigenous sovereigne naturale dibine
moorishe nationale republick federall government ande all uther sovereigne kommandes as plaiced on
the publick wreckord. moorishe governmente kommanda affirmmed received bye [UNITED STATES
CORPORATION COMPANY FEDERAL RESERVE AGENTE] [JEROME POWELL], bye certifyed
maile #019 2280 0002 1821 2696 an 7.53 ante meridiane aprilie 10 1440 moorishe calendar yeare.

**Tracking Number:** 70192280000218212696        Remove ✕

Your item was delivered at 7.53 am on Apr. 10, 2020 in WASHINGTON, DC 20561.

⊘ **Delivered**
April 10, 2020 at 7.53 am
Delivered
WASHINGTON, DC 20561

Get Updates ⌄                                                    Feedback

debter
[STATE OF ALABAMA CORPORATION] ande all heirs assignes principalls agentes ande derivativs
thereov
[Kay Ivey dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
State Capital



[ Ov XI

600 Dexter Avenue
[Montgomery, AL 36130-2751]
Phone: 334/242-7100
Fax: 334/353-0004
Barbara.Kelley@itgov.alabama.gov
Kay.ivey@governor.alabama.gov
openrecords@governor.alabama.gov

---

### debtor 2
[STATE OF ALASKA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereof
[Mike Dunleavy dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereof
State Capital
P.O. Box 110001
[Juneau, AK 99811-0001]
Phone: 907/465-3500
Fax: 907/465-3532
Mike.Dunleavy@ALASKA.GOV
John.Espindola@ALASKA.GOV
Ben.Stevens@ALASKA.GOV

---

### debtor 3
[STATE OF AMERICAN SAMOA] ande all heirs assignes principalls agentes ande derivativs thereof
[Lolo Matalasi Moliga dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereof
Executive Office Building
Third Floor
[Pago Pago, AS 96799]
Phone: 684/633-4116
Fax: 011/684/633-2269
info@as.gov
americansamoagovernment@gmail.com
Fiu.saelua@go.as.gov
Lolo..oliga@go.as.gov
iu.pereira@go.as.gov

---

### debtor 4
[STATE OF ARIZONA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereof
[Doug Ducey dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereof
State Capital
1700 West Washington
[Phoenix, AZ 85007]
Phone: 602/542-1331
Fax: 602/542-7601
engage@az.gov
azgov@azgov.com
RVergara@az.gov
KJensen@az.gov
DDucey@az.gov

---

### debtor 5
[STATE OF ARKANSAS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereof
[Asa Hutchinson dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereof
State Capital
Room 250
[Little Rock, AR 72201]
Phone: 501/682-2345
Fax: 501/682-1382
press@governor.arkansas.gov
info@governor.arkansas.gov
Mary.Casteel@governor.arkansas.gov
Alison.Williams@governor.arkansas.gov
Bill.Gossage@governor.arkansas.gov

---

### debtor 6
[STATE OF CALIFORNIA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereof

[Gavin Newsom dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
State Capital
Suite 1173
[Sacramento, CA 95814]
Phone: 916/445-2841
Fax: 916/558-3160
Governor@governor.ca.gov
Gavin.Newsom@gov.ca.gov

debter 7

[STATE OF COLORADO CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov

[Jared Polis dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
136 State Capital
[Denver, CO 80203-1792]
OR
State Capital Building
200 E. Colfax Ave., Rm. 136
[Denver, CO. 80203]
Phone: 303/866-2471
Fax: 303/866-2003
GovernorPolis@state.co.us
Governor.polis@state.co.us

debter 8

[STATE OF CONNECTICUT CORPORATION] ande all heirs assignes principalls agentes ande
derivativs thereov
[Ned Lamont dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
210 Capital Avenue
[Hartford, CT 06106]
Phone: 800/406-1527
Fax: 860/524-7395
info@nedlamont.com
Governor.Rell@po.state.ct.us
Governor.Lamont@po.state.ct.us

debter 9

[STATE OF DELAWARE CORPORATION] ande all heirs assignes principalls agentes ande derivativs
thereov
[John Carney dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Legislative Hall
[Dover, DE 19901]
Phone: 302/744-4101
Fax: 302/739-2775
JCarney@state.de.us

debter 10

[STATE OF FLORIDA CORPORATION] ande all heirs assignes principalls agentes ande derivativs
thereov
[Ron DeSantis dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
PL 05 The Capital
400 South Monroe Street
[Tallahassee, FL 32399-0001]
Phone: 850/488-7146
Fax: 850/487-0801
Ron.DeSantis@myflorida.com
GovernorRon.Desantis@eog.myflorida.com

debter 11

[STATE OF GEORGIA CORPORATION] ande all heirs assignes principalls agentes ande derivativs
thereov
[Brian Kemp dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
203 State Capital
[Atlanta, GA 30334]
Phone: 404/656-1776
Fax: 404/657-7332
georgia.governor@gov.state.ga.us
Brian.Kemp@gov.state.ga.us

<u>debter 12</u>

[STATE OF GUAM CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov

[Lou Leon Guerrero dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov

Executive Chamber
P.O. Box 2950
[Agana, GU 96932]
Phone: 671/472-8931
Fax: 671/477-4826
governor@ns.gov.us
LGuerrero@ns.gov.us

<u>debter 13</u>

[STATE OF HAWAII CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov

[David Ige dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov

Executive Chambers
State Capital
[Honolulu, HI 96815]
Phone: 808/586-0034
Fax: 808/586-0006
gov@gov.state.hi.us
info@ehawaii.gov

<u>debter 14</u>

[STATE OF IDAHO CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov

[Brad Little dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov

700 West Jefferson
Second Floor
[Boise, ID 83702]
Phone: 208/334-2100
Fax: 208/334-2175
governor@gov.idaho.gov
JMalmen@gov.idaho.gov
BLittle@gov.idaho.gov

<u>debter 15</u>

[STATE OF ILLINOIS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov

[Jay Robert Pritzker dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov

State Capital
207 Statehouse
[Springfield, IL 62706]
Phone: 217/782-6830
Fax: 217/524-4049
governor@state.il.us

<u>debter 16</u>

[STATE OF INDIANA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov

[Eric Holcomb dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov

State House
Room 206
[Indianapolis, IN 46204-2797]
or
402 W. Washington Street
Room W 160A
[Indianapolis, IN, 46204]
Phone: 317/232-4567
Fax: 317/232-3443
EHolcomg@state.in.us

<u>debter 17</u>

[STATE OF IOWA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov

[Kim Reynolds dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov

State Capital

1007 East Grand Ave.
[Des Moines, Iowa 50319]
or
East 9th and Grand
[Des Moines, IA. 50319]
Phone: 515/281-5211
Fax: 515/281-6611
Sara.Craig@iowa.gov
Kimberly.Reynolds@iowa.gov
Adam.Gregg@iowa.gov
jessica.reynolds@ag.iowa.gov

---

debter 18

[STATE OF KANSAS CORPORATION] ande all heirs assignes principalls agentes ande derivativs
thereov

[Laura Kelly dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Capital
300 SW 10th Avenue, Suite 212S
[Topeka, KS 66612-1590]
Phone: 785/296-3232
Fax: 785/296-7973
Constituent@governor.wpo.state.ks.us

---

debter 19

[STATE OF KENTUCKY CORPORATION] ande all heirs assignes principalls agentes ande derivativs
thereov

[Andy Beshear dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
700 Capital Ave., Suite 100
[Frankfort, KY 40601]
or
229 West Main Street
Suite 400
[Frankfort, KY. 48601]
Phone: 502/564-2611
Fax: 502/564-0437
governor@mail.state.ky.us
GovOpenRecords@ky.gov

---

debter 20

[STATE OF LOUISIANA CORPORATION] ande all heirs assignes principalls agentes ande derivativs
thereov

[John Bel Edwards dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
900 North 3rd Street
[Baton Rouge, LA. 70802]
or
P. O. Box 94004
[Baton Rouge, LA 70804-9004]
Phone: 225/342-7015
Fax: 225/342-7099
lagov@linknet.net
govpress@la.gov

---

debter 21

[STATE OF MAINE CORPORATION] ande all heirs assignes principalls agentes ande derivativs
thereov

[Janet Mills dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
1 State House Station
[Augusta, ME 04333]
Phone: 207/287-3531
Fax: 207/287-1034
governor@state.me.us
governor@maine.gov

---

debter 22

[STATE OF MARYLAND CORPORATION] ande all heirs assignes principalls agentes ande derivativs
thereov

[Larry Hogan dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
State House
100 State Circle

[Annapolis, MD 21401]
Phone: 410/974-3901
Fax: 410/974-3275
contact@maryland.gov

---

debtor 23

[STATE OF MASSACHUSETTS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov

[Charlie Baker dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
State House
Office of the Governor, Room 360
[Boston, MA 02133]
Phone: 617/725-4005
Fax: 617/727-9725
GOffice@state.ma.us
cis@sec.state.ma.us

---

debtor 24

[STATE OF MICHIGAN CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov

[Gretchen Whitmer dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
P.O. Box 30013
[Lansing, MI 48909]
Phone: 517/373-3400
Fax: 517/335-6863
migov@exec.state.mi.us
governorsoffice@michigan.gov

---

debtor 25

[STATE OF MINNESOTA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov

[Tim Walz dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
130 State Capital
75 Rev. Dr. Martin Luther King, Jr. Boulevard
[St. Paul, MN 55155]
Phone: 651/201-3400
Fax: 651/797-1850
tim.walz@state.mn.us

---

debtor 26

[STATE OF MISSISSIPPI CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov

[Tate Reeves dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
P.O. Box 139
[Jackson, MS 39205]
Phone: 601/359-3150
Fax: 601/359-3741
governor@govreeves.ms.gov

---

debtor 27

[STATE OF MISSOURI CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov

[Mike Parson dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Capital Building
Room 216, P.O. Box 720
[Jefferson City, MO 65102]
Phone: 573/751-3222
Fax: 573/526-3291
mogov@mail.mo.gov
constituent.services@mo.gov
info@mikeparson.com

---

debtor 28

[STATE OF MONTANA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov

[Steve Bullock dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
State Capital
[Helena, MT 59620-0801]
Phone: 406/444-3111

vi ov xi

Fax: 406/444-5529
governor@mt.gov
secretary@mt.gov
contactdoj@mt.gov

---

debter 29

[STATE OF NEBRASKA CORPORATION] ande all heirs assignes principalls agentes ande derivativs
thereov

[Pete Ricketts dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov R
P.O. Box 94848
[Lincoln, NE 68509-4848]
Phone: 402/471-2244
Fax: 402/471-6031
brittany.hardin@nebraska.gov
justin.pinkerman@nebraska.gov
jodee@mail.state.ne.us

---

debter 30

[STATE OF NEVADA CORPORATION] ande all heirs assignes principalls agentes ande derivativs
thereov

[Steve Sisolak dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Capital Building
101 N. Carson St.
[Carson City, NV 89701]
Phone: 775/684-5670
Fax: 775/684-5683
governor@govmail.state.nv.us
steve@stevesisolak.com
boards@gov.nv.gov
sosmail@sos.nv.gov

---

debter 31

[STATE OF NEW HAMPSHIRE CORPORATION] ande all heirs assignes principalls agentes ande
derivativs thereov

[Chris Sununu dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Office of the Governor
107 North Main Street, Room 208
[Concord, NH 03301]
Phone: 603/271-2121
Fax: 603/271-7640
governorsununu@nh.gov
hilary.ryan@livefree.nh.gov

---

debter 32

[STATE OF NEW JERSEY CORPORATION] ande all heirs assignes principalls agentes ande derivativs
thereov

[Phil Murphy dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
The State House
P.O. Box 001
[Trenton, NJ 08625]
Phone: 609/292-6000
Fax: 609/292-3454
Constituent.relations@nj.gov
sensweeney@njleg.org

---

debter 33

[STATE OF NEW MEXICO CORPORATION] ande all heirs assignes principalls agentes ande
derivativs thereov

[Michelle Lujan Grisham dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs
thereov
State Capital
Fourth Floor
[Santa Fe, NM 87501]
Phone: 505/476-2200
Fax: 505/476-2226
gov@gov.state.nm.us

---

debter 34

[STATE OF NEW YORK CORPORATION] ande all heirs assignes principalls agentes ande derivativs

thereov
[Andrew Cuomo dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
State Capital
[Albany, NY 12224]
Phone: 518/ 474-8390
gov.cuomo@chamber.state.ny.us

---

debter 35

[STATE OF NORTH CAROLINA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Roy Cooper dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Office of the Governor
20301 Mail Service Center
[Raleigh, NC 27699-0301]
Phone: 919/814-2000
Fax: 919/733-2120
governor.office@governor.ncmail.net

---

debter 36

[STATE OF NORTH DAKOTA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Doug Burgam dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Dept. 101
600 E. Boulevard Ave.
[Bismarck, ND 58505-0001]
Phone: 701/328-2200
Fax: 701/328-2205
governor@state.nd.us

---

debter 37

[STATE OF NORTH MARIANA ISLANDS CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Ralph Deleon Guerrero Torres dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Caller Box 10007
[Saipan, MP 96950]
Phone: 670/237-2200
Fax: 670/664-2211
rehong.enmihpo@gmail.com
Raguon.Cjpa@outlook.com

---

debter 38

[STATE OF OHIO CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Mike DeWine dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
30th Floor
77 South High Street
[Columbus, OH 43215]
Phone: 614/466-3555
Fax: 614/466-9354
info@mikedewine.com

---

debter 39

[STATE OF OKLAHOMA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Kevin Stitt dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Capital Building
2300 Lincoln Blvd., Rm. 212
[Oklahoma City, OK 73105]
Phone: 405/ 521-2342
Fax: 405/521-3353
admin@stittforgovernor.com

---

debter 40

[STATE OF OREGON CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Kate Brown dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
State Capital
900 Court St. NE, Suite 254
[Salem, OR 97301]

Phone: 503-378-4582
Fax: 503-378-8970
governor@state.or.us

---

debter 41

[STATE OF PENNSYLANIA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Tom Wolf dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Room 225
Main Capital Building
[Harrisburg, PA 17120]
Phone: 717-787-2500
Fax: 717-772-8284
governor@state.pa.us

---

debter 42

[STATE OF PUERTO RICO  CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Wanda Vazquez Garced La Fortaleza dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
P.O. Box 9020082
[San Juan, PR 00902-0082]
Phone: 787-721-2400
Fax: 787-721-5072
governor@state.pr.us
webmaster@govpr.org
governor@justicia.pr.gov

---

debter 43

[STATE OF RHODE ISLAND CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Gina Raimondo dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
State House
[Providence, RI 02903]
Phone: 401-222-2080
Fax: 401-222-8096
rigov@gov.state.ri.us

---

debter 44

[STATE OF SOUTH CAROLINA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Henry McMaster dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
1205 Pendleton Street
[Columbia, SC 29201]
Phone: 803-734-2100
Fax: 803-734-5167
governor@govoepp.state.sc.us

---

debter 45

[STATE OF SOUTH DAKOTA CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Kristi Noem dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
500 East Capital Avenue
[Pierre, SD 57501]
Phone: 605-773-3212
Fax: 605-773-4711
sdgov@gov.state.sd.us

---

debter 46

[STATE OF TENNESSEE CORPORATION] ande all heirs assignes principalls agentes ande derivativs thereov
[Bill Lee dba GOVERNOR] ande all heirs assignes principalls agentes ande derivativs thereov
Tennessee State Capital
[Nashville, TN 37243-0001]
Phone: 615-741-2001
Fax: 615-532-9711
bill.lee@state.tn.us

---

debter 47

ix ov xi