

RECEIVED
2023 MAR 17 P 1:07
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

מִשְׂרָה

Unites States For America
NEW YORK
Moroccan Empire
United States for America
Moorish National Republic Federal Government
~societas republicae ea al maurikanos~
Moorish Divine and National Movement of the Earth
Northwest Amexem + North West Africa + North America + the North Gate
all adjoining islands
~temple of the moon and sun~
the true and de jure natural peoples + heirs to the land
~i.s.l.a.m.~

---

Universal Sovereign Original Indigenous Ancient Natural Divine Affidavit Of Facts Restitutio

# LEVY JUDGMENT

## International Document




26 Unites States Public Law § 6331 - Levy and distraint
88th Congress, Hall Record 192+10
Stated 1898, 1933, July 4,1777
Originally drafted 1898 Law bankruptcy against the CORPORATIONS OF AMERICA
Redrafted March 21, 2019, March 21, 2022 and March 16,2023
In alignment with Case Number: 20 40375 KKS
מִשְׂרָה misrâh, /mis-raw'/; empire: government

## Notice to Agent is Notice to Principal - Notice to Principal is Notice to

## Levy Creditor Exhibit: A (B to follow)

All rise and stand and remain standing into perpetuity. This is a sovereign living ancient Article III Moorish American Al Moroccan Consular Court action. I am Angelica Yvette Dobbs Bey; We NEW YORK, are the sovereign living justice in capitis diminuntio nolo, in red ink, in propria persona sui juris, in proprio solo, ande in proprio heredes. All moors are the original indigenous sovereign ancient Al Moroccan Moorish American ascendants of the great Pharoahs of Kemet and of the ancient Moabites and Canaanites. Our full faith and trust, our allegiance, our credit and our energy are hereby vested in ourselves for we are the people who are the original indigenous natural divine sovereign ancient Empire State for Morocco ande the de jure Moorish National Republic Federal Government, WASHINGTON DISTRICT FOR COLUMBIA, the Universal Moorish American Consulate and the article III Living United States District for Columbia Court and we are the sovereign fiduciaries, secured creditors, executors, trustees, minsters, possessors, and beneficiaries in this cause for action. WE are peace. We are one nation, one state, one empire and one god. We hereby accept our sovereign ascension, issue a universal Creditors Bill for Possession (9/10th of the law) and Custody (1/1oth of the law) over all judgments debtors. We exercise all sovereign rights at this time and all points in time nunc pro tunc.









In alignment with Default Judgment stated Creditor Exhibits A through M; this Levy with the Fiducary and Justice responsibilities that I, Angelica Yvette Dobbs Bey demonstrate and all moors at earth; I Angelica Yvette Dobbs Bey futher state for the record that:

Case/Index Numbers: 704959/2019, CR-035144-19QN, CR-00000-23QN, CR-020975-22QN, CP-51-CR-0903203-2006, CP-51-CR-0000467-2007, CR-00960-22, along with any and all numbers, letters that makes any accounts be now Levyed nunq pro tunq for all moors; with proper stated affidavits, writs, liens, mandamus, quo warrantos, restitutios ect. all moors at earth demonstrate status levy by vitrtue.

Attention: All Congress Court Rullings, Votes and Demostrations etcetra for Bankruptcy Listed below are now in alignment with the National Levy and you have ten days to cary out stated commands. Additional Congress meetings can be found @lighttajiribey4221

Levy Court Action: https://youtu.be/M8FkGHjYvHc
Fiduciary Money approved in Bankruptcy Court: Fiduciary Liquidation in progress:
https://www.youtube.com/watch?v=A0ZAfNzDSdI&t=19s
[US] Bankruptcy Proceeding Part 01: Secured Creditors Proof of Claim:
https://www.youtube.com/watch?v=Rq1ccdDplo0&t=2s
[US] Bankruptcy Proceeding Part 02: Notice and Due Process for Liquidation of Sovereign Assets:
https://www.youtube.com/watch?v=vszVVy0Rrgo&t=7293s
Fiduciary Money approved in Bankruptcy Court: Fiduciary Liquidation in progress:
https://www.youtube.com/watch?v=A0ZAfNzDSdI&t=19s
Article III Trust receipts for grocery demonstrations by the creditor:
https://www.youtube.com/watch?v=ooaVpp6IJE0&t=2s
[UNITED STATES] v. [U.S. CURRENCY]: FORFEITURE by ABANDONMENT:
https://youtu.be/6MXybk-8G44
Congress approves NATIONAL NATURAL FOOD STAMP PROGRAMME!:
https://www.youtube.com/watch?v=B_1Esw9m2KE&t=10491s
United States Treasury National Trust Programme Testaments, Lien and Law:
https://www.youtube.com/watch?v=8sxqT0EgJLo&t=3248s
Attention: All companies in the United States for America (January 26, 2023gry):
https://youtu.be/IFR97V9KaXA

Affidavit

I declare and affirm by virtue of divine law, in alignment with the Zodiac Constitution, and upon the United States Republic Constitution of 1791, and upon the honor of my Foremothers and Forefathers that the above Universal Sovereign Original Indigenous Ancient Natural Divine Affidavit Of Facts Restitutio DEFAULT JUDGMENT: International Document Default Judgment is true and correct.

Executed this 17 Day of March, 2023

Angelica Yvette Dobbs Bey
Creditor Angelica Yvette Dobbs Bey, de jure
in propria persona, sui juris, in full life,
All Rights Demonstrated.
Munnawhatteaug Autochthonous Moors and Mohawkaccuck Autochonous Moors, and all Moors at earth
% 2321 39 adam clayton powell jr boulevard 5j, Manhattan New York [without zip]



universal trust 999+99+9999 AA222141 A1 Truth

Levy Creditor Exhibit: B



Internal Revenue
911 South West 314th Place
Federal Way, Washington

cc: Treasury
Internal Revenue
Ogden, Utah

| For Your Reference | |
|---|---|
| Notice | [redacted] |
| Notice date | August 11, 2022 |
| Federal Employee Identification Number | [redacted] |
| Case reference number | |
| More information | Internal Revenue |

Creditor:
Pauline Ritchie as Bonding Fiduciary for the UNITED STATES FOR AMERICA
911 South West 314th Place
Federal Way, Washington

Debtor/Taxpayer: [redacted]
UNITED STATES OF AMERICA, INC
251 Little Falls Drive
Wilmington, Delaware 19808
302-636-5440



# IMMEDIATE TAX LEVY (SEIZURE)

To: UNITED STATES OF AMERICA, INC

As of August 3, 2018, we have not received your overdue tax after sending several notices to you. Because you have not paid your balance which is past due, we have levied (seized) property claimed by you and your claimed rights to property. Each year, more than 8 out of 10 taxpayers pay their taxes. You are part of a minority that has not fulfilled that duty.

Amount Past Due: 100,000,000 gold United States Dollars / Suis Francs for each Moorish American National Trust pursuant to Universal Commercial Code 1 Lien Affidavit dated August 3, 2018

Final Bankruptcy Judgement was issued on August 11 , 2022 at 4:30pm Pacific Time

## You are required to do the following actions:

Due to your inability to pay the stated debt, all property is hereby placed in the possession and custody of and for the original indigenous ancient sovereign people who are the Moorish National Republic Federal government, possessing custodians and Internal Revenue. This Congressional affidavit is effective immediately upon all debtors, agents, principals, heirs assigns and any and all derivative debtors thereof.

| For Your Reference | |
|---|---|
| Notice | [redacted] |
| Notice date | August 11, 2022 |
| Federal Employee Identification Number | [redacted] |
| Case reference number | [redacted] |
| More information | Internal Revenue |

| Your Billing Summary Tax Period ending | Formatte Number | Amount You owe | Total |
|---|---|---|---|
| 08/11/2022 | 1040 | $100,000,000 for each Moorish American National Trust | $100,000,000 for each Moorish American National Trust |

**Amount Due Immediately** — $100,000,000 for each Moorish American National Trust

Notification: All locations are ancient land locations. All addresses are living corporate situs trust addresses.

31 United States Code § 1501: Documentary evidence requirement for Government entitlements
(a)A amount shall be recorded as a paid entitlement for, of and by the United States government when supported by documentary evidence of
(1)a binding agreement between an agency and another person (including an agency) that is,
(A)in writing, by affidavit, and for a purpose authorized by law; and
(B)executed before the end of the period of availability for entitlement of the appropriation or fund used for specific goods to be delivered, real property to be bought or leased, or work or service to be provided;
(2)a loan agreement showing the amount and terms for repayment;
(3)a court command required by law to be placed with an agency;
(4)a court command issued in alignment with a law authorizing purchases without advertising
(A)when necessary because of a national programme for the public;
(B)for natural foods or perishable subsistence supplies; or
(C)regardless of specific monetary limits;
(5)a grant, subsidy or national programme
(A)from appropriations made for payment of, or contributions to, amounts paid in specific amounts fixed by law or by formulas prescribed by law;
(B) by an agreement authorized by law; or
(C) by plans approved consistent with and authorized by law;
(6) a liability that may result from pending litigation;
(7) employment, work or services of persons or expenses of travel in alignment with the law;
(8)services or works provided by public utilities; or
(9)other general welfare entitlement for the Government from a constitutional appropriation or fund.
(b)A statement of entitlements provided by Congress or a committee of Congress by an agency shall include only those amounts that are entitlements consistent with subsection (a) of this section.

Title 12 United States Code 95a, part B2 Regulation for actions in exchange for gold and silver, property transfers, and entitlements
(2) Any entitlement, payment, conveyance, transfer, assignment, or property delivery, made to or for the United States, or as otherwise directed by this competent court, pursuant to this section or any rule, regulation, instruction, or direction issued hereby shall be a full acquittance and discharge or tendered payment and marked paid in full, for all entitlements issued hereby.

The Constitution for the United States Article I Section IX
Money shall be paid from the Treasury in alignment with national appropriations made by law.

Regards,

[signature]

Pauline Denise Ritchie, Fiduciary, Trustee, Attorney in Fact
Internal Revenue

8585

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1 Date of identifiable event | Budget Management Office Affidavit Number 1545 2281 | |
|---|---|---|---|---|
| Pauline Denise Ritchie, Attorney in Fact for UNITED STATES FOR AMERICA 911 South West 314th Place Federal Way, Washington | | August 11, 2022 | **1099C** | Debt Cancellation |
| | | 2 Amount of debt discharged 100,000,000 per trust | | |
| | | 3 Interest, if included in box 2 0.00 | Civil Calendar Year 20 22 | |
| CREDITOR'S IDENTIFICATION NUMBER [redacted] | DEBTOR'S TAX IDENTIFICATION NUMBER [redacted] | 4 Debt description Amount past due for Levy and Seizure: $100,000,000 gold United States Dollars and/or Suis Francs per Moorish American National Trust pursuant to the Universal Commercial Code 1 Lien dated August 3, 2018. Cancellation for all Debt in favor for Trust Credits, property possession and custody to Creditor by command nunc pro tunc. | | All parties receive a copy: Internal Revenue Creditor Debtor File / Record with Affidavit Form 1096 |
| DEBTOR'S name UNITED STATES OF AMERICA, INC | | | | |
| Street address (including apt. no.) 251 Little Falls Drive | | 5 Check here if the debtor was personally liable for repayment of the debt . . . . . . . . ▶ [x] | | For Privacy Law and Paperwork Reduction Law Notification, see the current General Instructions for Certain Information Returns. |
| City or town, state or province, country, Post Office Code foreign postal code Wilmington, Delaware 19808 | | | | |
| Debtor Account Number [redacted] | | 6 Identifiable event code A,B,C,D,E,F,G | 7 Accepted for Value 100,000,000 per trust | |

1099C Version 0001 Category 26280W Treasury Internal Revenue

31 United States Code § 1501: Documentary evidence requirement for Government entitlements
(a)A amount shall be recorded as a paid entitlement for, of and by the United States government when supported by documentary evidence of

(1)a binding agreement between an agency and another person (including an agency) that is,
(A)in writing, by affidavit, and for a purpose authorized by law; and
(B)executed before the end of the period of availability for entitlement of the appropriation or fund used for specific goods to be delivered, real property to be bought or leased, or work or service to be provided;
(2)a loan agreement showing the amount and terms for repayment;
(3)a court command required by law to be placed with an agency;
(4)a court command issued in alignment with a law authorizing purchases without advertising
(A)when necessary because of a national programme for the public;
(B)for natural foods or perishable subsistence supplies; or
(C)regardless of specific monetary limits;
(5)a grant, subsidy or national programme
(A)from appropriations made for payment of, or contributions to, amounts paid in specific amounts fixed by law or by formulas prescribed by law;
(B) by an agreement authorized by law; or
(C) by plans approved consistent with and authorized by law;
(6) a liability that may result from pending litigation;
(7) employment, work or services of persons or expenses of travel in alignment with the law;
(8)services or works provided by public utilities; or
(9)other general welfare entitlement for the Government from a constitutional appropriation or fund.

(b)A statement of entitlements provided by Congress or a committee of Congress by an agency shall include only those amounts that are entitlements consistent with subsection (a) of this section.

Title 12 United States Code 95a, part B2 Regulation for actions in exchange for gold and silver, property transfers, and entitlements
(2) Any entitlement, payment, conveyance, transfer, assignment, or property delivery, made to or for the United States, or as otherwise directed by this competent court, pursuant to this section or any rule, regulation, instruction, or direction issued hereby shall be a full acquittance and discharge or tendered payment and marked paid in full, for all entitlements issued hereby.

The Constitution for the United States Article I Section IX
Money shall be paid from the Treasury in alignment with national appropriations made by law.

☐ CORRECTED (if checked)

| CREDITOR'S name, address, city, and state<br>Pauline Denise Ritchie, Attorney in Fact for<br>UNITED STATES FOR AMERICA<br>911 South West 314th Place<br>Federal Way, Washington | 1. Date of Event<br>August 11, 2022<br>2. Amount of Debt Cancelled<br>$100,000,000 per trust<br>3. Interest, if included in section 2<br>0.00 | OMB No. 1545-2281<br>Affidavit Number 1545 2281<br>**1099C**<br>For calendar year<br>20 22 | Debt Cancellation |
|---|---|---|---|
| CREDITOR'S TAX IDENTIFICATION NUMBER [redacted] / DEBTOR'S TAX IDENTIFICATION NUMBER [redacted] | 4 Debt description<br>Amount past due for Levy and Seizure: $100,000,000 gold United States Dollars and/or Suis Francs per Moorish American National Trust pursuant to the Universal Commercial Code 1 Lien dated August 3, 2018. Cancellation for all Debt in favor for Trust Credits, property possession and custody to Creditor by command nunc pro tunc. | | Copy B<br>for Debtor<br>The Internal Revenue has been informed of this transaction. The Debtor is required to report income from this transaction. |
| DEBTOR'S name<br>UNITED STATES OF AMERICA, INC<br>Street address (including apt. no.)<br>251 Little Falls Drive<br>City or town, state or province, country, Post Office Code<br>Wilmington, Delaware 19808 | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . . ▶ ☒ | | |
| Debtor Account Number<br>[redacted] | 6. Event Code<br>A,B,C,D,E,F,G | 7. Accepted for Value<br>100,000,000 per trust | |

1099C Debt Cancellation Version 0001 Category 26280W Treasury Internal Revenue

31 United States Code § 1501: Documentary evidence requirement for Government entitlements

(a)A amount shall be recorded as a paid entitlement for, of and by the United States government when supported by documentary evidence of

(1)a binding agreement between an agency and another person (including an agency) that is,

(A)in writing, by affidavit, and for a purpose authorized by law; and

(B)executed before the end of the period of availability for entitlement of the appropriation or fund used for specific goods to be delivered, real property to be bought or leased, or work or service to be provided;

(2)a loan agreement showing the amount and terms for repayment;

(3)a court command required by law to be placed with an agency;

(4)a court command issued in alignment with a law authorizing purchases without advertising

(A)when necessary because of a national programme for the public;

(B)for natural foods or perishable subsistence supplies; or

(C)regardless of specific monetary limits;

(5)a grant, subsidy or national programme

(A)from appropriations made for payment of, or contributions to, amounts paid in specific amounts fixed by law or by formulas prescribed by law;

(B) by an agreement authorized by law; or

(C) by plans approved consistent with and authorized by law;

(6) a liability that may result from pending litigation;

(7) employment, work or services of persons or expenses of travel in alignment with the law;

(8)services or works provided by public utilities; or

(9)other general welfare entitlement for the Government from a constitutional appropriation or fund.

(b)A statement of entitlements provided by Congress or a Congressional member shall include only those amounts that are entitlements consistent with subsection (a) of this section.

Title 12 United States Code 95a, part B2 Regulation for actions in exchange for gold and silver, property transfers, and entitlements

(2) Any entitlement, payment, conveyance, transfer, assignment, or property delivery, made to or for the United States, or as otherwise directed by this competent court, pursuant to this section or any rule, regulation, instruction, or direction issued hereby shall be a full acquittance and discharge or tendered payment and marked paid in full, for all entitlements issued hereby.

The Constitution for the United States Article I Section IX

Money shall be paid from the Treasury in alignment with national appropriations made by law.


































FILED
IN COUNTY CLERK'S OFFICE

FEB 03 2022

PIERCE COUNTY, WASHINGTON
CONSTANCE R. WHITE, County Clerk
BY ________ DEPUTY

Moorish National Republic Federal Government Moorish American Consulate Moorish American Consular Court