

# Moorish National Republic Federal Government
## ୭ ~ Societas Republicae Ea Al Maurikanos ~ ୭

**ALLAH**      -AL MOROCCNS-      **I.S.L.A.M**

**MOORS' NATIONAL FEDERAL REPUBLIC GOVERNMENT**
**MOORS' DIVINE AND NATIONAL MOVEMENT OF THE WORLD**
Aboriginal and Indigenous Natural Divine Peoples of Northwest Amexem / North
America / The North Gate / The Moroccan Empire / Maghrib Al Aqsa

### Affidavit of Fact-
## ~Adverse Claim of Title and Reversion of Ancestral Estate~ Exhibit:B

*International Document*

**Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent**

all rize ande stande. this is a sovereigne livinge annciente artikle iii moorishe amerikan al moroccan kourte acctione. i am sovereigne livinge justise mu'tazz ra'id bey. in capitis diminuto nolo in red letters and mi free choosen nationale title is mu'tazz ra'id bey in propria persona sui juris, in proprio solo, and in proprio heredes. i am exercising all of my divine rights at this time, and at all times as an ancient aboriginal indigenous divine natural living being. I, mu'tazz ra'id bey, in capitis diminuto nolo in red letters and all moorishe nationales of morocco, are the executors, administrators, kreditores, klaimants, and beneficiaries of our own estate. we the moorishe nationales at northwest africa are exercising all of our rights at this time as "one sovereign nation" on our own land. no **UNITED STATES CORPORATION or CORPORATE COMPANY CITIZEN** or any other **foreigner,** has personam jurisdiction over me or any other moorishe nationale.

**Tamara Kersh, (acting as ) Cheif Clerk**
**88-11 Sutphin Boulevard Street**
**Queens, New York Republic [ near 11435]**



**Latoya S. Evans Esq. (acting as) Attorney**
**240 Greenwich Street**

**Garden City New York republic[10268] ET. AL**

**Re: Misrepresented Instrument – Bill of Attainer / Foreign Bill of Exchange / Index Number; 7049592019/ 2019, / (IID) number> 20210706005400002002EEF9E / Title number> 20210706005400002002CEDIE, Et. Ai.**

**RE: Estate in reversion known as 97-25 75th Street, Ozone Park queens, New York republic [11416]**






### Stare Decisis Law
**"A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy clause of the United States Constitution Art. VI, clause 2, states policies as to the rights of aliens to inherit must give way to overriding federal treaties and conflicting arrangements." See Kolovrat v. Oregon, 366 U.S. 178, 194, S. Ct. 922 (1961)**

## Affidavit of facts

I, Mu'tazz Ra'id Bey, sui juris an aboriginal and indigenous
Moorish American  national of the continental Americas in the  Sovereign Moroccan
Empire,
being of legal age, and  after being duly affirmed according to law, hereby depose and state
the following:

1. **I am a surviving consanguine heir apparent** of the late ancient Moabites (modernly known as Moroccans) from the land of Moab who received permission from the Pharaohs of Kemet to settle and inhabit north-west Africa (Amexem): they were the founders and are the true possessors of the present Moroccan Empire, with their Canaanite, Hittite, Amorite brethren who sojourned from the land of Canaan seeking new homes. Their dominion and inhabitation extended from North-East, and South-West Africa, across the great Atlantis  Islands, before the great earthquake, which caused the great Atlantis Ocean.

2. My political status and Class AI citizenship as an indigenous Moorish American sovereign national and direct descendants of the ancient Moabites (Moroccans) are recognized under registration number AA 222141, Class A, with the Clock of Destiny Moorish American Identification Card and Zodiac Constitution, recorded September 10, 1952, in the Library of Congress Copyright Office, Washington, District of Columbia, and the United States Department of Justice.

3. My Moabite/Moroccan ancestors died intestate, and retain reversionary interest in the lands and resources of the Moroccan Empire at North America which foreign European colonists presently occupy and use in usufruct while exercising feudal law practices de facto as citizens of the United States under the expired (50) year mandate,i.e., the Treaty of Peace and Friendship of 1836 (in force 1837) between the United States of North America and the Moroccan Empire; which superseded the Treaty of Peace and Friendship of 1787 between the United States of America, and his Imperial Majesty the Emperor of Morocco.

This Treaty is part of the supreme Law of the Land per the 'Supremacy clause' of the Constitution for the United States of North America Article VI, clause 2, and Article 25 of this treaty avers the duration of such occupation as follows:

Article 25. This Treaty shall continue in force, with the help of God, for fifty years: after the expiration of which term; the Treaty shall continue to be binding on both parties, until the one shall give twelve months' notice to the other of an intention to abandon it: in which case, its operations shall cease at the end of the twelve months."

4. Per my treaty rights under Article 22 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Empire of Morocco, and in accordance with the international law provisions of the United Nations Declarations on the Rights of Indigenous Peoples. I, Mu'tazz Ra'id Bey,heir apparent, of sound body and Mind declare that i am  fully  competent to make claim to my inherited ancestral estate in reversion as






surviving rightful heir apparent which is being held in trust de facto by the foreign corporate STATE OF NEW YORK (Inc.) and subsidiaries as escheated property

fee simple property via color of title under color of law within purview of the plausible 14th Amendment to the United States Constitution. Per the stare decisis law in the Kolovrate case mentioned above, my treaty rights to inherit property under Article 22 of the said Peace Treaty of 1836 overrides any and all state policies that are made to the contrary, which aver the following:

Article 22. If an American citizen shall die in our country and no will shall appear, the consul shall take possession of his effects, and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them, but if the heir to the Person deceased be present, the property shall be delivered to him without interruption: and if a will shall appear, the property shall descend agreeable to that will, as soon as the Consul shall declare the validity thereof.

5. I hereby make adverse claim of aboriginal title to my ancestral estate in reversion as described below, to wit:

All that certain plot, piece or parcel of land with resources, buildings and improvement thereon erected, situated, lying and being, known to be located in the City of Brooklyn, New York republic, and designated as **Lot #1026 Block 09046** among the Land Records of Kings County : known by the street address of 97-52 75th Street Queens , New York republic, and more particularly described as follows:

**All that lot or parcel of land situate, lying and being near Queens, County of Queens, New York State Republic, Maghrib Al Aqsa, North-west Amexem, Temple of the Sun and Moon**

**BEGINNING at the corner formed by the intersection of westerly of 75th Street (formerly Ruby Street) with the northerly side of 101st Avenue (formerly Jerome also known as Broadway) and;**

**RUNNING THENCE westerly, along the northerly side of 101st avenue, A distance of 159 feet 10 ½ inches to a point therein distant 81 feet 21/2 inches easterly side of 74th street (formerly Drew Avenue);**

**THENCE northerly, parallel with 74th street and through a party wall, a distance of 34 feet 93/4 inches;**

**THENCE easterly, at right angles to 74th Street, a distance of 20 feet;**

**THENCE northerly, parallel with 74th Street, a distance of 78 feet ½ inches;**

**THENCE easterly, at right angles to 74th Street, a distance of 24 feet;**

**at the point or place of
beginning, at Morocco, Maghrib al Aqsa, North-West Amexem / North America at Latitude 40.6799003 N, Longitude -73.8625096,w and (GPS) location finder at N 40°40'47.64108'  W 73°51'45.03456**

6. The document titled Owner's Aboriginal Title to Alloduim - Exhibit B1 attached hereto shall be used as conclusive proof of my Aboriginal title and allodium ownership of the above-described property under seal of the Consulate of Morocco at the New York state republic and is made pursuant to the aboriginal land tenure systems, traditions, and customs of our Moorish Nation in accordance with international law under Article 26, 27, 28, 29, 30, and 37 of the United Nations Declaration on the Rights of Indigenous Peoples.






7. Any mortgage, hypothecation, lien, unauthorized contract, encumbrance, or fee simple deed (color of title) claimed or held by any citizen (s) of the United States as a subsidiary of the STATE OF NEW YORK (Inc.) via feudal law practice within purview of the 14th Amendment to the United States Constitution being recorded in the Land Records of Kings County, is held to be ineffective, invalid, null, void and unconstitutional per the Congressional Record and Debates of the 90th Congress, 1st Session, Volume 113 - Part 12, June 12, 1967, page 15614 (The 14th Amendment Is Unconstitutional).

8. I, therefore, executing this Affidavit for the purpose of attesting to the truthfulness of the facts set forth herein, and a copy of this Affidavit and the attached Owner's Aboriginal Title to/in Allodium - Exhibit: B1 will be made viewable for public scrutiny @ Telegram https://tel.me//Moroccan9 / adverse - claim - to - property and Migthy conscious Moors facebook.

9. If there shall be no rebuttal to this Affidavit, being made point-by-point and signed under oath or affirmation by any interested person and filed in the records of this case ten (10) days from the filing date of this Affidavit, then it stands as prima facie evidence and conclusive proof in the records of this case.

### Affidavit

I affirm by virtue of Divine Law, under the Zodiac Constitution, and the Constitution for the United States Republic of North America 1791, and upon the honor of my Foremothers and Forefathers that the above Affidavit of Dispute is true and correct to the best of my knowledge and honorable intent.

**Witness My hands and autograph this** _18th_ **day of** _October_ 2022

Affiant; Mu'tazz Ra'id Bey sui juris,
In full life, in propria persona,
Reversioner by heirship,
All Rights Reserved.
(97 - 52 75th Street, Ozone Park, queens, New York Republic)

### Affidavit of Fact

Certificate of Service    I, Mu'tazz Ra'id Bey, hereby certify that on _18_ day of _October_ ,2022 the enclosed Affidavit of Fact: Adverse Claim of Title and Reversion of Estate [Exhibit; B] and attached Owner's Aboriginal Title to Allodium - Exhibit: B1 was sent via certified mail to the following recipient:

**Tamara Kersh, (acting as ) Cheif Clerk**
**88 – 11 Sutphin Boulevard**
**Queens New York Republic [ near.11435]**

**Latoya S. Elvin Esq. (acting as) Attorney**
**240 Greenwich Street**
**New York, New York republic [10286]**

**Moinul Islam ( acting as) CFO/real Estate Agent**
**32-11 35th Avenue**



  

**Moorish National Republic Federal Government**
**Moorish Divine and National Movement of the World**
**Northwest Amexem /Northwest Africa  North America /The North Gate'**

~' Temple of the Moon and Sun'~

**\*\*~ Societas Republicae Ea al Maurikanos ~\*\***
**The True and De jure Natural People  ~ heirs of the Land**



### Memorandum of Trust

Exhibit: B1

KNOW THAT, Mu'tazz Ra'id Bey , being in care of the mailing location at % 97-52 75th Street, , as Grantor, created an irrevocable trust known as the " Circle 7 Estate Trust, Allodial Irrevocable Private Trust" of Mu'tazz Raid Bey, dated July 23, 2022
by executing a Declaration of Trust, dated: July,23rd 2022
Naming Mu'tazz Ra'id  Bey as Trustee.

This Memorandum of Trust is executed as evidence of the foregoing Declaration of trust.
Any person may rely upon this Memorandum of Trust as evidence of the existence of said Declaration of Trust and is relieved of any obligation to verify that any transaction entered into by a Trustee thereunder is consistent with the terms and conditions of said Declaration of Trust.
The Declaration of Trust and the trusts created thereunder may be referred to by the name " Circle 7 Estate Trust Allodial Irrevocable Private Living Trust" of Mu'tazz Ra'id Bey dated: July 23, 2022

Any transfers to the Declaration of Trust or any trust thereunder is referred to the aforesaid Natural Born Man whom is "Mu'tazz Ra'id Bey as Trustees under  Circle 7 Estate Trust, Allodial Irrevocable Private Living Trust of Mu'tazz Ra'id Bey dated July 23rd, 2022
IN WITNESS WHEREOF, the Grantor have executed this Memorandum of Trust as of this 5 day of October, 2022.

Grantor:Mu'tazz Ra'id Bey; All Rights Reserved
Authorized Representative,
AllRights Reserved.



# LIBRARY OF CONGRESS

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA from March 1933 to June 1934,** and that the attached photocopies from Volume XLVIII – the title page, the publisher's page, and pages 484 through 487 on which appears the TREATY WITH MOROCCO, September 16, 1836 – are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the publisher's page is marked with a Library of Congress Order Division stamp that bears the date Jan 28 1991.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on September 4, 2014.

Gregory T. Cooper
Duplication Services, Section Head
Office of Business Enterprises
Library of Congress

101 Independence Avenue, SE Washington, DC 20540–4917 Tel 202.707.5650 www.loc.gov; duplicationservices@loc.gov

# THE
# STATUTES AT LARGE
OF THE
## UNITED STATES OF AMERICA
FROM

MARCH 1933 to JUNE 1934

CONCURRENT RESOLUTIONS
RECENT TREATIES AND CONVENTIONS, EXECUTIVE PROCLAMATIONS
AND AGREEMENTS, TWENTY-FIRST AMENDMENT
TO THE CONSTITUTION

EDITED, PRINTED, AND PUBLISHED BY AUTHORITY OF CONGRESS
UNDER THE DIRECTION OF THE SECRETARY OF STATE

## VOL. XLVIII
IN TWO PARTS

PART 1—Public Acts and Resolutions.

PART 2—Private Acts and Resolutions, Concurrent Resolutions
Treaties and Conventions, Executive Proclamations
and Agreements, Twenty-first Amendment to the
Constitution.

## PART 1

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1934



KF50
.U5
vol 48, pt 1
Sat 2
LLRR



LIBRARY OF CONGRESS
6
JAN 2 8 1991
COPY
ORDER DIVISION

The original of every act and joint resolution printed in this volume from page 1 to page 311, inclusive, has the following heading:

SEVENTY-THIRD CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE FIRST SESSION,

BEGUN AND HELD AT THE CITY OF WASHINGTON ON THURSDAY, THE NINTH DAY OF MARCH, ONE THOUSAND NINE HUNDRED AND THIRTY-THREE

The original of every act and joint resolution printed in this volume from page 313 to page 1291, inclusive, has the following heading:

SEVENTY-THIRD CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE SECOND SESSION,

BEGUN AND HELD AT THE CITY OF WASHINGTON ON WEDNESDAY, THE THIRD DAY OF JANUARY, ONE THOUSAND NINE HUNDRED AND THIRTY-FOUR

All bills and joint resolutions presented to the President of the United States bear the signatures of the Speaker (or of the Speaker *pro tempore*) of the House of Representatives and of the Vice President and President of the Senate (or of the President of the Senate *pro tempore*); those signatures accordingly appear on the originals of all acts and joint resolutions.

The signature of the President of the United States appears on the originals of all approved acts and joint resolutions.

The original of every act and joint resolution has endorsed thereon a certificate of origin, signed, as the case may be, by the Clerk of the House of Representatives or by the Secretary of the Senate and reading "I certify that this Act (or Joint Resolution) originated in the House of Representatives (or Senate)." The origin of each act and resolution contained in this volume is indicated in the margin at the beginning of each enactment; thus, for example, H.R. 1491 or H.J.Res. 75 indicates origin in the House of Representatives; and S. 598 or S.J.Res. 14 indicates origin in the Senate.



This volume is printed on acid free paper by
WILLIAM S. HEIN & CO., INC.

Sept. 16, 1836.
Proclamation
of the President
of the U. S.,
an. 30, 1837.

# TREATY WITH MOROCCO. (a)

### In the name of God, the merciful and clement!



Emperor's seal.

Abd
Errahman
Ibenu Hesham,
whom God
exalt!

*Praise be to God!*

This is the copy of the Treaty of Peace which we have made with the Americans and written in this book; affixing thereto our blessed seal, that, with the help of God, it may remain firm forever.

Written at Meccanez, the city of Olives, on the 3d day of the month Jumad el Iahbar, in the year of the Hegira 1252. (Corresponding to Sept. 16. A. D. 1836.)

Mutual agreement of the parties to the treaty.

ART. 1. We declare that both parties have agreed that this treaty, consisting of twenty-five articles, shall be inserted in this book, and delivered to James R. Leib, agent of the United States, and now their resident consul at Tangier, with whose approbation it has been made, and who is duly authorized on their part, to treat with us, concerning all the matters contained therein.

Neither party to take commissions from an enemy.

ART. 2. If either of the parties shall be at war with any nation whatever, the other shall not take a commission from the enemy, nor fight under their colors.

Persons, &c. of one party, captured in an enemy's vessel, to be released.

ART. 3. If either of the parties shall be at war with any nation whatever, and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty, and the effects returned to the owners. And if any goods, belonging to any nation, with whom either of the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested, without any attempt being made to take or detain them.

Vessels to have passports.

ART. 4. A signal, or pass, shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

Visit of vessels at sea.

ART. 5. If either of the parties shall be at war, and shall meet a vessel at sea belonging to the other, it is agreed, that if an examination is to be made, it shall be done by sending a boat with two or three men only; and if any gun shall be fired, and injury done, without reason, the offending party shall make good all damages.

American citizens and effects to be restored.

ART. 6. If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored; and, in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens

---

(a) For the treaty with Morocco of January 1787, see ante, page 100.

(484)

Case 1-20-40375-nhl Doc 24 Filed 05/01/23 Entered 05/03/23 14:42:37

of America or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

ART. 7. If any vessel of either party, shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation. Vessels in port to be supplied.

ART. 8. If any vessel of the United States, shall meet with a disaster at sea, and put into one of our ports to repair, she shall be at liberty to land and reload her cargo, without paying any duty whatever. No duty in case of vessels putting in to repair.

ART. 9. If any vessel of the United States, shall be cast on shore on any part of our coasts, she shall remain at the disposition of the owners, and no one shall attempt going near her without their approbation, as she is then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquillity until the commander shall think proper to proceed on his voyage. Stranded vessels to be protected.

ART. 10. If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian Powers, within gun-shot of the forts of the other, the vessel so engaged, shall be defended and protected as much as possible, until she is in safety: and if any American vessel shall be cast on shore, on the coast of Wadnoon, or any coast thereabout, the people belonging to her, shall be protected and assisted, until by the help of God, they shall be sent to their country. Vessels engaged within gunshot of forts to be protected.

ART. 11. If we shall be at war with any Christian Power, and any of our vessels sails from the ports of the United States, no vessel belonging to the enemy shall follow, until twenty-four hours after the departure of our vessels: and the same regulations shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians. Enemy's vessels not allowed to follow for 24 hours.

ART. 12. If any ship of war belonging to the United States, shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them. Ships of war not to be examined in port.

ART. 13. If a ship of war of either party shall put into a port of the other, and salute, it shall be returned from the fort with an equal number of guns, not more or less. Salutes to be returned.

ART. 14. The commerce with the United States, shall be on the same footing as is the commerce with Spain, or as that with the most favored nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption. American commerce on the most favored footing.

ART. 15. Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any other labor whatever, shall be paid at the customary rates, not more and not less. Employment of interpreters, &c.

ART. 16. In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there Exchange of prisoners.

shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed, that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant, or any other person, authorized by either of the parties.

**No compulsion in buying or selling.**

ART. 17. Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper: and may buy and sell all sorts of merchandise but such as are prohibited to the other Christian nations.

**No examination of goods on board, except, &c.**

ART. 18. All goods shall be weighed and examined before they are sent on board; and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board; in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

**No detention of vessels.**

ART. 19. No vessel shall be detained in port on any pretence whatever, nor be obliged to take on board any article without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

**Disputes between Americans, &c. to be decided by the consul, &c.**

ART. 20. If any of the citizens of the United States, or any persons under their protection, shall have any dispute with each other, the consul shall decide between the parties; and whenever the consul shall require any aid, or assistance from our Government, to enforce his decisions, it shall be immediately granted to him.

**Killing, &c. punishable by the law of the country.**

ART. 21. If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

**Persons dying intestate; care of their effects.**

ART. 22. If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear the property shall descend agreeably to that will, as soon as the consul shall declare the validity thereof.

**Residence of consul, [it is generally at Tangier.]**

ART. 23. The consul of the United States of America, shall reside in any seaport of our dominions that they shall think proper: and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy: and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof; without which promise in writing, no application to him for any redress shall be made.

**No appeal to arms until refusal of friendly arrangement.**

ART. 24. If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement; and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And

## CONVENTION WITH PERU-BOLIVIA. 1836.    487

it is further declared, that whatever indulgence, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

*In case of war, nine months allowed to settle affairs, &c.*

ART. 25. This treaty shall continue in force, with the help of God, for fifty years; after the expiration of which term, the treaty shall continue to be binding on both parties, until the one shall give twelve months' notice to the other, of an intention to abandon it; in which case, its operations shall cease at the end of the twelve months.

*Treaty to last fifty years, &c.*

*Consulate of the United States of America.* }
*For the Empire of Morocco.* }

TO ALL WHOM IT MAY CONCERN.

Be it known. Whereas the undersigned, James R. Leib, a citizen of the United States of North America, and now their resident consul at Tangier, having been duly appointed commissioner, by *letters patent*, under the signature of the President and seal of the United States of North America, bearing date, at the city of Washington, the 4th day of July A. D. 1835, for negotiating and concluding a treaty of *peace and friendship* between the United States of North America and the Empire of Morocco; I, therefore, James R. Leib, Commissioner as aforesaid, do conclude the foregoing treaty and every article and clause therein contained; reserving the same, nevertheless, for the final ratification of the President of the United States of North America, by and with the advice and consent of the Senate.

*Final ratification reserved for President U. S.*

In testimony whereof, I have hereunto affixed my signature, and the seal of this consulate, on the 1st day of October, in the year of our Lord one thousand eight hundred and thirty-six, and of the Independence of the United States the sixty-first.

JAMES R. LEIB. (L. S.)

## GENERAL CONVENTION OF PEACE, FRIENDSHIP, COMMERCE, AND NAVIGATION,

### Between the United States of America and the Peru-Bolivian Confederation.

*Nov. 13, 1836.*
*Ratifications exchanged, May 26, 1838. Proclamation of the Presidents of the U. S., Oct. 3, 1838.*

THE United States of America and the Peru-Bolivian Confederation, desiring to make firm and permanent the peace and friendship which happily subsist between them, have resolved to fix, in a clear, distinct, and positive manner, the rules which shall, in future, be religiously observed between the one and the other, by means of a treaty, or general convention of peace, friendship, commerce, and navigation.

*Peace and friendship.*

For this desirable purpose, the President of the United States of America has conferred full powers on Samuel Larned, Chargé d'Affaires of the said States, near the Government of Peru; and the Supreme Protector of the north and south Peruvian States, President of the Republic of Bolivia, encharged with the direction of the foreign relations of the Peru-Bolivian Confederation, has conferred like powers on John Garcia del Rio, Minister of State in the Department of Finance

*Negotiators.*



Date: November 11, 2022

Account Access Number / Tax number: Block 9046 Lot 1026

1.I Mu'tazz Ra'id Bey, being the lawful Fiduciary for the Beneficiary, RUSSELL LEE MCCLAIN do hereby state that the attached hereto is a true and correct original power for Attorney and Fiduciary Trustee for all Beneficiary benefits ever created on behalf of the, RUSSELL LEE MCCLAIN 092 56 6323.

2.I further stated that this statement and receipt is effective and supersedes all previous statements.

3.This statement and receipt does hereby include the Federal Deposit Insurance Corporation to deposit the insurance covering the above referenced account to the full extent that the Account is covered by insurance.

4.This statement and receipt is hereby executed in accordance with, in accordance to the supreme law for the land and all laws created by the State in alignment with the supreme law for the land.

In honour by our sovereign hand,

Fiduciary (Attorney in Fact) Autograph _Mu'tazz Ra'id Bey a Free Mo..._

Date autographed November 11, 2022

Mailing Address: 97-52 75th street apt. b1, ozone park, NEW YORK 11416

*No personal or private information shall be taken for public use without just compensation.

FDIC 7200/16 (9-04)



Date: November 11, 2022

Account Access Number/ Tax number: 092 56 6323

1.I Mu'tazz Ra'id Bey, being the lawful Fiduciary for the Beneficiary, RUSSELL LEE MCCLAIN, do hereby state that the attached hereto is a true and correct original Power for Attorney and Fiduciary Trustee for all Beneficiary benefits ever created on behalf of the, RUSSELL LEE MCCLAIN 092 56 6323.

2.I further stated that this statement and receipt is effective and supersedes all previous statements.

3.This statement and receipt does hereby include the Federal Deposit Insurance Corporation to deposit the insurance covering the above referenced account to the full extent that the Account is covered by insurance.

4.This statement and receipt is hereby executed in accordance with, in accordance to the supreme law for the land and all laws created by the State in alignment with the supreme law for the land.

In honour by our sovereign hand,

Fiduciary (Attorney in Fact) Autograph _Mu Tazz Ba'id Bey a Free M_

Date autographed November 11, 2022

Mailing Address: 97-52 75th street apt. b1, ozone park, NEW YORK 11416

*No personal or private information shall be taken for public use without just compensation.

FDIC 7200/16 (9-04)



Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the online digital collections of the Library of Congress contain a document entitled **A Bill of Rights as provided in the Ten Original Amendments to the Constitution of the United States in force December 15, 1791,** and that the attached downloaded photocopy is a true representation from that work.

This is to certify further that this document is from the Source Collection, Broadsides, leaflets, and pamphlets from America and Europe, portfolio 244, Folder 44.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on April 11, 2022.

Rosalina Delgado-Jones
Assistant Business Enterprises Officer.
Office of Business Enterprises
Library of Congress







## The Constitution of the United States

in force December 15, 1791.

### Article I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

### Article II

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

### Article III

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

### Article IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### Article V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any Criminal Case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

### Article VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining Witnesses in his favor, and to have the Assistance of Counsel for his defence.

### Article VII

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

### Article VIII

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

### Article IX

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

### Article X

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.



# receipt

**COPYRIGHT OFFICE**
**LIBRARY OF CONGRESS**
**WASHINGTON, D.C. 20559**

No. 88333

DATE

| received | publications | services |
|---|---|---|
| ☐ Not Examined in Information Section | Item Sold | search |
| Form(s) | ☐ Delivered in Information Section | photocopies |
| No. of Copies | ☐ Mailed | add'l certificates ✓ |
| Document(s) | ☐ Transfer Fee to Su. Docs. | certifications |
| Correspondence | ☐ Delivered in Certs. & Documents | transfer to Photodup. |
| Cover letter | | other |
| REFER TO | | |

## method of payment

☐ Deposit Account Under

Amount ☑ Cash    $ 42.00
☐ Check

☐ No Fee
☐ For Connection

received from   Mr. Tazz Ra'id BEY

address   395 Livonia AVE APT 5H,

Brooklyn NY 11212

representing

phone

phone

REGISTER OF COPYRIGHTS

by

title   AA 222-141    AA 209-316
AA 77-869    ...and Ø others

This receipt is intended to show that the material described was received in the Copyright Office on the date given. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt listing only one title on the receipt will be provided.

Receipt of material is merely a preliminary step in the registration process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

Notes:

C-98 January 1991 — 16,000

*From Documents of American History*

## LETTER FROM GEORGE WASHINGTON TO
## MUHAMMED IBN ABDULLAH—SULTAN OF MOROCCO
—*City of New York December 1, 1789*

### GREAT AND MAGNANIMOUS FRIEND,

Since the date of the letter which the late Congress, by their President, addressed to your Imperial Majesty, The United States of America have thought proper to change their government and institute a new one, agreeable to the Constitution, of which I have the honor, herewith, to enclose a copy. The time necessarily employed in the arduous task, and the disarrangements occasioned by so great though peaceable a revolution, will apologize, and account for your Majesty's not having received those regularly advised marks of attention from the United States which the friendship and magnanimity of your conduct toward them afforded reason to expect.

The United States, having unanimously appointed me to supreme executive authority in this Nation. Your Majesty's letter of August 17, 1788, which by reason of the dissolution of the late-government, remained unanswered, has been delivered to me. I have also received the letters which Your Imperial Majesty has been so kind as to write, in favor of the United States, to the Bashaws of Tunis and Tripoli, and I present to you the sincere acknowledgements and thanks of the United States for this important mark of your friendship for them.

We greatly regret the hostile disposition of those regencies toward this nation, who have never injured them, is not to be removed, on terms of our power to comply with. Within our territories there are no mines, wither of gold or silver, and this young nation just recovering from the waste and dissolution of a long war, have not, as yet, had time to acquire riches by agriculture and commerce. But our soil is bountiful, and our people industrious, and we have reason to flatter ourselves that we shall gradually become useful to our friends.

The encouragement which Your Majesty has been pleased, generously, to give to our commerce with your dominions, the punctuality with which you have caused the Treaty with us to be observed, and the just and generous measures taken in the case of Captain Proctor, make a deep impression on the United States and confirm their respect for and attachment to Your Imperial Majesty.

It gives me great pleasure to have the opportunity of assuring Your Majesty that, while I remain at the head of this nation, I shall not cease to promote every measure that may conduce to the friendship and harmony which so happily subsist between your Empire and them, and shall esteem myself happy in every occasion of convincing Your Majesty of the high sense *(which in common with the whole nation)* I entertain the magnanimity, wisdom and benevolence of Your Majesty.

May the Almighty bless Your Imperial Majesty, our Great and Magnanimous friend, with His constant guidance and protection.

—*GEORGE WASHINGTON*

# Treaty of Peace & Friendship
## 1787
## Between Morocco and The United States

TO ALL PERSONS TO WHOM THESE PRESENTS SHALL COME OR BE MADE KNOWN- WHEREAS THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED BY THEIR COMMISSION BEARING DATE THE TWELFTH DAY OF MAY ONE THOUSAND, SEVEN-HUNDRED AND EIGHTY-FOUR THOUGHT PROPER TO CONSTITUTE JOHN ADAMS, BEN-JAMIN FRANKLIN AND THOMAS JEFFERSON THEIR MINISTERS PLENIPOTENTIARY, GIVING TO THEM OR A MAJORITY OF THEM FULL POWERS TO CONFER, TREAT & NEGO-TIATE WITH THE AMBASSADOR, MINISTER OR COMMISSIONER OF HIS MAJESTY THE EMPEROR OF MOROCCO CONCERNING A TREATY OF AMITY AND COMMERCE, TO MAKE & RECEIVE PROPOSITIONS FOR SUCH TREATY AND TO CONCLUDE AND SIGN THE SAME, TRANSMITTING TO THE UNITED STATES IN CONGRESS ASSEMBLED FOR THEIR FINAL RATIFICATION.

AND BY ONE OTHER COMMISSION BEARING DATE THE ELEVENTH DAY OF MARCH ONE-THOUSAND SEVEN-HUNDRED & EIGHTY-FIVE DID FURTHER EMPOWER THE SAID MINISTERS PLENIPOTENTIARY OR A MAJORITY OF THEM, BY WRITING UNDER THE HANDS AND SEALS TO APPOINT SUCH AGENT IN THE SAID BUSINESS AS THEY MIGHT THINK PROPER WITH AUTHORITY UNDER THE DIRECTIONS AND INSTRUCTION OF THE SAID MINISTERS TO COMMENCE & PROSECUTE THE SAID NEGOTIATIONS & CONFER-ENCES FOR THE SAID TREATY PROVIDED THAT THE SAID TREATY SHOULD BE SIGNED BY MINISTERS: AND WHEREAS, WE THE SAID JOHN ADAMS & THOMAS JEFFERSON TWO OF THE SAID MINISTERS PLENIPOTENTIARY (THE SAID BENJAMIN FRANKLIN BE-ING ABSENT) BY WRITING UNDER THE HAND AND SEAL OF THE SAID JOHN ADAMS AT LONDON, OCTOBER FIFTH, ONE-THOUSAND SEVEN-HUNDRED AND EIGHTY-FIVE, & OF THE SAID THOMAS JEFFERSON AT PARIS OCTOBER THE ELEVENTH OF THE SAME YEAR, DID APPOINT THOMAS BARCLAY, AGENT IN THE BUSINESS AFORESAID, GIVING HIM THE POWERS THEREIN, WHICH BY THE SAID SECOND COMMISSION WE WERE AU-THORIZED GO GIVE, AND THE SAID THOMAS BARCLAY IN PURSUANCE THEREOF, BATH ARRANGED ARTICLES FOR A TREATY OF AMITY AND COMMERCE BETWEEN THE UNITED STATES OF AMERICA AND HIS MAJESTY THE EMPEROR OF MOROCCO & SEALED WITH HIS ROYAL SEAL, BEING TRANSLATED INTO THE LANGUAGE OF SAID UNITED STATES OF AMERICA, TOGETHER WITH THE ATTESTATIONS THERETO AN-NEXED ARE IN THE FOLLOWING WORDS, TO WIT:

IN THE NAME OF ALMIGHTY GOD.

THIS IS A TREATY OF PEACE AND FRIENDSHIP ESTABLISHED BETWEEN US AND THE UNITED STATES OF AMERICA, WHICH IS CONFIRMED, AND WHICH WE HAVE OR-DERED TO BE WRITTEN IN THE BOOK AND SEALED WITH OUR ROYAL SEAL AT OUR COURT OF MOROCCO IN THE TWENTY-FIFTH DAY OF THE BLESSED MONTH OF SHA-

BAN, IN THE YEAR ONE-THOUSAND TWO-HUNDRED, TRUSTING IN GOD IT WILL REMAIN
PERMANENT.

## ARTICLE 1

We declare that both Parties have agreed that this Treaty consisting of twenty five Articles  shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their part, to treat with us concerning all the matters contained therein.

## ARTICLE 2

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy nor fight under their colors.

## ARTICLE 3

If either of the parties shall be at war with any nation whatever and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty and the effect returned to the owners. And if any goods belonging to any nation, with whom either the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested without any attempt being made to take or detain them.

## ARTICLE 4

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea, and if the commander of a ship of war of either party shall have other ships under his convoy, the Declaration of the commander shall alone be sufficient to exempt any of them from examination.

## ARTICLE 5

If either of the parties shall be at war, and shall meet a vessel at sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a boat with two or three men only, and if any gun shall be bread and injury done without reason, the offending party shall make good all damages.

## ARTICLE 6

If any Moor shall bring citizens of the United States or their effects to His Majesty, the citizens shall immediately be set at liberty and the effects restored, and in like manner, if any Moor not a subject of the dominions shall make prize of any of the citizens of America or their effects and bring them into any of the ports of His Majesty, they shall be immediately released, as they will be considered as under His Majesty's Protection.

## ARTICLE 7

If any vessel of either party shall put into a port of the other and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

## ARTICLE 8

If any vessel of the United States shall meet with a disaster at sea and put into one of our ports to repairs, she shall be at liberty to land and reload her cargo, without paying any duty whatever.

## ARTICLE 9

If any Vessel of the Untied States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put in to our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquility until the Commander shall think proper to proceed on his Voyage.

## ARTICLE 10

If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American Vessel shall be cast on shore on the Coast of Wadnoon or any Coast thereabout, the People to her shall be protected, and assisted until by the help of God, they shall be sent to their Country.

## ARTICLE 11

If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow until twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports—be the enemies Moors or Christians.

## ARTICLE 12

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretense whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

## ARTICLE 13

If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

## ARTICLE 14

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favored nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

## ARTICLE 15

Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel: he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any labor whatever, shall be paid at the customary rates, not more and not less.

## ARTICLE 16

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized by either of the parties.

## ARTICLE 17

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

## ARTICLE 18

All goods shall be weighed and examined before they are sent on board , and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be

punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

## ARTICLE 19

No vessel shall be detained import on any pretense whatever, nor be obliged to take on board on any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

## ARTICLE 20

If any of the citizens of the Untied States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

## ARTICLE 21

If any citizen of the Untied States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

## ARTICLE 22

If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of hi affects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear, who has right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruptions; and if a will shall appear, the property shall descend agreeable to that will as soon as the consul shall declare the validity thereof.

## ARTICLE 23

The consuls of the United States of America, shall reside in any port of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

## ARTICLE 24

If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And it is further declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

## ARTICLE 25

This treaty shall continue in full force, with the help of God, for fifty years. We delivered this book into the hands of the before mentioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

I certify that the annexed is a true copy of the translation made by Isaac Cardoza Nunez, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

**THOMAS BARCLAY.**

  

*< ~ Moorish National Republic Federal Government ~ >*
*<~ Moorish Divine and National Movement Of the World ~ >*
*Northwest Amexem / Northwest Africa/ North America/ The North Gate'*
*< ~ 'Temple of the Moon And Sun' ~ >*
*<~ Societas Republicae Ea Al Maurikanos ~>*
*<~The True and De jure Natural Peoples ~ heirs of the Land ~>*

Owner's Aboriginal Title to Allodium ~ EXHIBIT: B1
Aboriginal Moorish American Class A1 Citizenship No. AA 222141 in the Library of Congress

I, Love Ibn' Allah Bey, Consul, and Vizir officer [Registrar] at Maghrib al Aqsa, North-West Amexem, DO HEREBY CERTIFY THAT

Mu'tazz Ra'id Bey, Is vested with aboriginal title by inheritance to his ancestral estate in reversion described herein by jus sanguinis as rightful heir, and he is the absolute owner, in allodium, of the following Lands;

ALL that certain plot, piece or parcel of land with the resources, buildings, and improvements thereon erected, situated, lying, and being, as an 'ancestral estate in reversion'

known by the street address 97-52 75th street, County queens (near) Queens,
. New York republic, and geographically located at the North American continent within the Dominions of the Moroccan Empire, Maghrib al Aqsa  North - West Amexem,

at coordinates   Latitude - 40.6799003 N,          Longitude -73.8625096 (about 8 acres,
but not limited thereto) N 73. 40'40'47.64108'          W 73°51'45.03456

SUBJECT to all the stipulations in a Private trust titled "Circle Seven Estate Trust Allodial Irrevocable Private Living Trust of  Mu'tazz Ra'id Bey".

Executed this _____day in the month of Dhul-Hijjah, 1443 October [9th] M.C.Y. [ ,2022 C.C.Y.I.

M.C.Y
M.D.N.M. 17- April 1444
17 - April 2023
Consular General, Jove dbn' Allah Bey

Mu'tazz Ra'id Bey, Shariff/ Vizir [Registrar]
Moorish National Republic Federal Government
Authorized Representative,
All Rights Reserved