In alingment with
Case number
20 40 375 KKo



# ACS and PARTNERS TRAFFICKING

## NOTICE BY AFFIDAVIT

Comes now Affiant, Ka Hu Sia Ba N Shu El Bey, one of the people, in this Court of Record,

Sui Juris, making the following claims and giving due notice of the following facts that ALL government officials and private contractors give due care:

**New York Constitution Declaration of Rights**

- **Rights, privileges and franchise secured;**

    Section 1 No member of this state shall be disfranchised (1), or deprived of any of the rights or privileges secured to any citizen thereof, unless by the law of the land.

**[Bail, fines, punishments, detention of witnesses]**

Section 5 Excessive bail shall not be required nor excessive fines imposed, **nor shall cruel and unusual punishments be inflicted,** nor shall witnesses be unreasonably detained.

Section 7 (a) Private property shall not be taken for public use without just compensation.

**[Freedom of speech and press; criminal prosecutions for libel]**

Section 8 Every citizen may freely speak, write and publish his or her sentiments on all subjects.

**[Equal protection of laws, discrimination in civil rights prohibited]**

Section 11 No person, (in my case Moor), shall be denied the equal protection of the laws of this state or any subdivision thereof.

No person, (in my case Moor), shall because of race, color, creed or religion, (in my case National Origin), be subjected to any discrimination in his or her civil

rights, (in my case Human Rights), by any other person, or by any firm, corporation, or institution, or by the State or any agency or subdivision of the State.

**[Security against unreasonable searches, seizures and interceptions]**

Section 12 The right of the people to be secure in their persons, houses, papers, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the <u>persons</u> or things to be seized, which is in harmony with the fourth amendment.

**The Organic Constitution of the United States of America**

**Amendment V** No member shall be deprived of life, liberty, or property, without <u>**due process of the law, nor shall private property be taken for public use.**</u>

**Trust Relationship of Public Officials and the People:**

Protection of Rights of the People require for the people to have their interest covered as they are the GRANTORS of the Trust powers you hold as TRUSTEES AND PUBLIC SERVANTS.

**1877 Georgia Constitution (as Ratified without Subsequent amendments)**

**ARTICLE I**

**BILL OF RIGHTS**

**SECTION I**

Paragraph I. All government, of right, with the people, is founded upon their will only, and is instituted solely for the good of the whole. Public officers are the trustees and servants of the people, and at all times, amenable to them.

**What did Sandra Day O'Connor Say?**

The U.S. Supreme Court ruled on the issue of grandparent visitation rights in the 2000 case of **530 U.S. 57**, which involved a dispute between a Washington-state mother and her ex boyfriend's parents.

When Brad Troxel, the children's father, died in 1993, his parents informed the mother, Tommie Granville that they wanted to maintain a relationship with the

couple's two daughters. Washington law at the time allowed "any **person**" to petition for visitation "at any time" and gave state courts discretion to grant that visitation when it was in **the child best interests.**

But the majority of the Troxel court struck down the state statute as unconstitutional, finding it interfered with parents' rights to raise their children as they please. Writing for the majority, Justice Sandra Day O'Connor said, "The liberty interest at issue in this case-the interest of parents in the care, custody, and control of their children-is perhaps the oldest of the fundamental liberty interests recognized by this Court."

Where in the Law did the State get the power when working in private business to overrule mothers and fathers and let people or corporations take kids from parents?

**Let's check the main three laws used to say CPS/ACS has this power:**

**ASFA:**

**SECTION 401 PRESERVATION OF REASONABLE PARENTING.**

Nothing in this Act is intended to disrupt the family unnecessarily or to intrude inappropriately into family life, to prohibit the use of reasonable methods of parental discipline, or to prescribe a particular method of parenting.

**Social Security Act of 1935** [Original Legislative Intent of Congress not for CPES/ACES to take kid/s]

**TITLE XI- GENERAL PROVISIONS**

**DEFINITIONS SECTION 1101** (6)(d) Nothing in this Act shall be construed as authorizing any Federal official, agent, or representative, in carrying out any of the provisions of this Act, to take charge of any child over the objection of either of the parents of such child, or of the person standing in loco parentis to such child.

**CAPTA:**

SECTION 2 (a) Notwithstanding any other provision of law, an annuitant, as defined under section 8901(3) of title 5, United States Code, who is participating or who is eligible to participate in the health benefits program offered under the Retired Federal Employees Health Benefits Act (74 Stat. 849; Public Law 86-724),

may elect, in accordance with regulations prescribed by the United States Code, in lieu of coverage under such Act.

Corporate State actors have failed to give full disclosure to the people and police that the programs that are allowing CPS/ACS to provide enforced services limit their actions by original legislative intent. The Programs were not meant to be used as an Authority to snatch little ones from their parents and as a matter of fact, the very laws prohibit it. The fact that there has been an omission to give notice of these rights has caused for many mothers and fathers to lose their children which the State did not create.

The people are the Creators of the government seats, and governments were created to protect our individual rights and liberty, and creating some **false jurisdiction** by trying to partner with the (persons), creating corporate partnerships and benefit programs does not give one the authority to take biological property (little ones from the people). Furthermore, the people are not federal employees!

## THE PEOPLE REQUIRE DUE PROCESS OF LAW TO TAKE A LIBERTY AWAY

### [Rights, privileges and franchise secured;

Section 1 No member of this state shall be **disfranchised** (1), or deprived of any of the rights or privileges secured to any citizen thereof, unless by the law of the land, or the judgement of his or her peers.

You know what the Arizona Constitution says in Art. II S II; Justice in **ALL cases** shall be administered **openly,** and **without unnecessary delay.**

### State can't diminish the right of the people:

The State cannot diminish rights of the people. **Hurtado v. California, 110 U.S. 516.**

This is a contract, for and too ALL parties involved, directly or indirectly Pope Francis, Arch Bishop Timothy M. Dolan, and ALL Watch Dogs of NYC and State, Matter of Watchman Of the City and State, Govonor Andrew Cuomo, Mayor Bill de Blasio, State Attorney General Letita James, Administration J. Supreme Civil Court, Deborah Kaplen, Chief Clerk John F. Werner, Administration J. Supreme

Criminal Court Tamiko Amaker, Administration J. Ellen N. Biben, Chief Clerk Christopher Disanto (ACS, Commissioner David-Hansell, Corporate Counsel, Zachary Carter, Police Commissionor James P. O'Neil,   Supreme Court J. Carol E., D.A. Sirus Vance Jr., Assistant D.A. Mathew Sean, Supervising Judge of CRIMINAL COURT 100 Centre St. Hon. Kevin McGrath, Borough Chief Clerk Arlethia Howard, Superving Judge of FAMILY COURT 60Lafayette St Hon. Karen Lupuloff, Clerk of Court Brain Kelly, Commissioner Chairman Joseph W. Belluck, CHILDREN AIDS SOCIETY; President and CEO Phoebe C. Boyer, Iris Abrons, Chair of the Children's Aid Board of Trustees, on Judical Conduct, Attorney Greivance Committee, Administration Executive/Magistrate Cesare H., and   Weston C., of 100 Centre St, A.A.G. Alissa S. Wright, Attorney Molinoff M. of ACS, Legal Aid Society Faith Bekermus, Adimination Executive/Magistrate Dishonorable Negro Herbert Moses & last, and least, Dishonorable Dumb-minican, ignorant of the law Patria Frias-Colon, also dna of a dog/neanderthal CCRB Investigator Zachary Herman and Monopoly looking Neanderthal Lawrance Omansky. Esp. in this matter under Index # 13913-19, 13914-19, 13915-19 if you fail to rebut this affidavit within 72 hours and decide to infringe upon my rights and the rights of my children as one of the people, you agree to pay for the **Deprivation/Withholding/detaining/transferring of custody of Biological/Registered Property** $10,000 USD or gold and or silver coins per day/per child, in your capacity as a man or woman, I reserve my right to take this contract before an Arbitrator.

## FEES ALSO INCLUDES: DEPOSITIONS, INTERROGATION, UNLAWFUL SEARCH & SEIZURE (unsolicited):

Use of Name/s/Appellation: $50,000/ per child/per Court appointments...August 2, 2018, Sept. 5, 2018, Sept. 26, 2018, Dec. 4, 2018, March 8, 2019, March 20, 2019, July 24, 2019, Aug 14, 2019, Aug 16, 2019.

Use of Blood Samples: $1,000,000/ per child

Use of Urine samples: $1,000,000/ per child

Use of Names/Appellations, & Samples without my consent. $100,000,000/ per child.

Attempted or forced vaccination on my lineal heiresses, and lineal heir/descendant heiresses, and descendant heir without my consent...$100,000,000 per child/per shoot.

**Biological Property Search, Tresspassing, ChildTheft, Bodyjacking, Interference with Commerce.**

Body search $50,000/ per child.

Handcuffing, being tied or otherwise **RESTRICTED** $10,000/ per child/ *per day*

Jail, **WAREHOUSING,** incarceration: $100,000,000/ per child/ per day.

Plus additional charges includes a set fee of $4.5E10 **that's $300,000,000 X 150 DAYS FOR "WAREHOUSING," TRANSFERRING, RESTRICTION OF EACH CHILD MOMEVENTS. (UNSOLICTED) UNLAWFUL SEARCH & SEIZURE, LEGALLY KIDNAPPING AND TARGETING OF MY FAMILY. USING THE TITLE XIX TO GET RICH OFF MY LINEAL HEIRESSES AND HEIR. USING THEM FOR PUBLIC USE, PURCHASING, SCHEMING TO BENEFIT BY PLACING THEM IN FOSTER CARE, BREACH OF TRUST, BEING A PARTY OR COVERING UP TREASON, HUMAN TRAFFICKING, AND GENOCIDE AND   DIRECTLY OR INDIRECTLY   BENEFITTING FINANCIALLY. DIRECTLY OR INDIRECTLY. "DENYING ME DUE PROCESS OF THE LAW" WITHOUT JUST COMPENSATION** From July 2018-Present.

## Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provisions of 28 USC S 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge, information and belief.

Executed on *Aug*, on this *5th* day of Two- thousand Nineteen Christian Calendar

*Ka Ha Sia Ba N Shu El Bay*

Ka Hu Sia Ba N Shu El Bey

Notary

_____ State     }

_____ County   }

On _____8/5/19_____ date before me,

_____, a Notary Public, personally appeared

Ka Hu Sia Ba N Shu El Bey, who proved to me on the basis of satisfactory evidence to be the man whose name is subscribed to the within instrument and acknowledge to me that he executed, the instrument.

I certify under the Penalty of Perjury under the lawful laws of New York State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Notary / jurat _____

ANABEL ROSADO
Notary Public - State of New York
NO. 01RO6318440
Qualified in New York County
My Commission Expires Jan 26, 2023

Notice to agents is notice to principal, Notice to principal is notice to agent.

This is The End of this Affidavit; Only the Additional pages of the Certified proof of service and the Certified Judgement of un-rebutted Affidavit may be Bound to this document.

EJ 043 249 183 US 

## THE PEOPLE REQUIRE DUE PROCESS OF LAW TO TAKE A LIBERTY AWAY

### [Rights, privileges and franchise secured;

Section 1 No member of this state shall be **disfranchised** (1), or deprived of any of the rights or privileges <u>secured</u> to any citizen thereof, unless by the law of the land, or the judgement of his or her peers.

You know what the Arizona Constitution says in Art. II S II; Justice in **ALL cases** shall be administered **openly,** and **without unnecessary delay.**

### State can't diminish the right of the people:

The State cannot diminish rights of the people. **Hurtado v. California, 110 U.S. 516.**

This is a contract, for and too ALL parties involved, whether you were informed or not, and directly or indirectly involved. The fact that this goes on in Society when it's not authorized, and you remain silent about it is an omission of your guilt. Pope Francis, Arch Bishop Timothy M. Dolan, and ALL Watch Dogs of NYC and State, Matter of Watchman Of the City and State, Governor Andrew Cuomo, Mayor Bill de Blasio, State Attorney General Letita James. Administration J. Supreme Civil Court, Deborah Kaplen, Chief Clerk John F. Werner, (ACS, Commissioner David-Hansell, Corporate Counsel, Zachary Carter, Police Commissioner James P. O'Neil,    Supreme Court J. Carol R.Edmead, D.A. Sirus Vance Jr., Assistant D.A. Mathew Sean, Supervising Judge of CRIMINAL COURT 100 Centre St. Hon. Kevin McGrath, Borough Chief Clerk Arlethia Howard, Supervising Judge of FAMILY COURT 60 Lafayette St Hon. Karen Lupuloff, Clerk of Court Brain Kelly, Commission Chairman Joseph W. Belluck, Paul B. Harding Esq. Vice chair of the Commission CHILDREN AIDS SOCIETY: President and CEO Phoebe C. Boyer, Iris Abrons, Chair of the Children's Aid Board of Trustees, on Judicial Conduct, Attorney Grievance Committee, Shatic Mitchell-Assistant District Manager, George Haigler III, Administration Executive/Magistrate Cesare H., and Weston C., of 100 Centre St, A.A.G. Alissa S. Wright, Attorney Molinoff M. of ACS. Tara Udit, Jacquelyn Boyd. Mgn. Ms. Hyatt, Supervisor Rosa Cespedes, Legal Aid Society Faith Bekermus, Anna Aron of NHD, Supervisor Gigi of NHD,

## ACS & PARTNERS TRAFFICKING

## NOTICE BY AFFIDAVIT

Comes now Affiant, Ka Hu Sia Ba N Shu El Bey, one of the people, in this Court of Record,

Sui Juris, making the following claims and giving due notice of the following facts that ALL government officials and <u>private contractors </u>give due care:

### New York Constitution Declaration of Rights

- **Rights, privileges and franchise secured;**

✕    Section 1 No member of this state shall be disfranchised (1), or deprived of any of the rights or privileges secured to any citizen thereof, <u>unless by the law of the</u> **land.**

### [Bail, fines, punishments, detention of witnesses]

Section 5 Excessive bail shall not be required nor excessive fines imposed, **nor shall cruel and unusual punishments be inflicted,** nor shall witnesses be unreasonably detained.

Section 7 (a) Private properties shall not be taken for public use without just compensation.

### [Freedom of speech and press; criminal prosecutions for libel]

Section 8 Every citizen may freely speak, write and publish his or her sentiments on all subjects.

### [Equal protection of laws, discrimination in civil rights prohibited]

Section 11 No person, (in my case Moor), shall be denied the equal protection of the laws of this state or any subdivision thereof.

No person, (in my case Moor), shall because of race, color, creed or religion, (in my case National Origin), be subjected to any discrimination in his or her civil

rights, (in my case Human Rights), by any other person, or by any firm, corporation, or institution, or by the State or any agency or subdivision of the State.

## [Security against unreasonable searches, seizures and interceptions]

Section 12 The right of the people to be secure in their persons, houses, papers, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized, which is in harmony with the fourth amendment.

## The Organic Constitution of the United States of America

**Amendment V** No member shall be deprived of life, liberty, or property, without **due process of the law, nor shall private property be taken for public use.**

## Trust Relationship of Public Officials and the People:

Protection of Rights of the People require for the people to have their interest covered as they are the GRANTORS of the Trust powers you hold as TRUSTEES AND PUBLIC SERVANTS.

## 1877 Georgia Constitution (as Ratified without Subsequent amendments)

## ARTICLE I

## BILL OF RIGHTS

## SECTION I

Paragraph I. All government, of right, with the people, is founded upon their will only, and is instituted solely for the good of the whole. Public officers are the trustees and servants of the people, and at all times, amenable to them.

## What did Sandra Day O'Connor Say?

The U.S. Supreme Court ruled on the issue of grandparent visitation rights in the 2000 case of **530 U.S. 57**, which involved a dispute between a Washington-state mother and her ex boyfriend's parents.

When Brad Troxel, the children's father, died in 1993, his parents informed the mother, Tommie Granville that they wanted to maintain a relationship with the

couple's two daughters. Washington law at the time allowed "any **person**" to petition for visitation "at any time" and gave state courts discretion to grant that visitation when it was in **the child best interests.**

But the majority of the Troxel court struck down the state statute as unconstitutional, finding it interfered with parents' rights to raise their children as they please. Writing for the majority, Justice Sandra Day O'Connor said, "<u>The liberty interest at issue in this case-the interest of parents in the care, custody, and control of their children</u>-is perhaps the oldest of the fundamental liberty interests recognized by this Court."

The United States Supreme Court of Appeals for the Ninth Circuit said it best. "The Government's interest in the welfare of children embraces not only protecting children's interest in the privacy and dignity of their homes and in the lawfully exercised authority of their parents. <u>See</u> **Calabretta V. Floyd 189 F. 3d 808 (1999).**

Children have a Constitutional Right to live with their parents without government interference. <u>See</u> **(Brokaw v. Mercer County 7th Cir. (2000).**

A child has a constitutionally protected interest in the companionship and society of his or her parents. <u>See</u> **(See Ward v. San Jose. 9th Cir. (1992).**

Parent's interests are of "the highest order." And court recognizes "the vital importance of curbing overzealous suspicion and intervention on the part of health care professionals, and government officials." <u>See</u> **Thomason v. Sean Volunteer Services, Inc., 8th Circuit (1996).**

State employees who withhold a child from her family infringe on the family's liberty of familial association <u>See</u> **K.H. THROUGH MURPHY v. MO 914 F.2d 846 (1990)**

Where in the Law did the State get the power when working in private business to overrule mothers and fathers and let people or corporations take kids from parents?

**Let's check the main three laws used to say CPS/ACS has this power:**

**ASFA:**

## SECTION 401 PRESERVATION OF REASONABLE PARENTING.

Nothing in this Act is intended to disrupt the family unnecessarily or to intrude inappropriately into family life, to prohibit the use of reasonable methods of parental discipline, or to prescribe a particular method of parenting.

**Social Security Act of 1935** [Original Legislative Intent of Congress not for CPS/ACS to take kids

## TITLE XI- GENERAL PROVISIONS

**DEFINITIONS SECTION 1101** (6)(d) Nothing in this Act shall be construed as authorizing any Federal official, agent, or representative, in carrying out any of the provisions of this Act, to take charge of any child over the objection of either of the parents of such child, or of the person standing in loco parentis to such child.

## CAPTA:

SECTION 2 (a) Notwithstanding any other provision of law, an annuitant, as defined under section 8901(3) of title 5, United States Code, who is participating or who is eligible to participate in the health benefits program offered under the Retired Federal Employees Health Benefits Act (74 Stat. 849; Public Law 86-724), may elect, in accordance with regulations prescribed by the United States Code, in lieu of coverage under such Act.

Corporate State actors have failed to give full disclosure to the people and police that the programs that are allowing CPS/ACS to provide enforced services limit their actions by original legislative intent. The Programs were not meant to be used as an Authority to snatch little ones from their parents and as a matter of fact, the very laws prohibit it. The fact that there has been an omission to give notice of these rights has caused for many mothers and fathers to lose their children which the State did not create.

The people are the Creators of the government seats, and governments were created to protect our individual rights and liberty, and creating some **false jurisdiction** by trying to partner with the (persons), creating corporate partnerships and benefit programs does not give one the authority to take biological property (little ones from the people). Furthermore, the people are not federal employees!

Administration Executive/Magistrate Dishonorable Negro Herbert Moses & last, and least, Dishonorable Dumb-minican, ignorant of the law Patria Frias-Colon, also dna of a dog/Neanderthal CCRB Investigator Zachary Herman and Monopoly looking Neanderthal Lawrence Omansky. Esp. in this matter under Index # 13913-19, 13914-19, 13915-19 if you fail to rebut this affidavit within 72 hours and or decide to infringe upon my rights and the rights of my children as one of the people, you agree to pay for the **Deprivation/Withholding/detaining/transferring of custody of Biological/Registered Property** $10,000 USD or gold and or silver coins per day/per child, in your capacity as a man or woman, I reserve my right to take this contract before an Arbitrator.

## FEES ALSO INCLUDES: DEPOSITIONS, INTERROGATION, and UNLAWFUL SEARCH & SEIZURE (unsolicited): and VIOLATIONS.

Use of Name/s or Appellation/s: **$50,000 USD or 999 % gold and or silver coins/per child/per Court appointments**...August 2, 2018, Sept. 5, 2018, Sept. 26, 2018, Dec. 4, 2018, March 8, 2019, March 20, 2019, July 24, 2019, Aug 14, 2019. July 29, 2018, Sept. 24th 2018, November 1, 2018, January 9th 2019, January 16 2019, March 4, 2019, May 28, 2019.

**Tyranny, USC Title 18 sec. 242 Deprivation of rights under color-of-law, Denial of Due Process of the Law, USC Title 18, Pt 1, Chapter 115, Sec. 2381 Treason, Crimes and Offenses Chap. 53-Abuse of office section 5301-Official Oppression, USC Title 15 Section 1961-1968 (1970) RICO USC Title 18 sec 241 Conspiracy against rights, USC Title 16 Conspiracy to commit a crime, USC Title 14:25 Criminal Conspiracy, USC Title 18 Chap 31 Embezzlement & Theft Sec. 654 Officer or Employee of the UNITED STATES converting property of another. USC Title 42 Sec 12203 Retaliation, Interference, Coercion, or Intimidation USC Title 8 Sec 1503 Denial Of Rights & Privileges of a National. Violating Article 12 and Article 15 of the Universal Declaration of Human Rights, VIOLATION of Article II, Article III, IV, VI, VII, VIII, IX, of the Rights of Indigenous Ppl. $2,500,000 each violation. These numbers are based on General Civil Order of June 13 or 14 2014.**

**USC Title 18 Sec. 1342 Mail Fraud, USC Title 18 1341 Frauds and Swindles**
$1,000,000

999% gold or silver coins/ per child.

Attempted or forced vaccination on my lineal heiresses, and lineal heir/descendant heiresses, and descendant heir without my consent...**$100,000,000** USD or 999% gold or silver coins per child/per shoot.

## Biological Property Search, Trespassing, Child Theft, Body jacking, Custodial Interference

Body search **$50,000** USD or 999% gold or silver coins/ per child

Handcuffing, being tied or otherwise **RESTRICTED $10,000** or 999% gold or silver coins/ per child/per day.

Jail, **WAREHOUSING,** incarceration: **$100,000,000** USD or 999% gold or silver coins/ per child/ per day.

Plus additional charges includes a set fee of **$300,000,000 A DAY FOR "WAREHOUSING," TRANSFERRING, "RESTRICTION" OF EACH CHILD MOVEMENT. (UNSOLICTED), UNLAWFUL SEARCH & SEIZURE, ILLEGALLY KIDNAPPING, RESTRAINING, AND CUSTODIAL INTERFERENCE TARGETING OF MY FAMILY USING THE TITLE XIX TO GET RICH OFF MY LINEAL HEIRESSES AND HEIR. USING THEM FOR PUBLIC USE,  SEEING THEM AS CHATTEL PROPERTY FOR PURCHASE, SCHEMING TO BENEFIT FINANCIALLY BY PLACING THEM IN FOSTER CARE, BREACH OF PUBLIC TRUST, AIDING AND ABETTING, BEING A PARTY TO TREASON, OR COVERING IT UP. BENEFITTING FROM HUMAN TRAFFICKING AND GENOCIDE DIRECTLY OR INDIRECTLY & BENEFITTING FINANCIALLY, DIRECTLY OR INDIRECTLY. ENGAGING IN CONSTRUCTIVE FRAUD, BRIBERY, "PUBLIC CORRUPTION" ARBITRARILY DEPRIVING OF A NATIONALITY, & MY LINEAL HEIRESSES & HEIR OF THEIRS DENYING ME DUE PROCESS OF THE LAW" WRONGFUL TAKING OF BIOLOGICIAL PROPERTY WITHOUT JUST COMPENSATION!"** From July 2018-Present.

**"THE LAW IS THE LAW & IGNORANCE OF THE LAW IS NO EXCUSE!"**

*CERTIFIED MAIL RECEIPT*
*7019 0140 0000 4734 8527*

**Duchesne v. Sugarman, 566 F. 2d 817, 825 (2d Cir. 1977).**

An Affidavit which has not been rebutted stands as the truth in law; no more than a lawful affidavit is necessary to generate a prima facie case. **See U.S. v. Kis, 658 F. 2d at 536, U.S. v. Powell 379 U.S. 57 at 58.**

The people's constitutional standards must always prevail over the legislature's statutory standards, should the latter be lower. **See Gannon v. State, 319 P. 3d 1196 (Kan. 2014).**

**Statutes** are construed to accord with constitutions, not vice versa. **See City of Fernley v. State, Dep't of Tax, 366 P. 3d 699, 132 Nev. Adv. Op. No. 4 ( Nev. 2016).**

With such overwhelming case law there is no question about the fact of the claim made here statues are not law. Plaintiff/ the court now challenges prosecution and Magistrate to prove the statutes apply to plaintiff/court. Plaintiff denies being a government employee if the prosecution or state or Magistrates wish to say different then prove I have been a paid employee of federal or state Government. As well article 1 section 8 clause 14 says clearly the government makes the rules for the government not the people. **Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.**

Constitutionally, "a statutory presumption cannot be sustained if there be no rational connection between the fact proved and the ultimate fact presumed. **See "Tot v. United States, 319 US 463, 467; 63 S. Ct 1245, 87 L. Ed. 2d 1519 (1943).**

"A statute will not be presumed to have extra territorial effect…outside the [territorial] jurisdiction of the legislature…over persons residing outside the (territorial) jurisdiction of the legislature." **(Bond v. Jay, 7 Cranch 350, 3 L Ed 367).**

A "Code" or Statute is not a Law," See **(Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So 2d 244, 248).**

…lacking due process [of law], in that they are 'void for ambiguity' in their failure to specify the statutes' applicability to "natural man," otherwise depriving the same of fair notice, as their construction by definition of terms aptly identifies the

*10*

EJ 043 249 183 US

## Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provisions of 28 USC S 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge, information and belief.

Executed on _Aug_, on this _05th_ day of Two- thousand Nineteen Christian Calendar



EJ 043 249 183 US

_Ka Hu Sia Ba N Shu El Bey_

Ka Hu Sia Ba N Shu El Bey

Notary

__New York__ State  }

__New York__ County  }

On __8/5/19__ _____ date before me,

__Anabel Rosmo__, a Notary Public, personally appeared Ka Hu Sia Ba N Shu El Bey, who proved to me on the basis of satisfactory evidence to be the man whose name is subscribed to the within instrument and acknowledge to me that he executed, the instrument.

I certify under the Penalty of Perjury under the lawful laws of New York State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Notary / jurat _____

ANABEL ROSADO
Notary Public - State of New York
NO. 01RO6318440
Qualified in New York County
My Commission Expires Jan 26, 2023

Notice to agents is notice to principal, Notice to principal is notice to agent.

This is The End of this Affidavit: Only the Additional pages of the Certified proof of service and the Certified Judgement of un-rebutted Affidavit may be Bound to this document.





2023 MAY 31  P 12: 20

**empire state obmorocco**
**united states for america**
**moorishenationallreepublicfederallgovernmente**
☞ ~societasrepublicacea al maurikanos~ ☜
**moorishedibyneandenationallmuvementeov the earthe**
northewesteamexem + north westeaffrica + northeammerica + the northe
all addjoiningisslands
☞ ~tempelov the moon ande sun~ ☜
the true ande de jure naturallpeeples + heirs ov the lande
☞ ~i.s.l.a.m.~ ☜


in alingment with
case number.
20 40575kks

**empire state obmorocco**
**unniversallsovereigneorigeneallinndigeneousnaturalldibyne affidavit**
# arrestekommande
### articlle iii al moroccanmoorisheamerikankonsularkourte

all rizeandestandeandereemain standing inntoperpetuitee. this is a sovereignelivingeanncienteartiklle iii moorisheamerikan al moroccankourteacctione. i am sovereignelivingejustise angelica yvette dobbs in capitis diminutio nolo, in red ink, in propria persona sui juris, in proprio solo, ande in proprio heredes. my free chozennationallappellatione is angelica yvette dobbs bey in capitis diminutio nolo, in red ink, in propria persona sui juris, in proprio solo, ande in proprio heredes. iande all moors are the origeneallinndigeneoussovereigneanncniente al moroccanmoorisheamerikan ascendents ov the greatepharoahsovkemetandeov the anncientemoabitesandecanaanites. our fullefaitheandetruste, our allegianse, our kredditande our innergy are herebye vested in oursellves for we are the peepel who are the origeneallinndigeneousnaturalldivyneanncniente empire state ovmoroccoande the de jure moorishenationallreepublicfederallgovernmente. we are one god. we herebyeexxercise all sovereigne rights at this time ande at all pointes in time nunq pro tunq.

**cause ov acctione  mcmh+cause 999+99+9999+0002**
**arreste kommande**
unnlawfulle occupatione ov sovereigne origeneall inndigeneous land

isaiah 33:22 for the lord is Our judge, the lord is Our lawgiver, the lord is Our king; it is he who will save Us. exxodus 21:21 ande if a man smite his servante or his maid withe a rod ande his servante die under his hand, he shall be surely punished not with standing. if he continue a day or two, he shall not be punished for he is his money. mathyou 16:18+19 et ego dico tibi quia tu es petra et super hanc petram aedificabo ecclesiam meam et portae inferi non praevalebunt adversumeam 19 et tibi dabo claves regni caelorum et quodcumque sumus ligaveris super terram erit ligatum in caelis et quodcumque sumus solveris super terram erit solutum in caelis

**date kommanded to appeare**
monday may 29, 1443 [2023] at 3pm eastern standarde time
[LOWER PEOPLES CHECK FEDERAL CREDIT UNION, CEO, CFO, COO, CLO, DCCE, CLM, CLMFDGA, SAE, CHECKING ACCOUNT NUMBER 1000030937O713, SAVING ACC NUMBER 30937, CARD NUMBER 5109 0200 0238 1868]
failledappeare

**articlle iii kourte**
**moorishe amerikan konsular kourte**
https://join.freeconferencecall.com/mswelbey
audio diall in nummber 701-802-5384 accesse code 5413378
video kourte acctionee: https://www.youtube.com/watch?v=ZKc7FD8cU-o

**sovereigne living kredditor**
empire state ovmorocco
versuse

**the phollowing debtors failled to appeare**

[ka hu sia jhuty ba n shu dba KA HU SIA JHUTY BA N SHU] ande all heires assignes principals agentes derivativs thereuf [LOWER EAST SIDE PEOPLE'S FEDERAL CREDTT UNION] 37 Avenue B [NEW YORK CITY, NY 100091





debtor 2 previously lien
[KA HU SIA JHUTY BA N SHU dba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] ande all heires assignes principals agentes derivativs
thereuf [LOWER EAST SIDE PEOPLE'S FEDERAL CREDIT LINION] 37 Avenue B [NEW YORK CITY, NY 10009]

debtor 3 previously lien
[KA HU SIA JHUTY BA N SHU dba PEOPLE'S BANK ACCOUNT NUMBER 000009371] ande all heires
assignes principals agentes derivativs thereuf [LOWER EAST SIDE PEOPLE'S FEDERAL CREDIT UNION] 37
Avenue B [NEW YORK CITY, NY 10009]

debtor 4 previously lien
[KA HU SIA JHUTY BA N SHU dba PEOPLE'S BANK ACCOUNT NUMBER 00000711] ande all heires assignes
principals agentes derivativs thereuf [LOWER EAST SIDE PEOPLE'S FEDERAL CREDIT UNION] 37 Avenue B

**Allidavit of Universal Commerical Code I FINANCING STATEMET COMMAND TO APPEAR**
[LOWER EAST SIDE PEOPLE'S FEDERAL CREDIT UNION LIEN]
7022 1670 0001 8265 8540, mcmh+cause 999+99+9999+0002
aboriginal indigenous peoples' documents: northwest amexem / northwest africa / 'the north gae' - the
moroccan empire - continental united states; 'temple oftle moon and sun' /'turtle island': non -
domestic, non - resident, non - subject. - moors / muurs - being the rightful hein and primogeniture
birthright - inheritors of the land.
whereas the universal original indigenous ancient living empire state of Morocco does hereby command
the following debtors to appear at the al Moroccan Moorish American article III consular court to state
[their Name] and ] for the record to the universal sovereign original indigenous natural divine people
who are the Moorish national republic federal government:

debtor I previously lien
[Ka Hu Sia Jhuty Ba N Shu dba KA HU SIA JHUTY BA N SHU] ande all heires assignes principals agentes
derivativs thereuf [LOWER EAST SIDE FEDRAL CREDIT UNION]
37 Avenue B
NEW YORK CITY, NY 10009]

debtor 2 previously lien
[KA HU SIA JHUTY BA N SHU dba 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] ande all heires assignes principals agentes derivativs
thereuf [LOWER EAST SIDE PEOPLE'S FEDERAL CREDIT UNION]
37 Avenue B
NEW YORK CITY, NY 10009]

debtor 3 previously lien
[KA HU SIA JHUTY BA N SHU] dba PEOPLE'S BANK ACCOUNT NUMBER 000009371] ande all heires
assignes principals agentes derivativs thereuf
[LOWER EAST SIDE PEOPLE'S FEDERAL CREDIT UNION]
37 Avenue B
[NEW YORK CITY, NY 10009]

debtor 4 previously lien
[KA HU SIA JHUTY BA N SHU dba PEOPLE'S BANK ACCOTINT NUMBER 00000711] ande all heires assignes
principals agentes derivativs thereuf
[LOWER EAST SIDE PEOPLE'S FEDERAL CREDIT UNION]
37 Avenue B
[NEW YORK CITY, NY 100091]

debtor 5
[Lower East Side People's Check Federal Credit Union dba LOWER EAST SIDE PEOPLE'S
CHECK FEDERAL CREDIT UNION, ROUTING NUMBER 226082598, FEDERAL
AUTOMATED CLEARING HOUSE ROUTING NUMBER 021001208, EIN NUMBER 13-
3371118, CHECKING ACCOUNT NUMBER 10000309370713, SAVING ACC NUMBER
30937, CARD NUMBER 5109 0200 0238 1868] ande all heiresassignes





principalls agentes ande derivativs thereuf
FEDERAL RESERVE BANK
100 ORCHARD STREET
EAST RUTHERFORD, NJ [07073]
debter 6
[Linda Levy dba LINDA LEVY] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 7
[LINDA LEVY dba "CHIEF" EXECUTIVE "OFFICER"] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 8
[Cristian Chirila dba CRISTIAN CHIRILA] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 9
[CRISTIAN CHIRILA dba "CHIEF" FINANCIAL OFFICER] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 10
[Victoria Rodriguez dba VICTORIA RODRIGUEZ] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 11
[VICTORIA RODRIGUEZ dba "CHIEF" OPERATIONS "OFFICER"] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 12
[Francisca Fabian dba FRANCISA FABIAN] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 13
[FRANCISA FABIAN dba "CHIEF" LENDING "OFFICER"] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 14
[Alicia Portada dba ALICIA PORTADA] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,

  

NEW YORK, NY [10006-3063]

debter 15

[ALICIA PORTADA dba DIRECTOR OF COMMUNICATION AND COMMUNITY
ENGAGEMENT] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 16

[Alionsina Morel dba ALIONSINA MOREL] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 17

[ALIONSINA MOREL dba COMMERCIAL LENDING MANAGER] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 18

[Stefanie Diaz dba STEFANIE DIAZ] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 19

[STEFANIE DIAZ dba CONSUMER LENDING MANAGER] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 20

[Aissatou Barry-Fall dba AISSATOU BARRY-FALL] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 21

[AISSATOU BARRY-FALL dba "CHIEF" EXECUTIVE OFFICER] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 22

[Rosa Garcia dba ROSA GARCIA] ande all heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,
NEW YORK, NY [10006-3063]

debter 23

[ROSA GARCIA dba FINANCE DEPARTMENT GENERAL ACCOUNTANT] ande all
heiresassignes
principalls agentes ande derivativs thereuf
39 BROADWAY, SUITE 2140,

  

## NEW YORK, NY [10006-3063]

debter 24
[Larry Fraqui dba LARRY FRAQUI] ande all heiresassignes
principalls agentes ande derivativs thereuf
1000 Peachtree, Street NE,
ATLANTA, GA [30309-4470]

debter 25
[LARRY FRAQUI dba SR. ACCOUNT EXECUTIVE] ande all heiresassignes
principalls agentes ande derivativs thereuf
1000 Peachtree, Street NE,
ATLANTA, GA [30309-4470]

this universal ancient original indigenous living article III courts is the sovereign jurisdiction for all matters on the land. all of [YOUR COMMERCE] and that of all [Agents, Principals, Heirs, Assigns, ande any ande all deerivatives thereov ] is hereby terminated by way of sovereign universal commercial code l lien. the American provost has been notified. failure to appear is just cause for [YOUR] arrest and placement in prison at Guantanamo Bey, Cuba into perpetuity. notice to [Agent] is notice to [Principal]. notice to [Principal] is notice to [Agent]. all [UNITED STATES CORPORATION COMPANY CORPORATIONS] are unlawfully at ancient Morocco pro tunq ande are hereby decapitated nunq pro tunq into perpetuity. this sovereign justice stands and is law, honor, i, Ka Hu Sia Jhuty Ba N Shu in capitis diminutio nolo, in red ink, in propria persona sui juris, in proprio solo, and in heredes, and we, thee divine sovereign beings who are the empire state of Morocco do affirm that we are thee sovereign and divine beings here in proclaimed in capitis diminutio nolo en propria persona sui juris in proprio solo and in proprio and affirmed bye law full birthright being lawfully universally qualified and competent to affirm this document. we place our sovereign hands and seal hereto are in favor of all Moorish American nationals. sovereign original indigenous ancient divine Moorish American autographs affirming this and I sovereign original indigenous ancient empire state of Morocco and the de jure Moorish national repubiic federal government documents are on the public records at America, ancient Morocco, West amexem, North West Africa, the North gate, turtle lsland, Gaia', IMidgard, earth fonos time immemorial inn to perpetuity

are unlawfulle at anncientemorocconunq pro tunq.

all  sovereigneorigeneallinndigeneousanncientebilypnemoorisheamerikanautogratfs  affirming  this  ande  all sovereigneorigeneallinndigeneousannciente    empire    state     obmoroccoande    the    be    jure moorishenationallreepublicfeberallgovernmentebockumentes  are  on  the  publlicreckorbe  at  amerika,  anncientemorocco, northewesteamexem, northewesteaffrica, the northe gate, turtle islande, gaia', midguarbe, earthe.

chronos time immemoriall inn to perpetuitee

ego sum *ka hu sia jhuty Ba n will: am shu el*

ego sum *ka hu s:a jhuty Ba n will: am shu el*







justise vizier ministar

in capitis diminutio nolo, in red ink, in propria persona sui juris in proprio solo in proprio heredes.
knowtise to agente is knowtise to principall. knowtise to principall is knowtise to agente.

empire state ovmorocco
moorishenationallreepublicfederallgovernmente
moorisheamerikakonsulate
c/o 2215 nott street 114
schenectady, new york
landeov nod
unniversallnaturallarreacodde: 8t7xm q42cb

amen, amen dico vobis, quæcumquealligaveritis super terramerunt ligata et ego in caelo et quæcumquesolveritis super terrameruntsoluta et in caelo
amen, amen dico vobis, quæcumquealligaveritis super terramerunt ligata et ego in caelo et quæcumquesolveritis super terrameruntsoluta et in caelo
amen, amen dico vobis, quæcumquealligaveritis super terramerunt ligata et ego in caelo et quæcumquesolveritis super terrameruntsoluta et in caelo













2023 MAY 31 P 12: 20

**empire state ob morocco**
**united states for america**
**moorishe nationall reepublic federall gobernmente**
~societas republicae ea al maurikanos~
moorishe dibvne ande nationall mubemente of the earthe
northe weste amexem + north weste affrica + northe ammerica + the northe gate
all abbjoining isslands
~tempel of the moon ande sun~
the true ande de jure naturall peeples + heirs of the lande
~i.s.l.a.m.~

---

**empire state ob morocco**

all rize ande stande ande reemain standing innto perpetuitee. this is a sovereigne livinge annciente artiklle iii moorishe amerikan al moroccan kourte acctione. we are the sovereigne livinge justise in capitis diminutio nolo, in red ink, in propria persona sui juris, in proprio solo, ande in proprio heredes. all moors are the origeneall inndigeneous sovereigne annciente al moroccan moorishe amerikan ascendents ov the greate pharoahs ov kemet ande ov the annciente moabites ande canaanites. our fulle faithe ande truste, our allegianse, our kreddit ande our innergy are herebye vested in oursellves for we are the peepel who are the origeneall inndigeneous naturall divyne annciente empire state ov morocco ande the de jure moorishe nationall reepublic federall governmente, the unniversall moorishe amerikan konsulate ande the articlle iii moorishe amerikan konsular kourte. we are peace. we are one god. we herebye exxercise all sovereigne rights at this time ande at all pointes in time nunq pro tunq.

this lien has been drafted by my hands ande creative spirit you are not above the law as the constitution will be enforced as it is the law of the lande...you are on sovereign ancestral lande which I am inherit too by consanguinity birthright...this reversion of estate is lawful ande legal...islam.
Links to follow are commanded for you to view.

**date kommanded to appeare**
wednesdaye september 7, 1442 [2022] at 12pm paciffic standarde time

**articlle iii kourte**
**moorishe amerikan konsular kourte**
https://joinfreeconferencecall mswelbey@gmail.com
audio diall in nummber  1-701-802-5384  akccesse kode 5413378#
viddeo kourte acctione: eache [debtors] shalle appeare on viddeo

**sovereigne living kredditor**
empire state ov morocco
versuse

debtor 1
[New York Land Services dba NEW YORK LAND SERVICES TITLE NUMBER 19NYM13379] ande all heires
assignes principalls agentes derivativs thereuf
[NEW YORK COUNTY]
630 THRID AVENUE- 12 FLOOR
[NEW YORK, NEW YORK 10017]
212-490-2277

debter 2
[Harrison Smith ESQ dba HARRISON SMITH ESQ KROOTH & ALTMAN LLP] ande all heires assignes principalls agentes
derivativs thereuf
[KROOTH & ALTMAN LLP]
1850 M STREET NW, SUITE 400
[WASHINGTON, DC 20036]

debter 3
[Department of Housing Preservation and Development dba DEPARTMENT OF HOUSING PRESERVATION AND
DEVELOPMENT OFFICE OF LEGAL AFFAIRS] ande all heires assignes principalls agentes derivativs thereuf
[OFFICE OF LEGAL AFFAIRS]

aboriginal and indigenous peoples' documents: northwest amexem / northwest africa / 'the north gate' - the moroccan empire - continental
united states; 'temple of the moon and sun' / 'turtle island': non - domestic, non - resident, non – subject.
– moors / muurs - being the rightful heirs and primogeniture birthright - inheritors of the land.
[7020 1810 0001 6639 7418]
Universal trust 999999999 trust number mswel-53-sp-r0000052269 AA222141

100 GOLD STREET, ROOM 5-S3
[NEW YORK, NEW YORK 10038]

<u>debter 4</u>
[The City Of New York dba THE CITY OF NEW YORK CITY HALL] ande all heires assignes principalls agentes derivativs
thereuf
[CITY HALL]
CITY HALL
[NEW YORK, NEW YORK 10007]

all sovereigne origeneall inndigeneous annciente divyne moorishe amerikan autograffs affirming this ande all sovereigne origeneall inndigeneous annciente empire state ov morocco ande the de jure moorishe nationall reepublic federall governmente dockumentes are on the pubblic reckorde at amerika, annciente

morocco, northe weste amexem, northe weste affrica, the northe gate, turtle islande, gaia', midguarde, earthe.

chronos time immemoriall inn to perpetuitee

ego sum *ha lu p̃ a jhut̃ẽ ba n will i an shu el*

justise vizier ministar
in capitis diminutio nolo, in red ink, in propria persona sui juris in proprio solo in proprio heredes.
knowtise to agente is knowtise to principall. knowtise to principall is knowtise to agente.

empire state ov morocco
moorishe nationall reepublic federall governmente
moorishe amerika konsulate
c/o 2321-39 adam clayton powell jr. blvd 5j
near [manhattan new yorke terratorie]
land of nod, northwest africa, morocco
amen, amen dico vobis, quaecumque alligaveritis super terram erunt ligata et ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo
amen, amen dico vobis, quaecumque alligaveritis super terram erunt ligata et ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo
amen, amen dico vobis, quaecumque alligaveritis super terram erunt ligata et ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo



aboriginal and indigenous peoples' documents: northwest amexem / northwest africa / 'the north gate' - the moroccan empire - continental
united states; 'temple of the moon and sun' / 'turtle island': non - domestic, non - resident, non − subject.
− moors / muurs - being the rightful heirs and primogeniture birthright - inheritors of the land.
[7020 1810 0001 6639 7418]
universal trust 999999999 trust number mswel-53-sp-r0000052269 AA222141






empire state ov morocco
united states for amerika
moorishe nationall reepublic federall governmente
☞ ~societas republicae ea al maurikanos~ ☞
moorishe divyne ande nationall muvemente ov the earthe
northe weste amexem + north weste affrica + northe ammerica + the northe gate
all addjoining isslands
☞ ~tempel ov the moon ande sun~ ☞
the true ande de jure naturall peeples + heirs ov the lande
☞ ~i.s.l.a.m.~ ☞

_____

unniversall sovereigne origeneall inndigeneous annciente naturall
divyne
empire state ov morocco

'Averment of Jurisdiction / Quo Warranto'

for the record, to be read into the record. notice to agent is notice to principal, notice to principal is
notice to agent.

# In the Morocco Consular Court at New York Republic
## Consular Jurisdiction and Venue
## for public display @ telegram (squampomack provinance)
## CALAMEO @awakingsleepygiant

all rize ande stande ande reemain standing innto perpetuitee. this is a sovereigne livinge annciente artiklle iii moorishe
amerikan al moroccan kourte acctione. i am sovereigne livinge justise miguel samu el williams jr (adopted name) ka
hu sia jhuty ba n shu in capitis diminutio nolo, in red ink, in propria persona sui juris, in proprio solo, ande in proprio
heredes. my free chozen nationall appellatione is ka hu sia jhuty ba n will i am shu el in capitis diminutio nolo, in red
ink, in propria persona sui juris, in proprio solo, ande in proprio heredes. i ande all moors are the origeneall
inndigenous sovereigne annciente al moroccan moorishe amerikan ascendents ov the greate pharoahs ov kemet ande
ov the annciente moabites ande canaanites. our fulle faithe ande truste, our allegianse, our kreddit ande our innergy
are herebye vested in ourselves for we are the peepel who are the origeneall inndigenous naturall divyne annciente
empire state ov morocco ande the de jure moorishe nationall reepublic federall governmente. we are one god. we
herebye exxercise all sovereigne rights at this time ande at all pointes in time nunq pro tunq.

from: princeps: creditor affiant:
moorish american national, consul "selected by the people" of the moroccan empire/nation/states, in full life, in propria
persona, sui juris, sui heredes;

RE: UNLAWFUL BILL OF ATINDER AND UNLAWFUL OCCUPATION ON SOVERGIN LAND

<Address [NEW YORK COUNTY]
630 THRID AVENUE- 12 FLOOR
[NEW YORK, NEW YORK 10017]
212-490-2277

[KROOTH & ALTMAN LLP]
1850 M STREET NW, SUITE 400
[WASHINGTON, DC 20036]

To: [Foreign] [Christian European Male/Female 14th Amendment Citizen(s), [DBA] HARRISON SMITH, acting
Esquire, opportunist working for and through the private foreign corporate-for-profit entity styled as KROOTH &
ALTMAN LLP.

**[7019 0700 0001 1310 2806] cause ov acctione  mcmh+cause999+99+9999+0003**
aboriginal and indigenous peoples' documents: northwest amexem / northwest africa / 'the north gate' - the moroccan empire - continental
united states; 'temple of the moon and sun' / 'turtle island': non - domestic, non - resident, non – subject.
– moors / muurs - being the rightful heirs and primogeniture birthright - inheritors of the land.






[DBA] NEW YORK LAND SERVICES, opportunist working for and through the private foreign corporate-for-profit entity styled as NEW YORK LAND CORPORATION

[DBA] BELLWETHER ENTERPRISE REAL ESTATE CAPITAL, LLC, opportunist working for and through the private foreign corporate-for-profit entity styled as MORTTGAGEE/LENDER BELLWETHER ENTERPRISE REAL ESTATE CAPITAL, LLC

[DBA] AUDUBON TP4 HOUSING DEVELOPMENT FUND COMPANY, INC, opportunist working for and through the private foreign corporate-for-profit entity styled as HOUSING PARTNERSHIP DEVELOPMENT CORPORATION

[DBA] DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPENT, opportunist working for and through the private foreign corporate-for-profit entity styled as OFFICE OF LEGAL AFFAIRS

[DBA] THE CITY HALL OF NEW YORK, opportunist working for and through the private foreign corporate-for-profit entity styled as THE CITY HALL OF NEW YORK OFFICE OF LEGAL AFFAIRS

Date: 8/28/1443 Mcy
Date 8/28/2022 Ccy

## Res Judicata

**Hagans v Lavine 415 U.S. 533.**, There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot 100. \$. Ct 2501 (1980);** "Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co. 495 F.2d 906,910.** As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for <DBA, ESQ: HARRISON SMITH > to produce for the record, the physical documented **'Delegation of Authority'**, as Proof of **Jurisdiction**, as required by **Law**, per **Article III, Section 1 of the United States Republic Constitution.**

**PUBLIC HAZARD BONDING OF CORPORATE AGENTS** All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud **(15 USC)** and is prima facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. **(18 USC 912)**

"**Whoever,** having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than **$2,000.00** or **imprisoned** not more than five years or **both." 18 U.S.C. §1621**

**Title** 18 Part 1, Chapter 43, Sec 913 Impersonator making **arrest or search**: Whoever falsely represents himself to be an officer, agent, or employee of the United States, and in such assumed character arrests or detains any person or in any manner searches the person, buildings, or other property of any person, shall be fined under this title or imprisoned not more than three years, or both.

I Request and **Demand** proof of **Naturalization** and proof you have the Right to do business at **North America; proof** of **contract** and with **whom you contracted (physical Documentation)**, a copy of your **Charter** and a **copy** of your **Oath**. Are you creatures of the Law **(United States Constitution)**? This is a Lawful Demand and Request that must be answered within **(ten) 10 days** of receipt of this **Affidavit** of fact.

national safe harbor program universal commercial code § 9-521 whereby nationals who file written universal commercial code liens can file universal commercial code liens in any state.

empire state ov morocco liens

<u>debter 1</u>

[New York Land Services dba NEW YORK LAND SERVICES TITLE NUMBER 19NYM13379] ande all heires assignes principalls agentes derivativs thereuf

[NEW YORK COUNTY]
630 THRID AVENUE- 12 FLOOR
[NEW YORK, NEW YORK 10017]
212-490-2277

**[7019 0700 0001 1310 2806] cause ov acctione  mcmh+cause999+99+9999+0003**

aboriginal and indigenous peoples' documents: northwest amexem / northwest africa / 'the north gate' - the moroccan empire - continental united states; 'temple of the moon and sun' / 'turtle island': non - domestic, non - resident, non – subject.
— moors / muurs - being the rightful heirs and primogeniture birthright - inheritors of the land.






§ 28:9-501, § 28:9-502, § 28:9-516a, § 28:9-516b, § 28:9-520c, § 28:9-521 ande all other applicabul kodes konncerning sovereigne unniversall origeneall enndigenous naturall divyne kredditores ande innitial philinges.
§ 28:9-521 universall writtenne financinge statemente - a philing offise that acceptts writtenne wreckords maye not refuse to accept a writtenne innitiall financinge statemente in this form ande format exxcept for a reason set forth in § 28:9-516(b) entitled "what konstitutes philing; effecktiveness uf philing". (a) exxcept as otherwise provided in subsecktion (b), communication uf a wreckord to a philing offise ande tender uf the philing fee or acceptance uf the wreckord by the philing offise konstitutes philing.

§ 28:9-501 philing offise.
exxcept as otherwyse provyded in subsecktion (b), if the local law uf the districte governs perphection uf a sovereigne inntereste liene, the offise in whiche to file a financinge statemente to perfecte the sovereigne innterest liene is:
(1) the wreckorder uf deeds, if (b) the financinge statemente is filed as a phixture philing ande the collaterall is goods that are or are to become phixtures; or
(2) the mayore in all other cases, including a case in whiche the collaterall is goods that are or are to become phixtures ande the financinge statemente is not filed as a phixture philing.
(b) the offise in whiche to file a financinge statemente to perfect a sovereigne innterest in collaterall, including phixtures, uf a trannsmitting utilitie is the offise uf the mayore. the financinge statemente also konstitutes a phixture philing as to the collaterall indicated in the financinge statemente whiche is or is to bekome phixtures.
§ 28:9-515 duratione ande effecktiveness uf financinge statemente; effect uf lapsed financinge statemente. (f) if a debter is a trannsmitting utilitie ande a maild innitiall financing statemente so indicates, the financinge statemente is effective until a terminashun statemente is filed.
§ 28:9-521:
unniversall kommerciale kode 1 financinge statemente

1.   sovereigne origeneall enndigenous naturall divyne kredditore:

empire states ovmorocco
united states of morocco
mohawkaccuck moors
c/o 2321-39 adam clayton powell jr blvd apt5j
near [manhattan, new york]
land of nod, northwest africa, morocco
sion new jerusalem

b.   email

n/a

c.   sende akknowledgemente too:
empire state ov morocco
the kredditor

---

the abuve space is four philing offise uze only

---

providde debters naim
debter 1

PROVIDE DEBTOR'S NAME
debter 1
[New York Land Services dba NEW YORK LAND SERVICES TITLE NUMBER 19NYM13379] ande all heires assignes principalls agentes derivativs thereuf
[NEW YORK COUNTY]
630 THRID AVENUE- 12 FLOOR
[NEW YORK, NEW YORK 10017]
212-490-2277

debter 2
[Harrison Smith ESQ dba HARRISON SMITH ESQ KROOTH & ALTMAN LLP] ande all heires assignes principalls agentes derivativs thereuf
[KROOTH & ALTMAN LLP]
1850 M STREET NW, SUITE 400
[WASHINGTON, DC 20036]

debter 3
[Department of Housing Preservation and Development dba DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OFFICE OF LEGAL AFFAIRS] ande all heires assignes principalls agentes derivativs thereuf
[OFFICE OF LEGAL AFFAIRS]
100 GOLD STREET, ROOM 5-S3
[NEW YORK, NEW YORK 10038]

**[7019 0700 0001 1310 2806] cause ov acctione  mcmh+cause999+99+9999+0003**
aboriginal and indigenous peoples' documents: northwest amexem / northwest africa / 'the north gate' - the moroccan empire - continental united states; 'temple of the moon and sun' / 'turtle island': non - domestic, non - resident, non – subject.
– moors / muurs - being the rightful heirs and primogeniture birthright - inheritors of the land.






<u>debter 4</u>
[The City Of New York dba THE CITY OF NEW YORK CITY HALL] ande all heires assignes principalls agentes derivativs
thereuf
[CITY HALL]
CITY HALL
[NEW YORK, NEW YORK 10007]

<u>debter 5</u>
[Audubon TP4 Housing Development Fund Company, Inc dba AUDUBON TP4 HOUSING DELVEOPMENT FUND
COMPANY, INC.] ande all heires assignes principalls agentes derivativs thereuf
[HOUSING PARTNERSHIP DEVELOPMENTM CORPORATION]
253 WEST 35TH STREET, 3RD FLOOR
[NEW YORK, NEW YORK 10001]

<u>debter 6</u>
[Bellwether Enterprise Real Estate Capital, LLC dba BELLWEATHER ENTERPRISE REAL ESTATE CAPITAL, LLC] ande
all heires assignes principalls agentes derivativs thereuf
[BELLWEATHER ENTERPRISE REAL ESTATE CAPITAL, LLC]
1375 EAST 9TH STREET, SUITE 2400
[CLEVELAND, OHIO 44114]

<u>debter 7</u>
[State of New York Duns Number 041002973 dba STATE OF NEW YORK DUNS NUMBER 041002973] ande all heires
assignes principalls agentes derivativs thereof
[CITY HALL]
CITY HALL
[NEW YORK, NEW YORK 10007]

<u>debter 8</u>
[State of New York Duns Number 041002973 dba CITY OF NEW YORK DUNS NUMBER 021741036 AND CRFN
201400365932] ande all heires assignes principalls agentes derivativs thereof
[CITY HALL]
CITY HALL
[NEW YORK, NEW YORK 10007]

<u>debter 9</u>
[State of New York Duns Number 041002973 dba CITY OF NEW YORK DUNS NUMBER 021741036 AND CRFN
2021000085119] ande all heires assignes principalls agentes derivativs thereof
[CITY HALL]
CITY HALL
[NEW YORK, NEW YORK 10007]

<u>debter 10</u>
[State of New York Duns Number 041002973 dba CITY OF NEW YORK DUNS NUMBER 021741036 AND CRFN
2021000085122] ande all heires assignes principalls agentes derivativs thereof
[CITY HALL]
CITY HALL
[NEW YORK, NEW YORK 10007]

<u>debter 11</u>
[State of New York Duns Number 041002973 dba US DEPARTMENT OF HEALTH AND HUMAN SERVICE OFFICE OF
THE SECETARY DUNS NUMBER 112463521] ande all heires assignes principalls agentes derivativs thereof
[CITY HALL]
CITY HALL
[NEW YORK, NEW YORK 10007]

<u>debter 12</u>
[State of New York Duns Number 041002973 dba US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
OFFICE OF THE SECRETARY 030945779] ande all heires assignes principalls agentes derivativs thereof
[CITY HALL]
CITY HALL
[NEW YORK, NEW YORK 10007]

<u>debter 13</u>
[State of New York Duns Number 041002973 dba STATE OF OHIO DUNS NUMBER 034309166] ande all heires assignes
principalls agentes derivativs thereof
[CITY HALL]
CITY HALL
[NEW YORK, NEW YORK 10007]

**[7019 0700 0001 1310 2806] cause ov acctione  mcmh+cause999+99+9999+0003**
aboriginal and indigenous peoples' documents: northwest amexem / northwest africa / 'the north gate' - the moroccan empire - continental
united states; 'temple of the moon and sun' / 'turtle island': non - domestic, non - resident, non — subject.
— moors / muurs - being the rightful heirs and primogeniture birthright - inheritors of the land.






debter 14
[State of New York Duns Number 041002973 dba CITY OF COLUMBUS DUNS NUMBER 010611869] ande all heires
assignes principalls agentes derivativs thereof
[CITY HALL]
CITY HALL
[NEW YORK, NEW YORK 10007]

debter 15
[State of New York Duns Number 041002973 dba WASINGTON DC DUNS NUMBER 949056860] ande all heires assignes
principalls agentes derivativs thereof
[CITY HALL]
CITY HALL
[NEW YORK, NEW YORK 10007]

debter 16
Audubon TP4 LLC Tahl Propp Equities LLC dba AUDUBON TP4 LLC TAHL PROPP EQUITIES LLC] ande all heires
assignes principalls agentes derivativs thereof
[TAHL PROPP EQUITIES LLC]
445 PARK AVENUE
[NEW YORK, NEW YORK 10022]

debter 17
[State of New York Duns Number 041002973 dba FILE NUMBER FT_1690008663469 BLOCK 01921 AND LOT 1 2321-2339
SEVENTH AVENUE, 189 WEST 136TH STREET AND 188 WEST 137TH STREET] ande all heires assignes principalls agentes
derivativs thereof
[CITY HALL]
CITY HALL
[NEW YORK, NEW YORK 10007]

18. sovereigne unniversall origeneall enndigeneous kredditore
empire state ov morocco, en capitis diminutio nolo, en propria persona sui juris, all rightes exxercized at all tymes
moorishe national reepublic federall governemente

18a. ennter sovereigne moorishe american appellashun
all sovereigne origeneall enndigeneous moorishe amerikan autograffs fore this ande all sovereigne empire state ov morocco
ande the moorishe nationall republic federall governemente dockumentes are on thee publick wreckord at amerika.
the peeple who are the sovereigne unniversall origeneall enndigeneous naturall divyne kredditore
en capitis diminutio nolo en propria persona sui juris en proprio solo en proprio heredes all rightes ekksercized at all tymes

18b. mailinge locatione
empire states ovmorocco
united states of morocco
mohawkaccuck moors
c/o 2321-39 adam clayton powell jr blvd apt. 5j
near [manhattan, new york]
land of nod, northwest africa, morocco
sion new jerusalem

19. collaterall: this financinge statemente covers the following collaterall:
this judishiall verrdicte is a law full financinge statemente that cuvers the followinge kollaterall: the kollaterall covvered bye this
financinge statemente is 900,000,000 in gold backed sovereigne currency fore eache sovereigne origeneall enndigeneous anciente
anrestral parcell the debter occupys on the lande that all sovereigne origeneall enndigeneous moorishe americans whoo are the
sovereigne origeneall enndigeneous naturall divyne united states of america, to inneklude the de jure moorishe nationall reepublic
federall governemente, the moorishe american konsulate, ande the moorishe divyne ande nationall movemente uf the earthe are
heires to. this is pursuante to anciente sovereigne suppreme universall naturall divyne lawe. this is justise ande eternall
envocatione uf emminente dominione by all moors who possesse all lande, all propperty, ande all kommerce. the moorishe
american golde standard haz beene activaited. the sovereigne origeneall enndigeneous naturall divyne moorishe ammerican phlagg
shall floate at all propperties on our sovereigne lande at all tymes nunc pro tunc.

20. checke onely if applickable ande checke onely one box:

collaterall is  xx helde en the universall truste ov the peepel who are the empire state ov morocco ande the moorishe
nationall republic federall governemente.

21 ☐ being adminnistered by a decedent's personal representative.
21a. check onely if applickable ande checke onely one box:
☐ public-finance transaction ☐ manufactured-home transaction

xx a debter is a transmittinge utilitee
21b. checke onely if applikcable ande checke onely one box:
☐ agricultural lien ☐ non-ucc philing

[7019 0700 0001 1310 2806] cause ov acctione  mcmh+cause999+99+9999+0003
aboriginal and indigenous peoples' documents: northwest amexem / northwest africa / 'the north gate' - the moroccan empire - continental
united states; 'temple of the moon and sun' / 'turtle island': non - domestic, non - resident, non — subject.
— moors / muurs - being the rightful heirs and primogeniture birthright - inheritors of the land.






22.  alternative designation (if applicabul): ☐ lessee/lessor ☐ konsignee/konsignor ☐ seller/buyer ☐ bailer/bailor ☐ licensee/licensor

23.  opptional filer reference data (maximum principal enndebtedness)

we, the empire state ov morocco, are the exxecutors, ministars, kredditores, klaiments, trusteez ande benephiciaries ov all lande, all naturall reesources, ande all kommerce.

the governing principle does extend to the amendment xiii (20 sections) of the constitution for the united states of america 1789 ande 1791. we, the moors at northe amerika, are the exxecutors, ministars, kredditors, klaimants, trustees ande benephiciaries for all land ande all naturall reesources ande all kommuurs at earthe sense time immemoriall innto purpetuitee.

en honoure, i, miguel samu el williams jr (adopted name) ka hu sia jhuty ba n shu in capitis diminutio nolo, in red ink, in propria persona sui juris, in proprio solo, ande in proprio heredes, ande we, thee divynne sovereigne beings who are the empire state ov morocco doo affirme that we arre thee sovereigne naturall ande divyne beings here en proklaimed en capitis diminutio nolo en propria persona sui juris en proprio solo ande en proprio heredes ande affirmede bye law full bearthrighte being law fullie universallie qualified ande kommpetent to affirme this dockumente. we therefour plaice ourr sovereigne handes ande seall heretwo ande en favorr ov all moorishe american nationalls.

all sovereigne origeneall inndigeneous annciente divyne moorishe amerikan autograffs affirming this ande all sovereigne origeneall inndigeneous annciente empire state ov morocco ande the de jure moorishe nationall reepublic federall governmente dockumentes are on the pubblic reckorde at amerika, annciente morocco, northe weste amexem, northe weste affrica, the northe gate, turtle islande, gaia', midguarde, earthe.

chronos time immemoriall inn to perpetuitee

ego sum *ka hu sia jhuty ba n wili, om shu e*

justise vizier ministar
in capitis diminutio nolo, in red ink, in propria persona sui juris in proprio solo in proprio heredes.
knowtise to agente is knowtise to principall. knowtise to principall is knowtise to agente.

empire states ovmorocco
united states of morocco
mohawkaccuck moors
c/o 2321-39 adam clayton powell jr blvd apt. 5j
near [manhattan, new york]
land of nod, northwest africa, morocco
sion new Jerusalem

amen, amen dico vobis, quæcumque alligaveritis super terram erunt ligata et ego in caelo et quæcumque solveritis super terram erunt soluta et in caelo
amen, amen dico vobis, quæcumque alligaveritis super terram erunt ligata et ego in caelo et quæcumque solveritis super terram erunt soluta et in caelo
amen, amen dico vobis, quæcumque alligaveritis super terram erunt ligata et ego in caelo et quæcumque solveritis super terram erunt soluta et in caelo








**[7019 0700 0001 1310 2806] cause ov acctione  mcmh+cause999+99+9999+0003**

aboriginal and indigenous peoples' documents: northwest amexem / northwest africa / 'the north gate' - the moroccan empire - continental united states; 'temple of the moon and sun' / 'turtle island': non - domestic, non - resident, non — subject.
— moors / muurs - being the rightful heirs and primogeniture birthright - inheritors of the land.